**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____  Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Molekule, Inc.** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **47-3147970** |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **10455 Riverside Drive, Suite 100**<br>**Palm Beach Gardens, FL 33410**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Palm Beach**<br>County | Location of principal assets, if different from principal place of business |
| | Number, Street, City, State & ZIP Code |

5. Debtor's website (URL)    **www.molekule.com**

6. Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Molekule, Inc.**                                    Case number (*if known*) _____
_____
Name

---

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| | | | |
|---|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

---

Debtor    **Molekule, Inc.**                                                    Case number (*if known*) _____
_____
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

**11. Why is the case filed in *this district*?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
■ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201                    Voluntary Petition for Non-Individuals Filing for Bankruptcy                    page 3

Debtor    **Molekule, Inc.**                                                                Case number (*if known*)
Name

☐ $50,001 - $100,000                ■ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000               ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million             ☐ $100,000,001 - $500 million       ☐ More than $50 billion

Official Form 201              **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                    page 4

| Debtor | **Molekule, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October  3, 2023**
　　　　　　　　　MM / DD / YYYY

**X** **/s/ Ryan Tyler**                                    **Ryan Tyler**
Signature of authorized representative of debtor          Printed name

Title    **Chief Financial Officer**

---

**18. Signature of attorney**

**X** **/s/ Bradley S. Shraiberg**                    Date    **October  3, 2023**
Signature of attorney for debtor                                MM / DD / YYYY

**Bradley S. Shraiberg 121622**
Printed name

**Shraiberg Page PA**
Firm name

**2385 NW Executive Center Dr**
**Suite 300**
**Boca Raton, FL 33431**
Number, Street, City, State & ZIP Code

Contact phone    **561 443 0800**          Email address    **bss@slp.law**

**121622 FL**
Bar number and State

Fill in this information to identify the case:

Debtor name    **Molekule, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration    **Statement of Financial Affairs**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 3, 2023**    X _____
Signature of individual signing on behalf of debtor

**Ryan Tyler**
Printed name

**Chief Financial Officer**
Position or relationship to debtor

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Molekule, Inc.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF FLORIDA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **ALOM Technologies Corp**<br>**ALOM - Fremont**<br>**44660 Osgood Rd**<br>**Fremont, CA 94539** | | | | | | $242,067.07 |
| **Amazon Advertising, LLC**<br>**P.O. Box 81207**<br>**Seattle, WA 98108-1207** | | | | | | $149,619.69 |
| **Capgemini America, Inc**<br>**79 Fifth Ave**<br>**Third Floor**<br>**New York, NY 10003** | | | | | | $428,400.00 |
| **Citrin Cooperman**<br>**529 Fifth Ave**<br>**New York, NY 10017** | | | | | | $255,500.00 |
| **Columbus Industries Texas, LLP**<br>**Columbus Industries Inc**<br>**2938 State Route 752**<br>**P.O. Box 257**<br>**Amanda, OH 43102** | | | | | | $822,709.37 |
| **Dandelion, Inc**<br>**211 Yonge St**<br>**Suite 400**<br>**Toronto, ON M5B 1M4** | | | | | | $727,239.71 |
| **Employee Wages** | | | | | | $614,847.94 |

| Debtor | **Molekule, Inc.** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Fenwick & West, LLP P.O. Box 742814 Los Angeles, CA 90074-2814** | | | **Disputed** | | | **$87,049.42** |
| **Goldfarb Gross Seligman & Co. 98 Yigal Alon Street Tel Aviv, Israel 6789141** | | | | | | **$117,153.11** |
| **Inventec Appliances Corporation 37 Wugong 5th Rd,Industrial Park Wugu Di New Taipei, 24890 Taiwan** | | | | | | **$65,520.00** |
| **Mack Molding Company, Inc 608 Warm Brook Rd Arlington, VT 05250** | | | **Disputed** | | | **$3,529,065.34** |
| **Marbury Law Group 11800 Sunrise Valley Dr Floor 15 Reston, VA 20191** | | | | | | **$47,149.09** |
| **Meta Platforms, Inc Facebook, Inc Attn: Accounts Receivable 15161 Collections Center Dr Chicago, IL 60693** | | | | | | **$396,636.72** |
| **Mirriad, Inc 96 Great Suffolk St London, SE1 0BE England** | | | | | | **$100,000.00** |
| **Narvar, Inc 50 Beale St 7th Floor San Francisco, CA 94105** | | | **Disputed** | | | **$58,250.00** |
| **Oracle 500 Oracle Pkwy Redwood City, CA 94065** | | | | | | **$92,019.05** |
| **PricewaterhouseCoopers, LLP 4040 West Boy Scout Blvd Tampa, FL 33607** | | | | | | **$415,000.00** |

Debtor **Molekule, Inc.** _____     Case number *(if known)* _____
     Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Silicon Valley Bank, a Division of First Citizens Bank and Trust 3003 Tasman Dr, HF150 Santa Clara, CA 95054** | | | | **$30,000,000.00** | **$4,064,302.18** | **$25,935,697.82** |
| **TELUS International (US) Corp TELUS Customer Payments 2251 South Decatur Las Vegas, NV 89102** | | | | | | **$91,128.72** |
| **Toppan Merrill P.O. Box 74007295 Chicago, IL 60674** | | | | | | **$126,170.00** |

**Fill in this information to identify the case:**

Debtor name          **Molekule, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                 12/15

| Part 1: | Summary of Assets |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................... $      **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................. $      **11,592,471.38**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................... $      **11,592,471.38**

| Part 2: | Summary of Liabilities |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................................... $      **37,528,259.19**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $      **758,013.88**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................... +$      **8,666,636.72**

4.   **Total liabilities** ......................................................................................................
   Lines 2 + 3a + 3b                                                                                                                                                                    $      **46,952,909.79**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    **Molekule, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:        Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **SVB Bank Account** **Checking - #6638** **Collateral MMA - #8581** **Direct Customer Collection - #7553** **Operating - #6387** **SVB Cash Sweep - #9301** | **Business Accounts** | | $746,641.80 |
| 3.2. | **First Republic Account** **Aeroclean Technologies, LLC** | **Business Checking** | 7012 | $4,779.33 |
| 3.3. | **SVB Bank Account** | **EUR Business Account** | 0702 | $0.00 |
| 3.4. | **SVB Bank Account** | **GBP Business Account** | 3097 | $0.00 |

4.        **Other cash equivalents** *(Identify all)*

5.        **Total of Part 1.**            $751,421.13
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:        Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

Debtor  **Molekule, Inc.**                                            Case number *(If known)* _____
        Name

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.      **Deposits, including security deposits and utility deposits**
        Description, including name of holder of deposit

        7.1.  **Deposits**                                                      $179,810.75

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
        Description, including name of holder of prepayment

        8.1.  **Prepaid Insurance, Software, Inventory, Marketing, Misc.**      $595,769.95

9.      **Total of Part 2.**                                                   | $775,580.70 |
        Add lines 7 through 8. Copy the total to line 81.

**Part 3:**  **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | 1,772,102.00 | - | 45,393.00 | = .... | $1,726,709.00 |
| 11a. 90 days old or less: | 111,582.27 | - | 111,582.27 | = .... | $0.00 |
| 11a. 90 days old or less: | 18,575.94 | - | 0.00 | = .... | $18,575.94 |
| 11b. Over 90 days old: | 224,163.00 | - | 21,135.00 | =.... | $203,028.00 |

12.     **Total of Part 3.**                                                  | $1,948,312.94 |
        Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**  **Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**  **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

Debtor  **Molekule, Inc.**
Name

Case number *(If known)* _____

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | Raw materials **Raw Materials** | | **$1,966,888.74** | **10% Market Cost** | **$196,688.87** |
| 20. | Work in progress **Work in Progress** | | **$10,237,832.62** | **10% Market Cost** | **$1,023,783.26** |
| 21. | Finished goods, including goods held for resale **Finished Goods** | | **$9,309,482.02** | **10% Liquidation** | **$930,948.20** |

22.    **Other inventory or supplies**

23.    **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

| $2,151,420.33 |
|---|

24.    **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____  Valuation method _____  Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

39.    **Office furniture**

Debtor   **Molekule, Inc.**                                    Case number *(If known)* _____
_____
Name

| | | | | |
|---|---|---|---|---|
| **Office furniture and fixtures, several Autonomous furniture/desks, meeting rooms furniture, reception desks, AV equipment, security cameras, Bluetooth SIG, production workbench, room schedulers, refrigerator, Strong: SM-RAZOR-ART2-XL, Sanus: VMPR1B, 3 Stong: SM-CS-ART1-M-Universal Mount Displays** | | **$304,946.45** | **10% Depreciation** | **$30,494.65** |
| 40. | **Office fixtures** **Fixed Assets/Leasehold Improvements** | **$2,321,626.06** | **Depreciation** | **$0.00** |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** **Office Electronics** | **$89,824.39** | **10% Depreciation** | **$8,982.44** |
| | **Computer Software** | **$1,400,046.61** | **Depreciation** | **$0.00** |
| | **Office equipment, lab equipment, vacuum chambers, filter break stations, equipment parts, VOC test chambers, Pneumatic Alfa Cutter, Steel Die wear plate, Lab casework and Fume hood, GCMS equipment, Capital equipment, Akustron Air Permeability Tester, Scholder SESD 230 30kV Handheld Battery Operated ESD Simulator, framing equipment, insulation, proto parts for Alder fan development, HEPA 2H X 1W Side Access Housing GH1R-212P-2010-316L-SP21400, Spare parts resulting from Filtration Tech Laminator project cancellation, BioTrak®9510-BD, APC/VPC, 0.5/0.7/1.0/3.0/5.0/10.0μm, 1 CFM with Printer, Pelican cases and Printer - PMT USA, sales and marketing units, Big Joe Battery Powered Pallet Truck** | | **$0.00** | **Est. Present Val** | **$2,228,259.19** |

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.                                    | **$2,267,736.28** |

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☐ No
■ Yes

**Part 8:**   **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

Debtor   **Molekule, Inc.** _____   Case number *(If known)* _____
Name

■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **Forklift - Lease with Lift Trucks, Inc.** | **$0.00** | | **$0.00** |
| 47.2.  **Forklift - Lease with Ramond Leasing Corporation** | **$0.00** | | **$0.00** |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| **Lab Equipment - Lease with De Lage Landen Financial Services, Inc.** | **$0.00** | | **$0.00** |

51. **Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

**$0.00**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Office/Warehouse - 10455 Riverside Dr, Ste 100, Palm Beach Gardens, FL 33410** | **Lease** | **Unknown** | | **Unknown** |

Debtor   **Molekule, Inc.** _____    Case number *(If known)* _____
Name

| | | | | |
|---|---|---|---|---|
| 55.2. | **Office/Lab - 3802 Spectrum Blvd, Stes 112B, 143, 202; Lab 205A&B, Tampa, FL 33612** | Lease | Unknown | Unknown |
| 55.3. | **Office/Warehouse/Filter Manufacturing - 4000 N Combee Rd, Bays 27, Lakeland, FL 33805** | Lease | Unknown | Unknown |
| 55.4. | **Office/Warehouse/Filter Manufacturing - 4040 N Combee Rd, Bays 28, Lakeland, FL 33805** | Lease | Unknown | Unknown |
| 55.5. | **Office (Closed Sept 2023) - 1301 Folsom St., San Francisco, CA 94103** | Lease | Unknown | Unknown |

56.   **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| $0.00 |
|---|

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| | | | |

60.   **Patents, copyrights, trademarks, and trade secrets**

Debtor  **Molekule, Inc.**                                      Case number *(If known)* _____
        <sub>Name</sub>

| | | | |
|---|---|---|---|
| **Patents [Air Purifiers, Filtration Systems, Fluid Disinfection Device and Method, Systems and Method for Photoelectrochemical Air Purification, Systems for Extinguishing Fires, Filter media and System and Method for Manufacture Thereof, Air Filter and Filter Media Thereof**<br><br>**Patent Nos: D829, 312; D888, 919; CN304684615S; 004502144-0001; 299380; 30-0980630; 9004502144; D912,793; D980,960; 192306; CN306151008S; 007424064-0001; 326536-001; 30-1078001; 9007424064; 200613; ZL 2021300676195; 008339345-0001; 338195-001; 30-1184409; 6113680; 10,137,216; 10,842,907; 11,638,773; 10,584,886; 11,761,652; 10-2464128; 10,684,027; 10,625,207; CN112739655B 7228039; 10-2532936; 11,291,874; 2019396216; 11,097,525; 11,596,900** | **Unknown** | | **Unknown** |
| **Trademarks - MOLEKULE / MOLEKULE AIR** | **$26,980,000.00** | **10% Fair Value** | **$2,698,000.00** |
| 61.  **Internet domain names and websites**<br>**www.molekule.com** | **Unknown** | | **Unknown** |
| 62.  **Licenses, franchises, and royalties** | | | |
| 63.  **Customer lists, mailing lists, or other compilations**<br>**Customer Relationships** | **$3,250,000.00** | **Fair Value** | **Unknown** |
| 64.  **Other intangibles, or intellectual property**<br>**Development Technology** | **$15,660,000.00** | **Fair Value** | **Unknown** |
| **Assembled Workforce** | **$1,750,000.00** | **Fair Value** | **Unknown** |
| 65.  **Goodwill**<br>**Goodwill** | **$19,163,219.55** | **Fair Value** | **Unknown** |

66.  **Total of Part 10.**

        Add lines 60 through 65. Copy the total to line 89.

        | |
        |---|
        | **$2,698,000.00** |

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107)**?**
     ☐ No
     ■ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
     ☐ No
     ■ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

Debtor **Molekule, Inc.**                                     Case number *(If known)* _____
_____
Name

☐ No
☒ Yes

| Part 11: | All other assets |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☒ Yes Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

71.    **Notes receivable**
Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

**Equipment Arbitration - Manz**                                                          **$1,000,000.00**

| Nature of claim | **Machinery not performing to spec** |
|---|---|
| Amount requested | **$1,000,000.00** |

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**                                                          **$1,000,000.00**
Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

Debtor    **Molekule, Inc.**
Name

Case number *(If known)* _____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $751,421.13 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $775,580.70 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,948,312.94 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $2,151,420.33 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,267,736.28 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $2,698,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $1,000,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $11,592,471.38 | + 91b.    $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $11,592,471.38 |

**Fill in this information to identify the case:**

Debtor name **Molekule, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

**2.1** **De Lage Landen Financial Services, Inc.**
Creditor's Name

**1111 Old Eagle School Road**
**Wayne, PA 19087**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

_____

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **Unknown**
Value of collateral: **Unknown**

---

**2.2** **Raymond Leasing Corporation**
Creditor's Name

**Corporate Headquarters**
**PO Box 130**
**Greene, NY 13778**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**

_____

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Amount of claim: **Unknown**
Value of collateral: **Unknown**

---

Debtor  **Molekule, Inc.**
_____
Name

Case number (if known) _____

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Silicon Valley Bank, a Division of** | Describe debtor's property that is subject to a lien | $30,000,000.00 | $4,064,302.18 |
|---|---|---|---|---|

Creditor's Name

**First Citizens Bank and Trust**
**3003 Tasman Dr, HF150**
**Santa Clara, CA 95054**

Creditor's mailing address

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Silicon Valley Bank, a Division of** | Describe debtor's property that is subject to a lien | $5,300,000.00 | $5,300,000.00 |
|---|---|---|---|---|

Creditor's Name

**First Citizens Bank and Trust**
**3003 Tasman Dr, HF150**
**Santa Clara, CA 95054**

**General Personal Property**

Creditor's mailing address

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Trinity Capital Inc.** | Describe debtor's property that is subject to a lien | $2,228,259.19 | $2,228,259.19 |
|---|---|---|---|---|

---

Debtor **Molekule, Inc.**

Name

Case number (if known) _____

Creditor's Name

**3075 West Ray Road, Suite 525**
**Chandler, AZ 85226**

Creditor's mailing address

_____

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**General Personal Property and Specific Laboratory Equipment**

**Describe the lien**

**UCC**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$37,528,259. 19**

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name    **Molekule, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | **Unknown** | **Unknown** |

Priority creditor's name and mailing address
**Acevedo, Christian**
**1501 Shepherd Rd**
**Apt # 55**
**Lakeland, FL 33811**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Amount Redacted**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address | **Unknown** | **Unknown** |

Priority creditor's name and mailing address
**Alsova, Irina**
**57 4th St**
**Apt. 3**
**Ashland, OR 97520**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Amount Redacted**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Debtor **Molekule, Inc.**
_____
Name

Case number (if known) _____

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Arevalo, Barbara M.**
**4870 St. James Ct**
**Winter Haven, FL 33881**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Amount Redacted**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Attanayake, Supun**
**14612 North 43rd St**
**Apt 39**
**Tampa, FL 33613**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Amount Redacted**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Atterman, Melanie R.**
**8921 Alana Cove**
**Cordova, TN 38016**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Amount Redacted**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Auprey, Shannon M.**
**108 Locustberry Ln**
**101**
**Jupiter, FL 33458**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Amount Redacted**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    **Molekule, Inc.**
_____    Case number *(if known)* _____
Name

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $22,212.30 | $15,150.00 |
|---|---|---|---|---|

**Azhar M. Zuberi**
**13510 Sagewood Drive**
**Poway, CA 92064**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Severance w/ Cobra**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Barkley, Austin D.**
**211 Southeast 52nd Ct**
**Ocala, FL 34471**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Amount Redacted**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Beisel, Rachel L.**
**3339 West Kiowa St**
**Colorado Springs, CO 80904**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Amount Redacted**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Bennett, Lara E.**
**P.O. Box #867**
**Morongo Valley, CA 92256**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Amount Redacted**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

Debtor **Molekule, Inc.**
_____
Name

Case number (if known) _____

| | | | |
|---|---|---|---|
| 2.11 | Priority creditor's name and mailing address<br>**Benton, Brad M.**<br>**309 Washington St**<br>**2402**<br>**Conshohocken, PA 19428** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown**    **Unknown** |

Date or dates debt was incurred
_____

Basis for the claim:
**Amount Redacted**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| | | | |
|---|---|---|---|
| 2.12 | Priority creditor's name and mailing address<br>**Bianco, Frank**<br>**6718 Aberdale Cir**<br>**San Ramon, CA 94582** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown**    **Unknown** |

Date or dates debt was incurred
_____

Basis for the claim:
**Amount Redacted**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| | | | |
|---|---|---|---|
| 2.13 | Priority creditor's name and mailing address<br>**Boryszewski-Peters, Anna E.**<br>**837 Bayou View Dr**<br>**Brandon, FL 33510** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown**    **Unknown** |

Date or dates debt was incurred
_____

Basis for the claim:
**Amount Redacted**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| | | | |
|---|---|---|---|
| 2.14 | Priority creditor's name and mailing address<br>**Bruggeman, Rory E.**<br>**1976 South 1700 E**<br>**Salt Lake City, UT 84108** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown**    **Unknown** |

Date or dates debt was incurred
_____

Basis for the claim:
**Amount Redacted**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Debtor   **Molekule, Inc.**                                            Case number (if known) _____
         _____
         Name

| 2.15 | Priority creditor's name and mailing address<br>**California Dept of Revenue**<br>**PO Box 942879**<br>**Sacramento, CA 94279** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>_____ | Basis for the claim:<br>**For Information Purposes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.16 | Priority creditor's name and mailing address<br>**Chambers, Erin M.**<br>**19521 West 59th Ave**<br>**Golden, CO 80403** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>_____ | Basis for the claim:<br>**Amount Redacted** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.17 | Priority creditor's name and mailing address<br>**Chidambaram, Subramanian**<br>**477 West San Juan Ct**<br>**Mountain House, CA 95391** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>_____ | Basis for the claim:<br>**Amount Redacted** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.18 | Priority creditor's name and mailing address<br>**Ciulla, Shannon K.**<br>**3464 Diamond Terr**<br>**Mulberry, FL 33860** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>_____ | Basis for the claim:<br>**Amount Redacted** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **Molekule, Inc.**
_____
Name                                                    Case number (if known) _____

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Cointepoix, Robert T.**
**330 South F St**
**Lake Worth, FL 33460**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Amount Redacted**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Cook, Crystal M.**
**6908 Culver Ave**
**Fort Worth, TX 76116**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Amount Redacted**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Cooper, Rob Y.**
**7901 Margate Way**
**Lakeland, FL 33809**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Amount Redacted**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Cromwell, Troy**
**16906 Forked Lake Dr**
**Houston, TX 77044**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Amount Redacted**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Molekule, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Dauwalter, Ashley**
**2522 South Crystal Lake Dr**
**Lakeland, FL 33801**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Amount Redacted**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Davis, Josh A.**
**4202 Havenstone Way**
**Valrico, FL 33596**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Amount Redacted**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**DeBoard, Tanner J.**
**330 Crescent Village Cir**
**Unit 2416**
**San Jose, CA 95134**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Amount Redacted**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**DelGaldo, Jim M.**
**13 Norwich Pl.**
**Somerset, NJ 08873**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Amount Redacted**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor **Molekule, Inc.**
_____
Name

Case number (if known) _____

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**2.27** | Priority creditor's name and mailing address
**Dhau, Jaspreet S.**
**15258 Anguilla Isle Ave**
**Tampa, FL 33647**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **Unknown**

Date or dates debt was incurred
_____

Basis for the claim:
**Amount Redacted**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.28** | Priority creditor's name and mailing address
**DiBona, Jason**
**1402 Dakota Dr**
**Jupiter, FL 33458**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **Unknown**

Date or dates debt was incurred
_____

Basis for the claim:
**Amount Redacted**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.29** | Priority creditor's name and mailing address
**Ehrbar, Gene M.**
**1940 Southeast Bidwell St**
**Portland, OR 97202**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **Unknown**

Date or dates debt was incurred
_____

Basis for the claim:
**Amount Redacted**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.30** | Priority creditor's name and mailing address
**Employee Wages**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**$614,847.94**        **$15,150.00**

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

Debtor **Molekule, Inc.**
_____
Name

Case number (if known) _____

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

Priority creditor's name and mailing address
**Fabbro, Ali F.**
**65 Granada Ct**
**Portola Valley, CA 94028**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Amount Redacted**
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.32** Priority creditor's name and mailing address
**Fintland, Brian R.**
**1210 Pacific Ave**
**Alameda, CA 94501**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Amount Redacted**
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.33** Priority creditor's name and mailing address
**Florida Department of Revenue**
**P.O. Box 6668**
**Tallahassee, FL 32314-6668**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**For Information Purposes**
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.34** Priority creditor's name and mailing address
**Freas, Jasmine J.**
**6914 Minaxi Dr**
**Lakeland, FL 33810**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Amount Redacted**
_____

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **Unknown**

---

Debtor  **Molekule, Inc.**                                              Case number *(if known)* _____
          Name

| | | |
|---|---|---|

**2.35** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** **Unknown**

**Gajula, Veena Badaje**
**11594 Fenwick Ct**
**Dublin, CA 94568**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Amount Redacted**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.36** | Priority creditor's name and mailing address

**Garcia Ramos, Demetrio D.**
**563  Eagle Landing Blvd**
**Winter Haven, FL 33880**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Amount Redacted**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.37** | Priority creditor's name and mailing address

**Gatty, Christopher A.**
**147 Pine Dr**
**Fairfax, CA 94930**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Amount Redacted**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.38** | Priority creditor's name and mailing address

**Gonzalez-Laboy , Orlando**
**1348 Fairway Dr**
**Lakeland, FL 33801**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Amount Redacted**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Debtor **Molekule, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.39 | Priority creditor's name and mailing address<br>**Haldane C. King**<br>**7849 Lynch Road**<br>**Sebastopol, CA 95472** | As of the petition filing date, the claim is: **$17,485.64**   **$15,150.00**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:<br>**Severance w/ Cobra** |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
| 2.40 | Priority creditor's name and mailing address<br>**Hallwachs, Alec N.**<br>**9652 South Brown Rd**<br>**Fenwick, MI 48834** | As of the petition filing date, the claim is: **Unknown**   **Unknown**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:<br>**Amount Redacted** |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
| 2.41 | Priority creditor's name and mailing address<br>**Hammond, Hayden**<br>**275 Murcia Dr**<br>**Apt 203**<br>**Jupiter, FL 33458** | As of the petition filing date, the claim is: **Unknown**   **Unknown**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:<br>**Amount Redacted** |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
| 2.42 | Priority creditor's name and mailing address<br>**Hammond, William A.**<br>**456 Amethyst Ave**<br>**Auburndale, FL 33823** | As of the petition filing date, the claim is: **Unknown**   **Unknown**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:<br>**Amount Redacted** |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

Debtor  **Molekule, Inc.**
_____  Case number (if known) _____
Name

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Harkey, Jody D.**
**2034 Windward Pass**
**Lakeland, FL 33813**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Amount Redacted**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Harris, Moore M.**
**100 New Place Rd**
**HIllsborough, CA 94010**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Amount Redacted**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Hollister, David R.**
**2726 Bush**
**San Francisco, CA 94115**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Amount Redacted**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Howard, Kareem L.**
**5350 Bridge St**
**# 5408**
**Tampa, FL 33611**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Amount Redacted**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Molekule, Inc.**
_____    Case number (if known) _____
Name

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

2.47 Priority creditor's name and mailing address

**Internal Revenue Service**
**Attn: Special Procedures**
**P.O. Box 34045**
**Stop 572**
**Jacksonville, FL 32202**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**For Information Purposes**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**        **Unknown**

---

2.48 Priority creditor's name and mailing address

**Jiang, Xunge**
**3534 Vanet Rd**
**Chamblee, GA 30341**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Amount Redacted**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**        **Unknown**

---

2.49 Priority creditor's name and mailing address

**Joe Campos**
**25 Redondo St**
**San Francisco, CA 94124**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Severance w/ Cobra**

Is the claim subject to offset?
■ No
☐ Yes

**$8,413.82**        **$8,413.82**

---

2.50 Priority creditor's name and mailing address

**Jun, Jane W.**
**4122 Raleigh St**
**Denver, CO 80212**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Amount Redacted**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**        **Unknown**

Debtor **Molekule, Inc.**
_____
Name

Case number _(if known)_ _____

| | | |
|---|---|---|
| **2.51** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**2.51**

Priority creditor's name and mailing address
**Kelly M. Leonardson**
**23592 Windsong #29J**
**Aliso Viejo, CA 92656**
Name

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**$7,060.46**    **$7,060.46**

Date or dates debt was incurred

Basis for the claim:
**Severance w/ Cobra**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.52**

Priority creditor's name and mailing address
**Kelly, Jenn M.**
**15184 81st Terrace N**
**Palm Beach Gardens, FL 33418**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Amount Redacted**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.53**

Priority creditor's name and mailing address
**Kershner, Jay T.**
**144 Occidental Ave**
**Burlingame, CA 94010**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Amount Redacted**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.54**

Priority creditor's name and mailing address
**King, Kristian S.**
**2013 Sancerre Ln**
**Carrollton, TX 75007**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Amount Redacted**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Molekule, Inc.**
_____
Name

Case number (if known) _____

| | | | |
|---|---|---|---|
| 2.55 | Priority creditor's name and mailing address **Kinloch, Tim A.** **4994 Black Falcon Way** **Sun Valley, NV 89433** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown**    **Unknown** |

Date or dates debt was incurred
_____

Basis for the claim:
**Amount Redacted**

Last 4 digits of account number _____
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.56 | Priority creditor's name and mailing address **Koclanes, Saiya Z.** **5565 East Yale Ave** **Apt 4** **Denver, CO 80222** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown**    **Unknown** |

Date or dates debt was incurred
_____

Basis for the claim:
**Amount Redacted**

Last 4 digits of account number _____
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.57 | Priority creditor's name and mailing address **Korth, Katie E.** **315 South Pope St** **Apt 6** **Athens, GA 30605** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown**    **Unknown** |

Date or dates debt was incurred
_____

Basis for the claim:
**Amount Redacted**

Last 4 digits of account number _____
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.58 | Priority creditor's name and mailing address **Kosulin, Igor V.** **1367 Oslo Ln** **San Jose, CA 95118** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown**    **Unknown** |

Date or dates debt was incurred
_____

Basis for the claim:
**Amount Redacted**

Last 4 digits of account number _____
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Molekule, Inc.**
_____
Name
Case number (if known) _____

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Largo, Gerson A.**
**20702 Grove Park Pl**
**Hayward, CA 94541**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Amount Redacted**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Lesters, Joseph**
**25819 Ross St**
**Plainfield, IL 60585**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Amount Redacted**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.61 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Levi, Ronen**
**120 Peaceable Hill Rd**
**Brewster, NY 10509**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Amount Redacted**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.62 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Li, Elizabeth Y.**
**9 Ben Lomond**
**Hercules, CA 94547**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Amount Redacted**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Debtor **Molekule, Inc.**
Name

Case number (if known) _____

| 2.63 | Priority creditor's name and mailing address<br>**Lombardo, Betty G.**<br>**1491 Crooked Stick Loop**<br>**Lakeland, FL 33801** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |

Date or dates debt was incurred

Basis for the claim:
**Amount Redacted**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.64 | Priority creditor's name and mailing address<br>**Louie, Kai A.**<br>**206 Johnce Rd**<br>**Newark, DE 19711** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |

Date or dates debt was incurred

Basis for the claim:
**Amount Redacted**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.65 | Priority creditor's name and mailing address<br>**Lumanlan, Khyle**<br>**2025 Yankee Ct**<br>**San Leandro, CA 94579** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |

Date or dates debt was incurred

Basis for the claim:
**Amount Redacted**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.66 | Priority creditor's name and mailing address<br>**Marks, John A.**<br>**3732 Mott Rd**<br>**Dover, FL 33527** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |

Date or dates debt was incurred

Basis for the claim:
**Amount Redacted**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Debtor **Molekule, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.67 | Priority creditor's name and mailing address<br>**Martinez, Flor E.**<br>**2917 Wheeler St**<br>**Bartow, FL 33830** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**Unknown    Unknown**

Date or dates debt was incurred | Basis for the claim:<br>**Amount Redacted**

Last 4 digits of account number | Is the claim subject to offset?
Specify Code subsection of PRIORITY | ■ No
unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes

---

| | | |
|---|---|---|
| 2.68 | Priority creditor's name and mailing address<br>**Mathew, George**<br>**150 Sabine St**<br>**413**<br>**Houston, TX 77007** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**Unknown    Unknown**

Date or dates debt was incurred | Basis for the claim:<br>**Amount Redacted**

Last 4 digits of account number | Is the claim subject to offset?
Specify Code subsection of PRIORITY | ■ No
unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes

---

| | | |
|---|---|---|
| 2.69 | Priority creditor's name and mailing address<br>**McGarrity, Elizabeth A.**<br>**12 Calle La Espalda**<br>**San Clemente, CA 92673** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**Unknown    Unknown**

Date or dates debt was incurred | Basis for the claim:<br>**Amount Redacted**

Last 4 digits of account number | Is the claim subject to offset?
Specify Code subsection of PRIORITY | ■ No
unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes

---

| | | |
|---|---|---|
| 2.70 | Priority creditor's name and mailing address<br>**Milavsky, Sonia**<br>**2815 Sunbury Dr**<br>**Jupiter, FL 33458** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**Unknown    Unknown**

Date or dates debt was incurred | Basis for the claim:<br>**Amount Redacted**

Last 4 digits of account number | Is the claim subject to offset?
Specify Code subsection of PRIORITY | ■ No
unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes

Debtor  **Molekule, Inc.**                                           Case number *(if known)* _____
        _____
        Name

| | | | |
|---|---|---|---|
| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** **Unknown** |

**Mohapatra, Jeotikanta**
**19419 Via Del Mar**
**207**
**Tampa, FL 33647**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Amount Redacted**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.72 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** **Unknown** |

**Muro-Small, Maria L.**
**4020 Prima Lago Cir**
**Lakeland, FL 33810**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Amount Redacted**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.73 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** **Unknown** |

**Murodshoev, Timur**
**2 Kingwood Rd**
**Oakland, CA 94619**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Amount Redacted**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.74 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** **Unknown** |

**Narayana Rao, Nagaraj**
**37923 Bright Common**
**Fremont, CA 94536**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Amount Redacted**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Molekule, Inc.**      Case number (if known) _____
_____
Name

| | | | |
|---|---|---|---|
| 2.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown**   **Unknown** |

**2.75** Priority creditor's name and mailing address
**Navarrete, Edgar W.**
**8 Stowa Way**
**Daly City, CA 94014**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Amount Redacted**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.76** Priority creditor's name and mailing address
**Nicolay, Matthew W.**
**625 Clearfield Dr**
**Millbrae, CA 94030**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Amount Redacted**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.77** Priority creditor's name and mailing address
**Nicole M. Fiore**
**215 Marlberry Circle**
**Jupiter, FL 33458**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$15,249.61**    **$15,150.00**

Date or dates debt was incurred

Basis for the claim:
**Severance w/ Cobra**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.78** Priority creditor's name and mailing address
**Nunez, Jose E.**
**5028 Elon crescent**
**Lakeland, FL 33810**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Amount Redacted**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Debtor    **Molekule, Inc.**                                                  Case number (if known) _____
_____
Name

| 2.79 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Office of Attorney General
State of Florida
The Capitol PL-01
Tallahassee, FL 32399-1050**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**For Information Purposes**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.80 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Palacio, Henry A.
381 Almansa St
Davenport, FL 33837**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Amount Redacted**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.81 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Patch, Ryan M.
2172 Queen Palm Rd
Boca Raton, FL 33432**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Amount Redacted**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.82 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Patel, Margi B.
1918 Garden Bing Cir
San Jose, CA 95131**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Amount Redacted**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor   **Molekule, Inc.**                                                    Case number *(if known)* _____
         _____
         Name

| | | |
|---|---|---|
| 2.83 | Priority creditor's name and mailing address<br>**Peck, Tabitha S.**<br>**9777 Osceola St**<br>**Westminster, CO 80031** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**Unknown**     **Unknown**

| Date or dates debt was incurred | Basis for the claim:<br>**Amount Redacted** |
|---|---|
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| | | |
|---|---|---|
| 2.84 | Priority creditor's name and mailing address<br>**Puljan, Meredith M.**<br>**1645 West Huron St**<br>**Apt 3F**<br>**Chicago, IL 60622** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**Unknown**     **Unknown**

| Date or dates debt was incurred | Basis for the claim:<br>**Amount Redacted** |
|---|---|
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| | | |
|---|---|---|
| 2.85 | Priority creditor's name and mailing address<br>**Quintana, Brian R.**<br>**15290 West 50th Dr**<br>**Golden, CO 80403** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**Unknown**     **Unknown**

| Date or dates debt was incurred | Basis for the claim:<br>**Amount Redacted** |
|---|---|
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| | | |
|---|---|---|
| 2.86 | Priority creditor's name and mailing address<br>**Rickert, Darin S.**<br>**2950 North Sheridan Rd**<br>**804**<br>**Chicago, IL 60657** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**Unknown**     **Unknown**

| Date or dates debt was incurred | Basis for the claim:<br>**Amount Redacted** |
|---|---|
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| Debtor | **Molekule, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.87 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $27,726.81 | $15,150.00 |

| 2.87 | Priority creditor's name and mailing address<br><br>**Ritankar Pal**<br>**225 Down Path**<br>**Southampton, NY 11968** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|---|---|---|

Date or dates debt was incurred

Basis for the claim:
**Severance w/ Cobra**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.88 | Priority creditor's name and mailing address<br><br>**Sanabria, David F.**<br>**4305 Forest Hills Dr**<br>**Lakeland, FL 33813** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | Unknown |

Date or dates debt was incurred

Basis for the claim:
**Amount Redacted**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.89 | Priority creditor's name and mailing address<br><br>**Savaram, Shashwathi Rao**<br>**2700 East Grand Reserve Cir**<br>**Apt 1034**<br>**Clearwater, FL 33759** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | Unknown |

Date or dates debt was incurred

Basis for the claim:
**Amount Redacted**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.90 | Priority creditor's name and mailing address<br><br>**Schraner, Danielle M.**<br>**2811 California St**<br>**14**<br>**San Francisco, CA 94115** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | Unknown |

Date or dates debt was incurred

Basis for the claim:
**Amount Redacted**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Molekule, Inc.**
_____
Name

Case number (if known) _____

---

| 2.91 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Securities and Exchange Commission**
**801 Brickell Ave., Suite 1800**
**Miami, FL 33131**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Information Purposes**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.92 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Sering, Glenn C.**
**1650 Highland Blvd**
**Bartow, FL 33830**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Amount Redacted**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.93 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Shanks, Yelizaveta B.**
**5343 Maui Way**
**Fair Oaks, CA 95628**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Amount Redacted**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.94 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Singh, Avtar**
**10310 Venitia Real Ave**
**203**
**Tampa, FL 33647**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Amount Redacted**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Molekule, Inc.**
_____
Name

Case number (if known) _____

| 2.95 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Sisco, Joshua S.**
**4215 Southeast Yamhill St**
**Portland, OR 97215**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Amount Redacted**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.96 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Sjoberg, Shea B.**
**P.O. Box 3575**
**Idyllwild, CA 92549**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Amount Redacted**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.97 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Small, Roderick L.**
**2868 Barton Pl**
**Bartow, FL 33830**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Amount Redacted**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.98 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,424.47** | **$5,424.47** |
|---|---|---|---|---|

**Steve O. Small**
**4020 Prima Lago Cir**
**Lakeland, FL 33810**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Severance w/ Cobra**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Molekule, Inc.**
_____     Case number (if known) _____
Name

| | | |
|---|---|---|
| 2.99 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: **$16,263.60**   **$15,150.00** |

**2.99** | Priority creditor's name and mailing address
**Steven Cervantes**
**500 Lynbrook Drive**
**Pacifica, CA 94044**

As of the petition filing date, the claim is: **$16,263.60**   **$15,150.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Severance w/ Cobra**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.100** | Priority creditor's name and mailing address
**Stufflebeam, Adam H.**
**888 Biscayne Blvd**
**Miami, FL 33132**

As of the petition filing date, the claim is: **Unknown**   **Unknown**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Amount Redacted**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.101** | Priority creditor's name and mailing address
**Tamonan Wendell**
**Rm 15AA-2, No. 528**
**Wensin South 3rd Road, Nantun District**
**Taichung City 40855 - Taiwan**

As of the petition filing date, the claim is: **$4,185.00**   **$4,185.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Severance w/ Cobra**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.102** | Priority creditor's name and mailing address
**Taylor, Brett A.**
**245 Indian Peaks Dr**
**Erie, CO 80516**

As of the petition filing date, the claim is: **Unknown**   **Unknown**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Amount Redacted**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Molekule, Inc.**
_____    Case number (if known) _____
Name

| | | | |
|---|---|---|---|
| 2.103 | Priority creditor's name and mailing address<br>**Tella, Rao R.**<br>**16900 Stonehaven Dr**<br>**Village of Loch Lloyd, MO 64012** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown**    **Unknown** |

Date or dates debt was incurred

Basis for the claim:
**Amount Redacted**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.104 | Priority creditor's name and mailing address<br>**Thammaiah, Namitha K.**<br>**1001 Tahiti Ln**<br>**Alameda, CA 94502** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown**    **Unknown** |

Date or dates debt was incurred

Basis for the claim:
**Amount Redacted**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.105 | Priority creditor's name and mailing address<br>**Thompson, Jimmy**<br>**18660 Southeast River Ridge Rd**<br>**Tequesta, FL 33469** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown**    **Unknown** |

Date or dates debt was incurred

Basis for the claim:
**Amount Redacted**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.106 | Priority creditor's name and mailing address<br>**Thorpe, Christopher**<br>**331 Greens Edge Dr**<br>**Chesapeake, VA 23322** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown**    **Unknown** |

Date or dates debt was incurred

Basis for the claim:
**Amount Redacted**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Molekule, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.107 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**2.107**

Priority creditor's name and mailing address
**Timothy L. Buys**
**1524 1st Ave #503**
**Oakland, CA 94606**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$12,335.09      $12,335.09

Date or dates debt was incurred

Basis for the claim:
**Severance w/ Cobra**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.108**

Priority creditor's name and mailing address
**Toney, Regina J.**
**5026 Long Lake Cir**
**Apt 303**
**Lakeland, FL 33805**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown      Unknown

Date or dates debt was incurred

Basis for the claim:
**Amount Redacted**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.109**

Priority creditor's name and mailing address
**Truckenbrod, Lukas R.**
**172 46th St**
**Pittsburgh, PA 15201**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown      Unknown

Date or dates debt was incurred

Basis for the claim:
**Amount Redacted**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.110**

Priority creditor's name and mailing address
**Tyler, Ryan**
**1711 West Community Dr**
**Jupiter, FL 33458**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown      Unknown

Date or dates debt was incurred

Basis for the claim:
**Amount Redacted**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Debtor  **Molekule, Inc.**
_____  Case number (if known) _____
Name

| 2.111 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**United States Attorney General's Office**
**US Department of Justice**
**950 Pennsylvania Avenue**
**Washington, DC 20530-0001**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Information Purposes**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.112 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Valdez, Chris P.**
**615 West 6th Ave**
**Fort Morgan, CO 80701**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Amount Redacted**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.113 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Vallarta, Annabelle L.**
**2831 Blossom Ct**
**El Monte, CA 91733**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Amount Redacted**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.114 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,809.14** | **$6,809.14** |
|---|---|---|---|---|

**Vanessa N. Graham**
**19993 Questhaven Rd**
**Escondido, CA 92029**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Severance w/ Cobra**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Debtor    **Molekule, Inc.**
_____    Case number (if known) _____
Name

| | | |
|---|---|---|
| 2.115 | Priority creditor's name and mailing address | |

| 2.115 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **VanScoy, Shari A.**<br>**313 Sparrow Ave**<br>**Sebring, FL 33870** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Amount Redacted** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.116 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
| | **Velasco, Hans**<br>**146 La Verne Ave**<br>**Long Beach, CA 90803** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Amount Redacted** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.117 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
| | **White, Claire A.**<br>**1219 Knob Hill Blvd**<br>**Georgetown, IN 47122** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Amount Redacted** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.118 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
| | **Wickramaratne, Chatura**<br>**5100 Burchette Rd**<br>**Unit 606**<br>**Tampa, FL 33647** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Amount Redacted** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor   **Molekule, Inc.**
_____   Case number *(if known)* _____
Name

| | | |
|---|---|---|

2.119 | Priority creditor's name and mailing address
**Williams, Jeremiah H.**
**8032 Sugar Pine Blvd**
**Lakeland, FL 33810**

As of the petition filing date, the claim is: **Unknown** | **Unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Amount Redacted**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.120 | Priority creditor's name and mailing address
**Young, Lydia**
**10381 Farmland Dr**
**Frisco, TX 75035**

As of the petition filing date, the claim is: **Unknown** | **Unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Amount Redacted**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.121 | Priority creditor's name and mailing address
**Younus, Kamran**
**6 Hallmark Gardens**
**Apt 1**
**Burlington, MA 01803**

As of the petition filing date, the claim is: **Unknown** | **Unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Amount Redacted**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

3.1 | Nonpriority creditor's name and mailing address

**140 Partners, LP**
**c/o Darin T. Judd, Esq.**
**Thompson Welch Soroko & Gilbert, LLP**
**3950 Civic Center Dr, Suite 300**
**San Rafael, CA 94903**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*     **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

Debtor  **Molekule, Inc.**
_____  Case number (if known)  _____
        Name

| | | |
|---|---|---|
| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |

3.2 | **Nonpriority creditor's name and mailing address**
**2231192 Ontario Inc.**
**99 Alcorn Dr**
**Lindsay ON K9V0M8**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.3 | **Nonpriority creditor's name and mailing address**
**4000 North Combee Road, LLC**
**41 Lake Morton Drive**
**Lakeland, FL 33801**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.4 | **Nonpriority creditor's name and mailing address**
**8x8, Inc**
**2125 O'nel Dr**
**San Jose, CA 95131**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$40.63**

---

3.5 | **Nonpriority creditor's name and mailing address**
**ADO Professional Solutions**
**LHH Recruitment**
**4800 Deerwood Campus Pkwy**
**Building 800**
**Jacksonville, FL 32246**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$12,100.00**

---

3.6 | **Nonpriority creditor's name and mailing address**
**Airgas USA, LLC**
**6601 East 14th Ave**
**Tampa, FL 33619-2913**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$147.84**

---

3.7 | **Nonpriority creditor's name and mailing address**
**Alarm Center, Inc.**
**PO Box 6281**
**Lakeland, FL 33807**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.8 | **Nonpriority creditor's name and mailing address**
**ALOM Technologies Corp**
**ALOM - Fremont**
**44660 Osgood Rd**
**Fremont, CA 94539**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$242,067.07**

---

Debtor   **Molekule, Inc.**                                           Case number *(if known)* _____
_____
Name

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Alrich, Inc.**
**130 Erick Street**
**Crystal Lake, IL 60014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,664.47** |

**Amazon Advertising Canada, Inc**
**120 Bremner Blvd**
**26th Floor**
**Toronto, ON M5J 0A8**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$149,619.69** |

**Amazon Advertising, LLC**
**P.O. Box 81207**
**Seattle, WA 98108-1207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**ARE Labs, Inc.**
**15320 S. Cornice Street**
**Olathe, KS 66062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,132.38** |

**Arroyo Process Equipment, Inc**
**1550 Centennial Blvd**
**Bartow, FL 33830**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,871.19** |

**Association of Home Appliance Manufactur**
**1111 19th St NW**
**Suite 402**
**Washington, DC 20036**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23,978.72** |

**Aura Smart Air, Inc**
**1007 Orange St**
**10th Floor**
**Wilmington, DE 19801**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor     **Molekule, Inc.**
_____     Case number *(if known)* _____
           Name

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Avalara**
**PO Box 3213**
**Carol Stream, IL 60132-3213**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**AVASK Accounting**
**2570 North First Street, Suite 500**
**San Jose, CA 95131**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15,731.00** |

**Baker & Hostetler, LLP**
**Key Tower**
**127 Public Sq**
**Suite 2000**
**Cleveland, OH 44114-1214**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Based on a Budget, LLC**
**1000 Lake Street, Unit D**
**Venice, CA 90291**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Bay Alarm Co.**
**Suite #102 Peninsula Branch**
**510 Myrtle Avenue South**
**South San Francisco, CA 94080**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$11,180.00** |

**Blair Greenwood Consulting, LLC**
**1215 Saint John Pl**
**Fort Collins, CO 80525**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10,732.55** |

**BPM, LLP**
**600 California St**
**Suite 600**
**San Francisco, CA 94108**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Molekule, Inc.**
_____    Case number (if known) _____
Name

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,713.93** |
|---|---|---|---|

**Brandography.com, LLC**
**1910 East Medicine Lake Blvd**
**Plymouth, MN 55441**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Brian T. Jackson**
**120 Bremner Blvd, 26th Floor**
**Toronto ON M5J 0A8**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**C Clean, Inc.**
**214 Frida Kahlo Way**
**San Francisco, CA 94112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**CA Distributing LLC**
**35 Rod and Gun Club Road**
**Forestburgh, NY 12777**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$477.64** |
|---|---|---|---|

**Canteen Refreshment Services**
**d/b/a A Div of Canteen**
**P.O. Box 50196**
**Los Angeles, CA 90074-0196**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$428,400.00** |
|---|---|---|---|

**Capgemini America, Inc**
**79 Fifth Ave**
**Third Floor**
**New York, NY 10003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Catherine Poslusny**
**3112 Cristo Ct**
**Norman, OK 73071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Molekule, Inc.**        Case number *(if known)* _____

Name

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Christian Haslett**
**393 Hamilton St, H1**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Cigna Health and Life Insurance Company**
**900 Cottage Grove Road**
**Bloomfield, CT 06002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,051.04** |
|---|---|---|---|

**Cintas Document Management**
**P.O. Box 633842**
**Cincinnati, OH 45263-0921**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$255,500.00** |
|---|---|---|---|

**Citrin Cooperman**
**529 Fifth Ave**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Client Partner Mgmt Group LLC**
**1111 19th Street NW, Suite 402**
**Washington, DC 20036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$822,709.37** |
|---|---|---|---|

**Columbus Industries Texas, LLP**
**Columbus Industries Inc**
**2938 State Route 752**
**P.O. Box 257**
**Amanda, OH 43102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$65.00** |
|---|---|---|---|

**Commerce Technologies, LLC**
**d/b/a CommerceHub**
**800 Troy-Schenectady Rd**
**Suite 100**
**Latham, NY 12110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor     **Molekule, Inc.**                                                    Case number *(if known)* _____
           _____
           Name

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$39,000.00** |
|------|---|---|---|

**Comprise**
1919 14th St
Suite 700
Boulder, CO 80302

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No   ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,533.47** |
|------|---|---|---|

**Computershare, Inc**
Dept CH 19228
Palatine, IL 60055-9228

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No   ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|------|---|---|---|

**Creare, LLC**
2570 North First Street, Suite 500
San Jose, CA 95131

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No   ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,284.89** |
|------|---|---|---|

**Criteo Corp**
387 Park Ave S
12th Floor
New York, NY 10016

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No   ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$727,239.71** |
|------|---|---|---|

**Dandelion, Inc**
211 Yonge St
Suite 400
Toronto, ON M5B 1M4

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No   ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|------|---|---|---|

**Deel**
425 1st Street
San Francisco, CA 94105-4621

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No   ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,402.17** |
|------|---|---|---|

**Dell**
1 Dell Way
Round Rock, TX 78664

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No   ☐ Yes

---

Debtor   **Molekule, Inc.**                                    Case number *(if known)* _____
_____
Name

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**DHL Express**
**16416 Northchase Dr**
**Houston, TX 77060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,361.45** |
|---|---|---|---|

**DigiKey Electronics**
**701 Brooks Ave S**
**Thief River Falls, MN 56701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,165.97** |
|---|---|---|---|

**Dimass Group B.V.**
**Laak, Grote Laak 17**
**6088 NJ Roggel**
**Netherlands**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,851.26** |
|---|---|---|---|

**Dynamic Logistix, LLC**
**7220 West 98th Terr**
**Overland Park, KS 66212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**EMA Design Automation**
**PO Box 50196**
**Charlotte, NC 28217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**FAB**
**1265 Sand Hill Road**
**Candler, NC 28715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Fans-Tech**
**P.O. Box 11904**
**Mulberry, FL 33860**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Molekule, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.51**

**Nonpriority creditor's name and mailing address**
**FedEx**
**P.O. Box 7221**
**Pasadena, CA 91109-7321**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$5,695.16

---

**3.52**

**Nonpriority creditor's name and mailing address**
**Fenwick & West, LLP**
**P.O. Box 742814**
**Los Angeles, CA 90074-2814**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$87,049.42

---

**3.53**

**Nonpriority creditor's name and mailing address**
**Figma**
**1321 Upland Dr. PMB 19236**
**Houston, TX 77043**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.54**

**Nonpriority creditor's name and mailing address**
**Fisher Scientific Co, LLC**
**Acct#060778-001**
**300 Industry Dr**
**Pittsburgh, PA 15275**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$2,442.98

---

**3.55**

**Nonpriority creditor's name and mailing address**
**Flexport**
**760 Market St**
**8th Floor**
**San Francisco, CA 94102**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$2,713.63

---

**3.56**

**Nonpriority creditor's name and mailing address**
**Freightquote.com, Inc**
**P.O. Box 9121**
**Minneapolis, MN 55480**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$30,086.18

---

**3.57**

**Nonpriority creditor's name and mailing address**
**gandi.net**
**121 2nd St**
**5th Floor**
**San Francisco, CA 94105**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$152.65

---

Debtor   **Molekule, Inc.**                                           Case number *(if known)* _____
         _____
         Name

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gardens Bio Science Partners, LLC**
**525 Okeechobee Blvd, Suite 1650**
**West Palm Beach, FL 33401**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$488.87** |
|---|---|---|---|

**Global Industrial**
**11 Harbor Park Dr**
**Port Washington, NY 11050**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$117,153.11** |
|---|---|---|---|

**Goldfarb Gross Seligman & Co.**
**98 Yigal Alon Street**
**Tel Aviv, Israel 6789141**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$106.10** |
|---|---|---|---|

**Grainger**
**100 Grainger Pkwy**
**Lake Forest, IL 60045-5201**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,590.00** |
|---|---|---|---|

**Graywolf Sensing Solutions, LLC**
**6 Research Dr**
**Shelton, CT 06484**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**GRIN Technologies, Inc.**
**2820 S. English Station Road**
**Louisville, KY 40299**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,776.00** |
|---|---|---|---|

**Handy Spark Co, LLC**
**Robert Ayers**
**1312 Sugar Pine Rd**
**Apopka, FL 32703**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Molekule, Inc.**
     Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 3.65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.65**

**Nonpriority creditor's name and mailing address**

**Hartford**
**2705 S. Lake Park Rd Suite 103**
**Appleton, WI 54915**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.66**

**Nonpriority creditor's name and mailing address**

**Holland & Knight, LLP**
**560 Mission Street, Ste 1900**
**San Francisco, CA 94105**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$30,000.00**

---

**3.67**

**Nonpriority creditor's name and mailing address**

**Homestead Studio, LLC**
**PO Box 14970**
**Greenville, SC 29610**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.68**

**Nonpriority creditor's name and mailing address**

**HongKong  MirDan Technology co. Ltd**
**PO Box 50196**
**Charlotte, NC 28217**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.69**

**Nonpriority creditor's name and mailing address**

**Houzz, Inc**
**285 Hamilton Ave**
**4th Floor**
**Palo Alto, CA 94301**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$13,125.00**

---

**3.70**

**Nonpriority creditor's name and mailing address**

**HP Holdings, Inc**
**d/b/a Invariant**
**901 7th St NW**
**Suite 600**
**Washington, DC 20001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$31,200.00**

---

**3.71**

**Nonpriority creditor's name and mailing address**

**Hunter Holthaus**
**4320 48th St**
**San Diego, CA 92115**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,025.00**

---

Debtor  **Molekule, Inc.**                                        Case number (if known) _____
_____
Name

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,445.00** |
|---|---|---|---|

**Hyman, Phelps & McNamara,  PC**
**700 Thirteenth St NW**
**Suite 1200**
**Washington, DC 20005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Illuminate Social**
**214 Frida Kahlo Way**
**San Francisco, CA 94112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Independent Machine Works**
**2810 Parkway St**
**Lakeland, FL 33811**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,451.61** |
|---|---|---|---|

**InkHouse, LLC**
**260 Charles St**
**Suite 200**
**Waltham, MA 02453**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$35,537.50** |
|---|---|---|---|

**Innovative Bioanalysis**
**3188 Airway Ave**
**Unit D**
**Costa Mesa, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Insight Global Finance DBA LEAF**
**PO Box 5066**
**Hartford, CT 06102-5066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,900.00** |
|---|---|---|---|

**Intertek Testing Services NA, Inc**
**P.O. Box 405176**
**Atlanta, GA 30384-5176**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Molekule, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.79**

**Nonpriority creditor's name and mailing address**
Intrado Digital Media, LLC
c/o Intrado Corp
P.O. Box 74007143
Chicago, IL 60674-7143

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$5,012.00**

---

**3.80**

**Nonpriority creditor's name and mailing address**
Inventec Appliances Corporation
37 Wugong 5th Rd,Industrial Park Wugu Di
New Taipei, 24890 Taiwan

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$65,520.00**

---

**3.81**

**Nonpriority creditor's name and mailing address**
Iterable
71 Stevenson St, #300
San Francisco, CA 94105

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.82**

**Nonpriority creditor's name and mailing address**
JACS Solutions, Inc.
1763 Main St. Apt 120-E
Dunedin, FL 34698

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.83**

**Nonpriority creditor's name and mailing address**
James R Whitson
3019 Wilshire Blvd, Suite 206
Santa Monica, CA 90403

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.84**

**Nonpriority creditor's name and mailing address**
Jamie Sutor
P.O Box 14970
Greenville, SC 29610

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.85**

**Nonpriority creditor's name and mailing address**
Jasmeet Singh
#2199/12, Street No.2
Islamabad, Amritsar

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

Debtor    **Molekule, Inc.**
_____    Case number (if known) _____
Name

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,953.95** |
|---|---|---|---|

**Jeffer Mangels Butler & Mitchell, LLP**
**1900 Avenue of the Stars**
**7th Floor**
**Los Angeles, CA 90067**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**John Detzauer**
**c/o Joshua B. Swigart, Esq.**
**2221 Camino Del Rio S, Suite 308**
**San Diego, CA 92108**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Joseph Synnott**
**56 Greenbank Drive**
**Glenhaven NSW 2156**
**Australia**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**K Of Course LLC**
**2711 18th st., Apt 9**
**San Francisco, CA 94110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$45,610.40** |
|---|---|---|---|

**Kargo Global, LLC**
**826 Broadway**
**5th Floor**
**New York, NY 10003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,870.36** |
|---|---|---|---|

**KB Commercial Services, LLC**
**d/b/a Office Pride of Lakeland**
**401 West Belvedere St**
**Lakeland, FL 33803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$89.94** |
|---|---|---|---|

**KBA Document Solutions, LLC**
**P.O. Box 3687**
**Hayward, CA 94540-3687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor  **Molekule, Inc.**

Case number *(if known)* _____

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Kelly Jo Grandy**
**1432 South Gary Place**
**Tulsa, OK 74104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**KlientBoost Performance, LLC**
**Van Nelleweg 1 3044**
**BC Rotterdam**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Knight Agency, Inc.**
**P.O. Box 405176**
**Atlanta, GA 30384-5176**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Knights of Security**
**2418 Auto Park Way**
**Escondido, CA 92029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$85.15** |

**Larrabee Albi Coker, LLP**
**P.O. Box 919016**
**San Diego, CA 92191-9016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Lauren McCaully Patch**
**P.O. Box 405176**
**Atlanta, GA 30384-5176**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,156.50** |

**Law Office of Stacy J. Grossman**
**500 Mamaroneck Ave**
**Suite 320**
**Harrison, NY 10528**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Molekule, Inc.**                                        Case number *(if known)* _____
          Name

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Lindsey Solden Reiser DBA LMSR LLC**
**6073 Horseshoe Bend Road**
**Ludlow Falls, OH 45339**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Linkator Group, LLC**
**2570 North First Street Suite 500**
**San Jose, CA 95131**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Linkedin**
**601 Lexington Ave  31st Floor**
**New York, NY 10022**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,800.00** |
|---|---|---|---|

**Lirik, Inc**
**1525 McCarthy Blvd**
**Suite 228**
**Milpitas, CA 95035**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Lite on Singapore PTE Ltd**
**1020 Crews Rd., Suite K**
**Matthews, NC 28105**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,658.33** |
|---|---|---|---|

**Lite-On Technology Corp**
**90, Chien 1 Road**
**Chung Ho New Taipei City**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,250.00** |
|---|---|---|---|

**LMS Technologies, Inc**
**P.O. Box 24185**
**Edina, MN 55424-0185**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Molekule, Inc.**       Case number (if known) _____

Name

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Loctek Inc. (Flexispot)**
**6475 Las Positas Rd**
**Livermore, CA 94551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,101.39** |
|---|---|---|---|

**Lojistic, LLC**
**1225 Deer Valley Dr**
**Suite 201**
**Park City, UT 84060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,000.00** |
|---|---|---|---|

**Longs Peak Digital, LLC**
**21 Garner Ln**
**Erie, CO 80516**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Luis Lopez**
**PO Box 677973**
**Dallas, TX 75267-7973**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,529,065.34** |
|---|---|---|---|

**Mack Molding Company, Inc**
**608 Warm Brook Rd**
**Arlington, VT 05250**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Manz AG**
**Steigäckerstrasse 5**
**72768 Reutlingen**
**Germany**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$47,149.09** |
|---|---|---|---|

**Marbury Law Group**
**11800 Sunrise Valley Dr**
**Floor 15**
**Reston, VA 20191**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor　**Molekule, Inc.**　　　　　　　　　　　　　　　Case number *(if known)* _____
_____
Name

| | |
|---|---|
| 3.114 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**

| 3.114 | | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

3.114 | **Nonpriority creditor's name and mailing address**
**Mary Frances Pierson Brizz**
P.O. Box 405176
Atlanta, GA 30384-5176

As of the petition filing date, the claim is: *Check all that apply.*　**Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

3.115 | **Nonpriority creditor's name and mailing address**
**Materials, Inc.**
4244 South Market Court Suite D
Sacramento, CA 95834

As of the petition filing date, the claim is: *Check all that apply.*　**Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

3.116 | **Nonpriority creditor's name and mailing address**
**Mattio Communications**
4515 Waldo Ave
Bronx, NY 10471

As of the petition filing date, the claim is: *Check all that apply.*　**$17,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

3.117 | **Nonpriority creditor's name and mailing address**
**McMaster Carr Supply**
600 North County Line Rd
Elmhurst, IL 60126

As of the petition filing date, the claim is: *Check all that apply.*　**$633.10**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

3.118 | **Nonpriority creditor's name and mailing address**
**MDT Agency**
461 Bush St
Suite 350
San Francisco, CA 94108

As of the petition filing date, the claim is: *Check all that apply.*　**$261.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

3.119 | **Nonpriority creditor's name and mailing address**
**Mediant Communications Inc.**
PO Box 677973
Dallas, TX 75267-7973

As of the petition filing date, the claim is: *Check all that apply.*　**Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

3.120 | **Nonpriority creditor's name and mailing address**
**MERR Consulting Group**
6708 Lipscomb Dr
Wilmington, NC 28412

As of the petition filing date, the claim is: *Check all that apply.*　**Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Molekule, Inc.**
_____    Case number *(if known)* _____
Name

| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$396,636.72** |

**Meta Platforms, Inc**
**Facebook, Inc**
**Attn: Accounts Receivable**
**15161 Collections Center Dr**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**MethodSense Inc.**
**Russ King**
**One Copley Parkway Ste 410**
**Morrisville, NC 27560**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |

**Mirriad, Inc**
**96 Great Suffolk St**
**London, SE1 0BE**
**England**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24,753.75** |

**MNTN Digital, Inc**
**823 Congress Ave**
**#182**
**Austin, TX 78768**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**MoP/Modern**
**24700 Center Ridge Road Suite 280**
**Westlake, OH 44145**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$33,000.00** |

**Muir Sustainability Solutions, LLC**
**78 Harbor Rd**
**Oyster Bay, NY 11771**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$58,250.00** |

**Narvar, Inc**
**50 Beale St**
**7th Floor**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Molekule, Inc.**
_____    Case number _(if known)_ _____
Name

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $16,527.66 |
|---|---|---|---|

**Nasdaq, Inc**
**Nasdaq Corporate Solutions, LLC**
**151 West 42nd St**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $13,795.00 |
|---|---|---|---|

**Near Future, LLC**
**2954 Treat Blvd**
**Suite F**
**Concord, CA 94518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $6,000.00 |
|---|---|---|---|

**Neighborhood Goods, Inc**
**1321 Upland Dr**
**PMB 19236**
**Houston, TX 77043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $1,106.52 |
|---|---|---|---|

**New Vision Display, Inc**
**1430 Blue Oaks Blvd**
**Suite 100**
**Roseville, CA 95747-5156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $34,440.00 |
|---|---|---|---|

**NexGen IOT Solutions, LLC**
**450 Century Pkwy**
**Suite #250**
**Allen, TX 75013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | Unknown |
|---|---|---|---|

**Nicholas DeAngelis**
**552 Freedom Blvd**
**West Brandywine, PA 19320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $92,019.05 |
|---|---|---|---|

**Oracle**
**500 Oracle Pkwy**
**Redwood City, CA 94065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

Debtor    **Molekule, Inc.**                                        Case number *(if known)* _____
      Name

| 3.135 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,308.00** |
|---|---|---|---|

**Ossentjuk & Botti**
**2815 Towngate Rd**
**Suite 320**
**Westlake Village, CA 91361**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Packform USA LLC**
**3802 Spectrum Blvd, Suite # 143**
**Tampa, FL 33612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Pathens, Inc. DBA Office Solutions**
**735 Coleman Ave**
**San Jose, CA 95110**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$470.85** |
|---|---|---|---|

**Paylocity**
**1400 American Ln**
**Schaumburg, IL 60173**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Pepperjam, LLC**
**2125 Delaware Ave, Ste E**
**Santa Cruz, CA 95060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$12,495.00** |
|---|---|---|---|

**Persistent Systems Limited**
**Bhageerath, 402, Senapati Bapat Road**
**Maharashtra State, Pune  411016**
**India**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Photon Interactive Services, Inc.**
**12300 Ford Road, Ste #B270**
**Dallas, TX 75234**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Molekule, Inc.**                                              Case number *(if known)* _____
           _____
           Name

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Plan Management Corp**
**78 Harbor Road**
**Oyster Bay, NY 11771**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,565.00** |
|---|---|---|---|

**PowerReviews**
**1 North Dearborn**
**Suite 800**
**Chicago, IL 60602**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$415,000.00** |
|---|---|---|---|

**PricewaterhouseCoopers, LLP**
**4040 West Boy Scout Blvd**
**Tampa, FL 33607**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,625.00** |
|---|---|---|---|

**PrideBites**
**Danielle Lotz**
**3616 Far West Blvd**
**Suite 117-356**
**Austin, TX 78731**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Prime Group**
**16192 Coastal Hwy**
**Lewes, DE 19958**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**PTTOW! LLC**
**21 Alton Rd**
**Miami Beach, FL 33140**

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ravacan**
**1600 East Franklin Avenue Suite D**
**El Segundo, CA 90245**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

Debtor  **Molekule, Inc.**
_____  Case number *(if known)* _____
Name

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Raymond Cromwell**
9407 Super Street
Waldorf, MD 20603

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,413.75** |
|---|---|---|---|

**Raymond Handling Consultants, LC**
P.O. Box 865491
Orlando, FL 32886

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Recycling Services of Florida**
3560 126th Ave North
Clearwater, FL 33762

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Republic Services of Florida**
8595 Pelam Road, Suite 400 #318
Greenville, SC 29615

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$26,565.00** |
|---|---|---|---|

**Riveron Consulting, LLC**
2515 McKinney Ave
Suite 1200
Dallas, TX 75201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,500.00** |
|---|---|---|---|

**RK Strategies, LLC**
1405 Baychester Ave

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$29,700.00** |
|---|---|---|---|

**Ryan Patch, ESQ**
2172 Queen Palm Rd
Boca Raton, FL 33432

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Molekule, Inc.**                                              Case number (if known) _____
_____
Name

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Saba Faruqui**
**c/o Rudy, Exelrod, Zieff & Lowe, LLP**
**351 California Street, Ste 700**
**San Francisco, CA 94104**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28.14 |

**Safety Products, Inc**
**3517 Craftsman Blvd**
**Lakeland, FL 33803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,120.00 |

**Salesforce.com, Inc**
**415 Mission St**
**3rd Floor**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Salman Abdallah Mohamed Hassan**
**Saifedeen**
**Dept CH 19228**
**Palatine, IL 60055-9228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**San Diego Model Management Inc.**
**760 Market Street, Floor 10**
**San Francisco, CA 94102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,000.00 |

**SCHOX, PLC**
**500 3rd St**
**Suite 215**
**San Francisco, CA 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Sensrion**
**3251 W 135th St**
**Hawthorne, CA 90250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **Molekule, Inc.**
_____
Name

Case number (if known) _____

| 3.163 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Shivan Bassaw**
**c/o Ian Piasecki, Esq.**
**Mizrahi Kroub, LLP**
**225 Broadway, FL 39**
**New York, NY 10007**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Shred Connect**
**760 E Lambert, Unit B**
**La Habra, CA 90631**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,471.96** |

**Sigma-Aldrich, Inc**
**3050 Spruce St**
**Saint Louis, MO 63103**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**ST Micro**
**2 Radcliff Road**
**Tewksbury, MA 01876**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,263.32** |

**Staples Contract & Commercial, LLC**
**d/b/a Staples Business Advantage**
**P.O. Box 105748**
**Atlanta, GA 30348-5748**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Steve Elster**
**8595 Pelam Road, Suite 400 #318**
**Greenville, SC 29615**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,148.75** |

**Synergy North America, Inc**
**11001 West 120th Ave**
**Suite 400,**
**Broomfield, CO 80021**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Molekule, Inc.**
   Name
                Case number (if known) _____

---

**3.170** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**
--- | --- | --- | ---

**3.170**

Nonpriority creditor's name and mailing address
**Talend, Inc.**
**7220 W 98th Terrace**
**Overland Park, KS 66212**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.171**

Nonpriority creditor's name and mailing address
**TBC Supply**
**732 Joseph E Lowery Blvd. NW**
**Atlanta, GA 30318**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$26,030.82**

---

**3.172**

Nonpriority creditor's name and mailing address
**Tealium, Inc**
**9605 Scranton Rd**
**Suite 600**
**San Diego, CA 92121**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$23,750.00**

---

**3.173**

Nonpriority creditor's name and mailing address
**TELUS International (US) Corp**
**TELUS Customer Payments**
**2251 South Decatur**
**Las Vegas, NV 89102**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$91,128.72**

---

**3.174**

Nonpriority creditor's name and mailing address
**The Bluebird Group, LLC**
**81 South 9th St**
**Suite 420**
**Minneapolis, MN 55402**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,500.00**

---

**3.175**

Nonpriority creditor's name and mailing address
**The Dog Agency, LLC**
**135 Madison Ave**
**5th Floor**
**New York, NY 10016**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,375.00**

---

**3.176**

Nonpriority creditor's name and mailing address
**The EMC Shop**
**Dept CH 19228**
**Palatine, IL 60055-9228**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor  **Molekule, Inc.**
_____
       Name

Case number (if known) _____

| | |
|---|---|
| **3.177** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. **Unknown** |

**3.177**

Nonpriority creditor's name and mailing address

**The Flip Hubb, LLC**
**1265 Sand Hill Rd**
**Candler, NC 28715**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.  **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.178**

Nonpriority creditor's name and mailing address

**The Pooch Coach**
**7220 W 98th Terrace**
**Overland Park, KS 66212**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.  **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.179**

Nonpriority creditor's name and mailing address

**The Quality Edit, LLC**
**113 North San Vicente Blvd**
**Suite 236**
**Beverly Hills, CA 90211**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.  **$12,239.74**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.180**

Nonpriority creditor's name and mailing address

**The Yocca Law Firm, LLP**
**18881 Von Karman Ave**
**Suite 1620**
**Irvine, CA 92612**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.  **$36,705.83**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.181**

Nonpriority creditor's name and mailing address

**Theodore Sage Davis**
**102 N Glassell St**
**Orange, CA 92866**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.  **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.182**

Nonpriority creditor's name and mailing address

**Thermo Fisher Scientific Chemicals Inc.**
**9605 Scranton Rd Ste 600**
**San Diego, CA 92121**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.  **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.183**

Nonpriority creditor's name and mailing address

**ThinkLite**
**117 West Central St**
**Suite 201**
**Natick, MA 01760**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.  **$500.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor **Molekule, Inc.**

_____
Name

Case number _(if known)_ _____

| | | |
|---|---|---|
| 3.184 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$1,500.00** |

**Thorncrest Coastal, LLC**
**1310 Rosecrans St**
**Suite C**
**San Diego, CA 92106**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.185 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$500.00** |

**TikTok, Inc**
**5800 Bristol Pkwy**
**Suite 100**
**Culver City, CA 90230**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.186 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$126,170.00** |

**Toppan Merrill**
**P.O. Box 74007295**
**Chicago, IL 60674**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.187 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |

**Toyoplas**
**117 W Central Street, Suite 201**
**Natick, MA 01760**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.188 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown** |

**UCPS**
**18881 Von Karman Ave, Suite 1620/650**
**Irvine, CA 92612**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.189 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$1,482.99** |

**UL, LLC**
**75 Remittance Dr**
**Suite #1524**
**Chicago, IL 60675-1524**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.190 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$6,745.97** |

**Uline**
**P.O. Box 88741**
**Chicago, IL 60680-1741**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Molekule, Inc.**                                      Case number (if known) _____
Name

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,746.50 |

**Unified Accounting & Tax, LLP**
**1308 Wisteria Dr**
**Fremont, CA 94539**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**University of South Florida**
**Research Foundation**
**445 Cole Street # 3**
**San Francisco, CA 94117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Valuecart Private Limited**
**1075 Curtis Street**
**Menlo Park, CA 94025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Well Shin**
**14118 Pemberley Passage Ave**
**Bakersfield, CA 93311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Wrike, Inc.**
**P.O. Box 660916**
**Dallas, TX 75266-0916**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,426.48 |

**Wursta Corporation**
**2614 South 5th St**
**Allentown, PA 18103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,825.00 |

**Yellow Logistics**
**P.O. Box 775556**
**Chicago, IL 60677-5556**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor   **Molekule, Inc.**      Case number (if known) _____

Name

| | |
|---|---|
| 3.198 | **Nonpriority creditor's name and mailing address** |

**Zendesk, Inc**
**1019 Market St**
**San Francisco, CA 94103**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.    **$27,630.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

     If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Internal Revenue Service** **P.O. Box 7346** **Philadelphia, PA 19114** | Line **2.47** ☐ Not listed. Explain ____ | _ |
| 4.2 | **Meta Platforms, Inc** **1601 Willow Rd** **Menlo Park, CA 94025** | Line **3.121** ☐ Not listed. Explain ____ | _ |
| 4.3 | **SEC Headquarters** **100 F Street, NE** **Washington, DC 20549** | Line **2.91** ☐ Not listed. Explain ____ | _ |

---

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 758,013.88 |
| **5b. Total claims from Part 2** | 5b. + | $ | 8,666,636.72 |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ | 9,424,650.60 |

**Fill in this information to identify the case:**

Debtor name  **Molekule, Inc.**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract — **Lease - 1301 Folsom Street, San Francisco, CA** | **140 Partners, LP**<br>**c/o Darin T. Judd, Esq.**<br>**Thompson Welch Soroko & Gilbert, LLP**<br>**3950 Civic Center Dr, Suite 300**<br>**San Rafael, CA 94903** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract — **Vendor Chargeback Recovery Agreement** | **3CG DimeTyd, LLC**<br>**16192 Coastal Hwy**<br>**Lewes, DE 19958** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract — **Afterpay Global Master Services Agreement** | **Afterpay US, Inc.**<br>**Afterpay US Services, LLC**<br>**Attn: Legal**<br>**760 Market St, Floor 2 Unit 2.03**<br>**San Francisco, CA 94102** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract — **Global Merchant Services - Marketing Insertion Order** | **American Express Merchant Marketing**<br>**Attn: Department 87**<br>**PO Box 299051**<br>**Fort Lauderdale, FL 33329** |

Debtor 1  **Molekule, Inc.**
_____    Case number _(if known)_ _____
First Name          Middle Name          Last Name

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest — **Tax compliance software** | |
| State the term remaining — **07/30/2024** | **Avalara Inc.** |
| List the contract number of any government contract | **255 S. King St #1800** |
| | **Seattle, WA 98104** |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest — **Consulting Agreement** | |
| State the term remaining — **12/12/2023** | **Blair Greenwood Consulting LLC** |
| List the contract number of any government contract | **Attn.: Blair Greenwood** |
| | **1215 Saint John Place** |
| | **Fort Collins, CO 80525** |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest — **Channel Market Consultant Sales Representative Agreement** | |
| State the term remaining | **Bobby Whitson** |
| List the contract number of any government contract | **125 Temple Crest Trail** |
| | **Franklin, TN 37069** |
| **2.8.** State what the contract or lease is for and the nature of the debtor's interest — **Master Services Agreement** | |
| State the term remaining | **Capgemini America Inc.** |
| List the contract number of any government contract | **79 Fifth Ave, 3rd FL** |
| | **New York, NY 10003** |
| **2.9.** State what the contract or lease is for and the nature of the debtor's interest — **Employment Agreement** | |
| State the term remaining — **10/1/2022 - 10/1/2023** | **Chris Thorpe** |
| List the contract number of any government contract | **8300 N. View Blvd** |
| | **Norfolk, VA 23518** |

Debtor 1   **Molekule, Inc.**

First Name          Middle Name          Last Name

Case number *(if known)*

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Month to Month Software Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Churn Buster, LLC**<br>**237 A St #74803**<br>**San Diego, CA 92101** |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Communications Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Comprise**<br>**1919 14th St. #700**<br>**Boulder, CO 80302** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting Agreement** | |
|---|---|---|---|
| | State the term remaining | 01/01/2024 | |
| | List the contract number of any government contract | | **Elise Skiver**<br>**3086 W. Denver Pl**<br>**Denver, CO 80211** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Integrated Marketing Communications Vendor Agreement** | |
|---|---|---|---|
| | State the term remaining | 02/28/2024 | |
| | List the contract number of any government contract | | **Epic Strategies LLC**<br>**1370 E Primrose St, Suite A**<br>**Springfield, MO 65804** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - 10455 Riverside Dr, Palm Beach Gardens, FL** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Gardens Bio Science Partners, LLC**<br>**525 Okeechobee Blvd, Suite 1650**<br>**West Palm Beach, FL 33401** |

Debtor 1    **Molekule, Inc.**
　　　　　First Name　　　　　Middle Name　　　　　Last Name　　　　　Case number (*if known*) _____

◼ **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Marketing Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Homestead Studio, LLC**<br>**Riley Trotter**<br>**2705 Lake Park Rd #103**<br>**Appleton, WI 54915** |
| | List the contract number of any government contract | | |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Houzz Media Company**<br>**285 Hamilton Ave, 4th FL**<br>**Palo Alto, CA 94301** |
| | List the contract number of any government contract | | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Design, Manufacturing and Supply Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Inventec Appliances Corporation**<br>**No.37, Wugong 5th Road**<br>**Wugu District, New Taipei City**<br>**Taiwan 24890** |
| | List the contract number of any government contract | | |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Enterprise Services Agreement** | |
|---|---|---|---|
| | State the term remaining | **03/30/2024** | **Ironclad, Inc.**<br>**71 Stevenson St #600**<br>**San Francisco, CA 94105** |
| | List the contract number of any government contract | | |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement** | |
|---|---|---|---|
| | State the term remaining | **04/04/2024** | **Iterable**<br>**71 Stevenson St, #300**<br>**San Francisco, CA 94105** |
| | List the contract number of any government contract | | |

Debtor 1  **Molekule, Inc.**                                              Case number *(if known)* _____
_____
First Name          Middle Name          Last Name

| ■ | **Additional Page if You Have More Contracts or Leases** |

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** | |
|---|---|---|---|
| | State the term remaining | **1/12/2023 - until terminated** | **Jason DiBona**<br>**1402 Dakota Dr**<br>**Jupiter, FL 33458** |
| | List the contract number of any government contract | _____ | |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting Agreement** | |
|---|---|---|---|
| | State the term remaining | **08/09/2024** | **Jaylon King**<br>**4058 Cornell Blvd SW**<br>**Atlanta, GA 30331** |
| | List the contract number of any government contract | _____ | |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** | |
|---|---|---|---|
| | State the term remaining | **6/27/2022 - until terminated** | **Jimmy Thompson**<br>**18660 SE River Ridge Rd**<br>**Jupiter, FL 33469** |
| | List the contract number of any government contract | _____ | |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** | |
|---|---|---|---|
| | State the term remaining | **6/27/2022 - until terminated** | **Joe Lesters**<br>**25819 Ross St**<br>**Plainfield, IL 60585** |
| | List the contract number of any government contract | _____ | |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting Agreement** | |
|---|---|---|---|
| | State the term remaining | | **K of Course, LLC**<br>**c.o Shanna Polesovsky**<br>**3175 Wright St**<br>**Wheat Ridge, CO 80215** |
| | List the contract number of any government contract | _____ | |

Debtor 1   **Molekule, Inc.**
_____     Case number (*if known*) _____
First Name          Middle Name          Last Name

■ **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Kargo Global Inc.** **826 Broadway, 4th FL** **New York, NY 10003** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Katherine Elizabeth Ouimette** **445 Cole St. #3** **San Francisco, CA 94117** |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Influencer Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Kelsey Johnson** **4130 Wycliff Ave, #104** **Dallas, TX 75219** |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Marketing Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **KlientBoost, LLC** **2787 Bristol St** **Costa Mesa, CA 92626** |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Forklift Lease** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Life Trucks, Inc.** **Toyota/Nationwide Lift Trucks, Inc.** **3900 N. 28th Terrace** **Hollywood, FL 33020-1105** |

Debtor 1    **Molekule, Inc.**                                                    Case number *(if known)* _____

First Name            Middle Name            Last Name

<table>
<tr><td>■</td><td>**Additional Page if You Have More Contracts or Leases**</td></tr>
</table>

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Print and Mail subscription** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Lob**<br>**210 King St**<br>**San Francisco, CA 94107** |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Contribution Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Lunya**<br>**1032 Broadway**<br>**Santa Monica, CA 90401** |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **On-Line Marketplace Seller Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Macy's Marketplace, LLC**<br>**145 Progress Pl**<br>**Cincinnati, OH 45246-1717** |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Software Development Services Contract** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **MisterBit Ltd**<br>**4 HaBonim St**<br>**Ramat Gan, Israel** |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Tiny Home Contract** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Nookncranny, LLC dba Nook Tiny Homes**<br>**22111 Hwy 71 West, Suite 801**<br>**Spicewood, TX 78669** |

Debtor 1   **Molekule, Inc.**
_____

First Name          Middle Name          Last Name

Case number *(if known)* _____

**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.35.** State what the contract or lease is for and the nature of the debtor's interest | **Service Subscription Agreement** |
| State the term remaining | |
| List the contract number of any government contract | **Nova Module** **7901 Oakport St #4250** **Oakland, CA 94621** |
| **2.36.** State what the contract or lease is for and the nature of the debtor's interest | **Cloud service Agreement** |
| State the term remaining | |
| List the contract number of any government contract | **Oracle America, Inc** **2300 Oracle Way** **Austin, TX 78741** |
| **2.37.** State what the contract or lease is for and the nature of the debtor's interest | **Customer Referral Promotion Program Agreement** |
| State the term remaining | |
| List the contract number of any government contract | **Ouraring Inc.** **c/o WeWork** **415 Mission St, 37th Floor** **San Francisco, CA 94105** |
| **2.38.** State what the contract or lease is for and the nature of the debtor's interest | **OptionTrax Service Agreement** |
| State the term remaining | |
| List the contract number of any government contract | **Paramount Financial Communications, Inc.** **1001 Conshohocken State Rd, #600** **West Conshohocken, PA 19428** |
| **2.39.** State what the contract or lease is for and the nature of the debtor's interest | **Membership Agreement** |
| State the term remaining | |
| List the contract number of any government contract | **PTTOW! LLC** **21 Alton Rd** **Miami Beach, FL 33140** |

Debtor 1  **Molekule, Inc.**                                          Case number *(if known)* _____
          _____
          First Name        Middle Name        Last Name

▮ **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Forklift Lease** | |
|---|---|---|---|
| | State the term remaining | | **Raymond Leasing Corporation** **Attn: Accounts Receivable** **PO Box 130** **Greene, NY 13778** |
| | List the contract number of any government contract | | |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Subscription Platform Contract** | |
|---|---|---|---|
| | State the term remaining | | **Recharge Inc.** **1507 20 St.** **Santa Monica, CA 90404** |
| | List the contract number of any government contract | | |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** | |
|---|---|---|---|
| | State the term remaining | **1/12/2023 - until terminated** | **Ryan Tyler** **1711 West Community Dr** **Jupiter, FL 33458** |
| | List the contract number of any government contract | | |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Cloud/Software Contract** | |
|---|---|---|---|
| | State the term remaining | | **Salesforce, Inc.** **Salesforce Tower** **415 Mission St, 3rd FL** **San Francisco, CA 94105** |
| | List the contract number of any government contract | | |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Influencer Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Samantha Hermann** **16018 Ames Ave** **Omaha, NE 68111** |
| | List the contract number of any government contract | | |

Debtor 1    **Molekule, Inc.**
_____    Case number *(if known)* _____
First Name          Middle Name          Last Name

■ **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **Shopify Plus Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Shopify Inc.**<br>**151 O'Connor St, Ground Floor**<br>**Ottawa, ON K2P2L8** |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **Marketing Contract** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Supermetrics Inc.**<br>**1175 Peachtree St NE**<br>**Atlanta, GA 30361** |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **Data Management Contract** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Talend, Inc.**<br>**800 Bridge Pkwy #200**<br>**Redwood City, CA 94065** |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - 3802 Spectrum Blvd, Suite 112E, 119, 143, and Lab 205 A&B, Tampa, FL** | |
|---|---|---|---|
| | State the term remaining | | **Tampa Bay Technology Incubator**<br>**Attn: Director, Business Incubation**<br>**3802 Spectrum Blvd, Suite 100**<br>**Tampa, FL 33612** |
| | List the contract number of any government contract | | |

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - 4000 N. Combee Road, Lakeland, FL and 4040 N. Combee Road, Lakeland, FL** | |
|---|---|---|---|
| | State the term remaining | | **The Ruthvens**<br>**41 Lake Morton Drive**<br>**PO Box 2420**<br>**Lakeland, FL 33806-2420** |
| | List the contract number of any government contract | | |

Debtor 1  **Molekule, Inc.**
First Name        Middle Name        Last Name                                        Case number *(if known)*

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **Sublease - 3802 Spectrum Blvd, Suite 112E, 119, 143, and Lab 205 A&B, Tampa, FL** | |
|---|---|---|---|
| | State the term remaining | | **The Univerity of South Florida Board of Trustees 4202 East Fowler Ave Tampa, FL 33620** |
| | List the contract number of any government contract | | |

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease** | |
|---|---|---|---|
| | State the term remaining | | **Trinity Capital, Inc. 3075 West Ray Road Chandler, AZ 85226** |
| | List the contract number of any government contract | | |

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** | |
|---|---|---|---|
| | State the term remaining | **10/1/2022 - 10/1/2023** | **Troy Cromwell 12823 Ilderton Drive Humble, TX 77346** |
| | List the contract number of any government contract | | |

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | **Zoom Video Services** | |
|---|---|---|---|
| | State the term remaining | | **Zoom Video Communications Inc. 55 Almaden Blvd, 6th Fl San Jose, CA 95113** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name     **Molekule, Inc.**

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF FLORIDA

Case number (if known)     _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**       *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Molekule Group, Inc.** | **10455 Riverside Drive, Suite 100 Palm Beach Gardens, FL 33410** | **Silicon Valley Bank, a Division of** | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Molekule Group, Inc.** | **10455 Riverside Drive, Suite 100 Palm Beach Gardens, FL 33410** | **Silicon Valley Bank, a Division of** | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Molekule Group, Inc.** | **10455 Riverside Drive, Suite 100 Palm Beach Gardens, FL 33410** | **Trinity Capital Inc.** | ■ D __2.5__<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Molekule, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an
amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:**    **Income**

1.    **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other  **9/26/2023** | $32,113,782.00 |
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other  **8/31/2023** | $28,107,867.00 |
| **For prior year:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other | $48,028,194.00 |
| **For prior year:**<br>From **1/01/2022** to **12/31/2022** | ☐ Operating a business<br>**Aeroclean Technologies - Gross Income**<br>■ Other | $227,186.00 |
| **For year before that:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other | $76,052,125.00 |
| **For year before that:**<br>From **1/01/2021** to **12/31/2021** | ☐ Operating a business<br>**Aeroclean Technologies - Gross Income**<br>■ Other | $616,511.00 |

Debtor    **Molekule, Inc.**                                    Case number *(if known)* _____

2. **Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2023** to **Filing Date** | **Interest Income - 9/26/2023** | **$156,861.00** |
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2023** to **Filing Date** | **Grant Income - 9/26/2023** | **$140,468.00** |
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2023** to **Filing Date** | **Interest Income - 8/31/2023** | **$149,276.00** |
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2023** to **Filing Date** | **Grant Income - 8/31/2023** | **$140,468.00** |
| **For prior year:**<br>From **1/01/2022** to **12/31/2022** | **Interest Income** | **$55,260.00** |
| **For prior year:**<br>From **1/01/2022** to **12/31/2022** | **Grant Income** | **$207,143.00** |
| **For year before that:**<br>From **1/01/2021** to **12/31/2021** | **Interest Income** | **$7,495.00** |
| **For year before that:**<br>From **1/01/2021** to **12/31/2021** | **Grant Income** | **$269,581.00** |

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.    **See Attached Exhibit "A"** | | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    **Molekule, Inc.**                                                                 Case number *(if known)*

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

   | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
   |---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

   | Creditor's name and address | Describe of the Property | Date | Value of property |
   |---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

   | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
   |---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

   | | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
   |---|---|---|---|---|
   | 7.1. | **140 Partners, LP v. Molekule, Inc.**<br>CGC-23-609205 | **Civil** | **Superior Court of California**<br>**San Francisco**<br>**400 McAllister Street**<br>**San Francisco, CA**<br>**94102-4514** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
   | 7.2. | **Molekule Group, Inc. v. Aura Smart Air, Ltd.**<br>23-81291-CIV-CANNON | **Civil** | **US District Court**<br>**Southern District of Florida**<br>**701 Clematis Street, Room 202**<br>**West Palm Beach, FL 33401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
   | 7.3. | **Photon Interactive Services, Inc. v. Molekule, Inc.**<br>22CV405770 | **Civil** | **Superior Court of California**<br>**County of Santa Clara**<br>**400 McAllister Street**<br>**San Francisco, CA**<br>**94102-4514** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor  **Molekule, Inc.**                                         Case number *(if known)* _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.4. | **Molekule Inc. v. Manz AG**<br>**ICC27794 PDP** | **Civil** | **International Chamber of Commerce**<br>**Tribunal New York**<br>**1212 Avenue of The Americas**<br>**New York, NY 10036** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Shivan Bassaw v. Molekule, Inc.**<br>**1:23-cv-04667-JPC** | **Civil** | **US District Court for Southern District of New York**<br>**40 Foley Square**<br>**New York, NY 10007** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **The Way Station**<br>**769 Springfield Rd**<br>**Columbiana, OH 44408** | **Donations of product were made to support the town of East Palestine following the train derailment and following disaster/recovery. 200 Air Mini +'s** | **3/8/2023** | **$38,595.50** |
| | Recipients relationship to debtor | | | |
| 9.2. | **Village of East Palestine**<br>**85 N. Market St**<br>**East Palestine, OH 44413** | **Donations of product were made to support the town of East Palestine following the train derailment and following disaster/recovery. 100 Air Mini +'s** | **3/8/2023** | **$19,297.76** |
| | Recipients relationship to debtor | | | |

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Debtor    **Molekule, Inc.**                                                  Case number *(if known)*

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.  List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Shraiberg Page PA 2385 NW Executive Center Dr Suite 300 Boca Raton, FL 33431** | **Attorney Fees** | **5/26/2023 - $10,000.00 8/28/2023 - $20,000.00 9/12/2023 - $150,000.00 9/28/2023 - $75,000.00** | **$255,000.00** |
| | Email or website address **bss@slp.law** | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:    Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

Debtor   **Molekule, Inc.**                                           Case number *(if known)* _____

| Address | Dates of occupancy From-To |
|---|---|
| 14.1.  **1301 Folsom St** **San Francisco, CA 94103** | **2019 - Petition Date** |

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☑ Yes. State the nature of the information collected and retained.

**Name, Address, and Credit Card Information**

Does the debtor have a privacy policy about that information?
☐ No
☑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☑ Yes. Does the debtor serve as plan administrator?

   ☐ No Go to Part 10.
   ☑ Yes. Fill in below:

   | Name of plan | Employer identification number of the plan |
   |---|---|
   | **Molekule 401(k) Plan** | EIN:  **47-3147970** |

   Has the plan been terminated?
   ☑ No
   ☐ Yes

   ☐ No Go to Part 10.
   ☑ Yes. Fill in below:

   | Name of plan | Employer identification number of the plan |
   |---|---|
   | **AeroClean Technologies, Inc. 401(k) Plan** | EIN:  **45-3213164** |

   Has the plan been terminated?
   ☐ No
   ☑ Yes

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses,

Debtor    **Molekule, Inc.**                                    Case number *(if known)*_____

cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **ALOM - Fremont**<br>48105 Warm Spring Blvd<br>Fremont, CA 94539 | | **Outsourced warehousing and logistics** | ☐ No<br>■ Yes |
| **ALOM - Indy**<br>3910 Wademere Ave<br>Indianapolis, IN 46241 | | **Outsourced warehousing and logistics** | ☐ No<br>■ Yes |
| **ALOM - Canada**<br>140a Great Gulf Dr.<br>Vaughan, Canada L4K5W1 | | **Outsourced warehousing and logistics** | ■ No<br>☐ Yes |
| **ALOM - UK**<br>Gildeweg 10 Voerde<br>Germany 46562 | | **Outsourced warehousing and logistics** | ■ No<br>☐ Yes |
| **ALOM - UK**<br>Gildeweg 167 Voerde<br>Germany 46562 | | **Outsourced warehousing and logistics** | ■ No<br>☐ Yes |
| **UK Storage**<br>Green Bank Saxby Rd<br>Melton Mowbray UK LE13 1FF | | **Outsourced warehousing and logistics** | ☐ No<br>■ Yes |
| **EU Storage - Dimass**<br>Grote Ohe-weg 3 6081 PT<br>Haelen Netherlands | | **Outsourced warehousing and logistics** | ☐ No<br>■ Yes |

**Part 11:**   Property the Debtor Holds or Controls That the Debtor Does Not Own

Debtor    **Molekule, Inc.**                                                                     Case number *(if known)*

---

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ■ None

| Name and address | Date of service<br>From-To |
|---|---|

    26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement

Debtor    **Molekule, Inc.**                                              Case number *(if known)*

within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    **Citrin Cooperman & Company, LLP**<br>**50 Rockefeller Plaza**<br>**New York, NY 10020** | **Last 2 years** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2.    **PricewaterhouseCoopers LLP**<br>**405 Howard St. Ste 600**<br>**San Francisco, CA 94105** | **Last 2 years** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **Silicon Valley Bank**<br>**3003 Tasman Drive**<br>**Santa Clara, CA 95054** |
| 26d.2.    **Trinity Capital Inc.**<br>**1 N. 1st Street, Floor 3**<br>**Phoenix, AZ 85004** |
| 26d.3.    **Securities and Exchange Commission**<br>**801 Brickell Ave., Suite 1950**<br>**Miami, FL 33131** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Annabelle Vallarta** | **5/31/2023** | **Peco Zero** |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | **Ryan Tyler**<br>**10455 Riverside Dr. Ste 100**<br>**Palm Beach Gardens, FL 33410** |

Debtor    **Molekule, Inc.**                                                    Case number *(if known)*

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.2. | **Steve Small** | **1/3/2023** | **Peco Zero** |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | **Ryan Tyler**<br>**10455 Riverside Dr. Ste 100**<br>**Palm Beach Gardens, FL 33410** |

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.3. | **Maddy Houser (Indy) and Shaira Cabrales (Fremont)** | **1/3/2023** | **ALOM** |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | **Ryan Tyler**<br>**10455 Riverside Dr. Ste 100**<br>**Palm Beach Gardens, FL 33410** |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Foundry Group Next, L.P.** | | **Shareholder** | **21.227%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Entities assiciated with Crosslink** | | **Shareholder** | **6.9268%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Entities associated with Uncork Capital** | | **Shareholder** | **5.0079%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Lewis Pell** | | **Shareholder** | **4.6145%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Amistice** | | **Shareholder** | **9.9992%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Amin J. Khoury, PhD** | | **Shareholder** | **12.1367%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **David Helfet, M.D.** | | **Shareholder** | **2.3148%** |

Debtor    **Molekule, Inc.**                                              Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Mark Krosney** | | **Shareholder** | **0.7550%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Michael Senft** | | **Shareholder** | **0.2072%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Thomas P. McCaffrey** | | **Shareholder** | **0.6416%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Heather Floyd** | | **Shareholder** | **0.1%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Timothy J. Scannell** | | **Shareholder** | **0.1%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Brad Feld** | | **Shareholder** | **21.2268%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jason DiBona** | | **Shareholder** | **0.6%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Ryan Tyler** | | **Shareholder** | **0.4%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Ronti Pal** | | **Shareholder** | **0.6%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jonathan Harris** | | **Shareholder** | **0.8%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐  No
☑  Yes. Identify below.

Debtor    **Molekule, Inc.**                                          Case number *(if known)* _____

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-----------------------------------|--------------------------------------------------|
| Ritankar Pal | | Chief Operating Officer | 1/12/2023 - 9/19/2023 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ■ No
    ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

    ■ No
    ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

    ■ No
    ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|

**Part 14:   Signature and Declaration**

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     __October  3, 2023__

__/s/ Ryan Tyler__                                   __Ryan Tyler__
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    __Chief Financial Officer__

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

**Molekule**
**Molekule, Inc.**
**A/P Payment History by Payment**
**June 26, 2023 - September 26, 2023**

# SOFA #3 - Exhibit A

| Transaction | Bill Type | Date | Document Number | Amount |
|---|---|---|---|---|
| **Bill Payment #Wire-2023062826607842 - Aura Smart Air Inc.** | | | | |
| | Bill Payment | 6/28/2023 | Wire-2023062826607842 | $68,387.61 |
| | Bill | 6/5/2023 | INVUS648 | ($205.80) |
| | Bill | 6/28/2023 | INVIL1136 | ($68,181.81) |
| Amount Unapplied - Bill Payment #Wire-2023062826607842 - Aura Smart Air Inc. | | | | $0.00 |
| **Bill Payment #Wire-2023062826611250 - Aura Smart Air Inc.** | | | | |
| | Bill Payment | 6/28/2023 | Wire-2023062826611250 | $63,829.33 |
| | Bill | 6/1/2023 | INVUS609 | ($4,720.00) |
| | Bill | 6/20/2023 | INVUS651 | ($4,288.35) |
| | Bill | 6/25/2023 | INVUS652 | ($367.04) |
| | Bill | 6/26/2023 | INVUS653 | ($1,135.00) |
| | Bill | 6/26/2023 | INVUS654 | ($1,135.00) |
| | Bill | 6/28/2023 | INVUS655 | ($52,183.94) |
| Amount Unapplied - Bill Payment #Wire-2023062826611250 - Aura Smart Air Inc. | | | | $0.00 |
| **Bill Payment #00000436/1 - Amazon Advertising, LLC** | | | | |
| | Bill Payment | 6/29/2023 | 00000436/1 | $2,225.27 |
| | Bill | 5/2/2023 | TRLTK8DQF-105 | ($2,225.27) |
| Amount Unapplied - Bill Payment #00000436/1 - Amazon Advertising, LLC | | | | $0.00 |
| **Bill Payment #00000436/2 - Client Partner Mgmt Group LLC** | | | | |
| | Bill Payment | 6/29/2023 | 00000436/2 | $5,220.00 |
| | Bill | 6/24/2023 | 23_14 | ($5,220.00) |
| Amount Unapplied - Bill Payment #00000436/2 - Client Partner Mgmt Group LLC | | | | $0.00 |
| **Bill Payment #00000436/3 - Raymond Cromwell** | | | | |
| | Bill Payment | 6/29/2023 | 00000436/3 | $5,046.00 |
| | Bill | 6/27/2023 | MO 06.27.2023 | ($5,046.00) |
| Amount Unapplied - Bill Payment #00000436/3 - Raymond Cromwell | | | | $0.00 |
| **Bill Payment #00000437/1 - 4000 North Combee Road, LLC** | | | | |
| | Bill Payment | 6/29/2023 | 00000437/1 | $10,316.12 |
| | Bill | 7/1/2023 | July 23 Rent 4040 N Combee | ($10,316.12) |
| Amount Unapplied - Bill Payment #00000437/1 - 4000 North Combee Road, LLC | | | | $0.00 |
| **Bill Payment #00000437/10 - Cintas Corporation** | | | | |
| | Bill Payment | 6/29/2023 | 00000437/10 | $64.20 |
| | Bill | 6/1/2023 | 9198520947 | ($64.20) |
| Amount Unapplied - Bill Payment #00000437/10 - Cintas Corporation | | | | $0.00 |
| **Bill Payment #00000437/11 - Columbus Industries Texas LLP** | | | | |
| | Bill Payment | 6/29/2023 | 00000437/11 | $26,352.00 |
| | Bill | 4/28/2023 | 1339841 RI | ($26,352.00) |
| Amount Unapplied - Bill Payment #00000437/11 - Columbus Industries Texas LLP | | | | $0.00 |
| **Bill Payment #00000437/12 - Columbus Industries Texas LLP** | | | | |
| | Bill Payment | 6/29/2023 | 00000437/12 | $22,233.60 |
| | Bill | 5/1/2023 | 1339842 RI | ($22,233.60) |
| Amount Unapplied - Bill Payment #00000437/12 - Columbus Industries Texas LLP | | | | $0.00 |
| **Bill Payment #00000437/13 - Columbus Industries Texas LLP** | | | | |
| | Bill Payment | 6/29/2023 | 00000437/13 | $16,272.90 |
| | Bill | 5/1/2023 | 1339843 RI | ($16,272.90) |
| Amount Unapplied - Bill Payment #00000437/13 - Columbus Industries Texas LLP | | | | $0.00 |
| **Bill Payment #00000437/14 - Columbus Industries Texas LLP** | | | | |
| | Bill Payment | 6/29/2023 | 00000437/14 | $6,974.10 |
| | Bill | 5/1/2023 | 1339844 RI | ($6,974.10) |
| Amount Unapplied - Bill Payment #00000437/14 - Columbus Industries Texas LLP | | | | $0.00 |
| **Bill Payment #00000437/15 - Commerce Technologies, LLC DBA CommerceHub** | | | | |
| | Bill Payment | 6/29/2023 | 00000437/15 | $70.50 |
| | Bill | 5/31/2023 | 2197386 | ($70.50) |
| Amount Unapplied - Bill Payment #00000437/15 - Commerce Technologies, LLC DBA Cor... | | | | $0.00 |
| **Bill Payment #00000437/16 - CRITEO CORP** | | | | |
| | Bill Payment | 6/29/2023 | 00000437/16 | $15,015.79 |
| | Bill | 5/31/2023 | 13US23051575 | ($15,015.79) |
| Amount Unapplied - Bill Payment #00000437/16 - CRITEO CORP | | | | $0.00 |
| **Bill Payment #00000437/17 - Gardens Bio Science Partners LLC** | | | | |
| | Bill Payment | 6/29/2023 | 00000437/17 | $42,368.36 |
| | Bill | 7/1/2023 | AERO-202307 | ($42,368.36) |
| Amount Unapplied - Bill Payment #00000437/17 - Gardens Bio Science Partners LLC | | | | $0.00 |
| **Bill Payment #00000437/18 - Gardens Bio Science Partners LLC** | | | | |
| | Bill Payment | 6/29/2023 | 00000437/18 | $3,284.82 |
| | Bill | 6/26/2023 | 6.20.23 Electric Statement | ($3,284.82) |
| Amount Unapplied - Bill Payment #00000437/18 - Gardens Bio Science Partners LLC | | | | $0.00 |
| **Bill Payment #00000437/19 - Gardens Bio Science Partners LLC** | | | | |
| | Bill Payment | 6/29/2023 | 00000437/19 | $1,098.22 |
| | Bill | 7/1/2023 | AERO-052023PL | ($1,098.22) |
| Amount Unapplied - Bill Payment #00000437/19 - Gardens Bio Science Partners LLC | | | | $0.00 |
| **Bill Payment #00000437/2 - 4000 North Combee Road, LLC** | | | | |
| | Bill Payment | 6/29/2023 | 00000437/2 | $37,832.28 |
| | Bill | 7/1/2023 | July'23 Rent / 4000 N COMBEE ROAD | ($37,832.28) |
| Amount Unapplied - Bill Payment #00000437/2 - 4000 North Combee Road, LLC | | | | $0.00 |
| **Bill Payment #00000437/20 - Knights of Security** | | | | |
| | Bill Payment | 6/29/2023 | 00000437/20 | $7,000.00 |
| | Bill | 7/1/2023 | 053 | ($7,000.00) |
| Amount Unapplied - Bill Payment #00000437/20 - Knights of Security | | | | $0.00 |
| **Bill Payment #00000437/21 - Larrabee Albi Coker LLP** | | | | |
| | Bill Payment | 6/29/2023 | 00000437/21 | $2,497.00 |
| | Bill | 6/21/2023 | 201533 | ($2,497.00) |
| Amount Unapplied - Bill Payment #00000437/21 - Larrabee Albi Coker LLP | | | | $0.00 |
| **Bill Payment #00000437/22 - Larrabee Albi Coker LLP** | | | | |
| | Bill Payment | 6/29/2023 | 00000437/22 | $112.03 |
| | Bill | 6/21/2023 | 201534 | ($112.03) |
| Amount Unapplied - Bill Payment #00000437/22 - Larrabee Albi Coker LLP | | | | $0.00 |
| **Bill Payment #00000437/23 - Lesswithlaur LLC** | | | | |
| | Bill Payment | 6/29/2023 | 00000437/23 | $212.50 |
| | Bill | 6/12/2023 | 113-0104 | ($212.50) |
| Amount Unapplied - Bill Payment #00000437/23 - Lesswithlaur LLC | | | | $0.00 |
| **Bill Payment #00000437/24 - Lob.com, Inc** | | | | |
| | Bill Payment | 6/29/2023 | 00000437/24 | $1,729.92 |
| | Bill | 6/2/2023 | 4342135 | ($1,729.92) |
| Amount Unapplied - Bill Payment #00000437/24 - Lob.com, Inc | | | | $0.00 |
| **Bill Payment #00000437/25 - Meta Platforms, Inc.** | | | | |
| | Bill Payment | 6/29/2023 | 00000437/25 | $128,088.50 |

| Transaction | Bill Type | Date | Document Number | Amount |
|---|---|---|---|---|
| Amount Unapplied - Bill Payment #00000442/2 - 4000 North Combee Road, LLC | | | | $0.00 |
| **Bill Payment #00000442/20 - Raymond Handling Consultants, L.C.** | | | | |
| | Bill Payment | 8/3/2023 | 00000442/20 | $1,471.25 |
| | Bill | 7/1/2023 | RO-023684-4 | ($1,471.25) |
| Amount Unapplied - Bill Payment #00000442/20 - Raymond Handling Consultants, L.C. | | | | $0.00 |
| **Bill Payment #00000442/21 - The Bluebird Group LLC** | | | | |
| | Bill Payment | 8/3/2023 | 00000442/21 | $1,500.00 |
| | Bill | 7/1/2023 | 10881 | ($1,500.00) |
| Amount Unapplied - Bill Payment #00000442/21 - The Bluebird Group LLC | | | | $0.00 |
| **Bill Payment #00000442/22 - Thorncrest Coastal LLC** | | | | |
| | Bill Payment | 8/3/2023 | 00000442/22 | $1,500.00 |
| | Bill | 7/1/2023 | 1721 | ($1,500.00) |
| Amount Unapplied - Bill Payment #00000442/22 - Thorncrest Coastal LLC | | | | $0.00 |
| **Bill Payment #00000442/23 - TikTok Inc.** | | | | |
| | Bill Payment | 8/3/2023 | 00000442/23 | $996.25 |
| | Bill | 7/22/2023 | MIUS20230905735 | ($996.25) |
| Amount Unapplied - Bill Payment #00000442/23 - TikTok Inc. | | | | $0.00 |
| **Bill Payment #00000442/24 - University of South Florida Research Foundation** | | | | |
| | Bill Payment | 8/3/2023 | 00000442/24 | $6,673.43 |
| | Bill | 8/1/2023 | Aug 2023 Rent | ($6,673.43) |
| Amount Unapplied - Bill Payment #00000442/24 - University of South Florida Research Fc... | | | | $0.00 |
| **Bill Payment #00000442/25 - Amazon Advertising, LLC** | | | | |
| | Bill Payment | 8/3/2023 | 00000442/25 | $21,133.01 |
| | Bill | 6/30/2023 | 7HDA23015333 | ($21,133.01) |
| Amount Unapplied - Bill Payment #00000442/25 - Amazon Advertising, LLC | | | | $0.00 |
| **Bill Payment #00000442/3 - Brandography.com LLC** | | | | |
| | Bill Payment | 8/3/2023 | 00000442/3 | $4,320.00 |
| | Bill | 7/18/2023 | 6775 | ($4,320.00) |
| Amount Unapplied - Bill Payment #00000442/3 - Brandography.com LLC | | | | $0.00 |
| **Bill Payment #00000442/4 - C Clean Inc** | | | | |
| | Bill Payment | 8/3/2023 | 00000442/4 | $1,948.50 |
| | Bill | 7/1/2023 | 3448 | ($1,948.50) |
| Amount Unapplied - Bill Payment #00000442/4 - C Clean Inc | | | | $0.00 |
| **Bill Payment #00000442/5 - Cintas Corporation** | | | | |
| | Bill Payment | 8/3/2023 | 00000442/5 | $162.95 |
| | Bill | 5/26/2023 | 5165411002 | ($162.95) |
| Amount Unapplied - Bill Payment #00000442/5 - Cintas Corporation | | | | $0.00 |
| **Bill Payment #00000442/6 - Amazon Advertising, LLC** | | | | |
| | Bill Payment | 8/3/2023 | 00000442/6 | $77,255.30 |
| | Bill | 6/30/2023 | TRLTK8DQF-107 | ($77,255.30) |
| Amount Unapplied - Bill Payment #00000442/6 - Amazon Advertising, LLC | | | | $0.00 |
| **Bill Payment #00000442/7 - Columbus Industries Texas LLP** | | | | |
| | Bill Payment | 8/3/2023 | 00000442/7 | $41,844.60 |
| | Bill | 5/30/2023 | 1343241 RI | ($41,844.60) |
| Amount Unapplied - Bill Payment #00000442/7 - Columbus Industries Texas LLP | | | | $0.00 |
| **Bill Payment #00000442/8 - De Lage Landen Financial Services, Inc** | | | | |
| | Bill Payment | 8/3/2023 | 00000442/8 | $2,593.35 |
| | Bill | 7/1/2023 | 586882827 | ($2,593.35) |
| Amount Unapplied - Bill Payment #00000442/8 - De Lage Landen Financial Services, Inc | | | | $0.00 |
| **Bill Payment #00000442/9 - Gardens Bio Science Partners LLC** | | | | |
| | Bill Payment | 8/3/2023 | 00000442/9 | $42,368.36 |
| | Bill | 8/1/2023 | AERO-202308 | ($42,368.36) |
| Amount Unapplied - Bill Payment #00000442/9 - Gardens Bio Science Partners LLC | | | | $0.00 |
| **Bill Payment #Wire-2023080326797444 - Lojistic LLC** | | | | |
| | Bill Payment | 8/3/2023 | Wire-2023080326797444 | $19,054.63 |
| | Bill | 7/24/2023 | PSINV214120 | ($19,054.63) |
| Amount Unapplied - Bill Payment #Wire-2023080326797444 - Lojistic LLC | | | | $0.00 |
| **Bill Payment #Wire-2023080326797486 - Lojistic LLC** | | | | |
| | Bill Payment | 8/3/2023 | Wire-2023080326797486 | $44,840.22 |
| | Bill | 8/2/2023 | P202330 | ($44,840.22) |
| Amount Unapplied - Bill Payment #Wire-2023080326797486 - Lojistic LLC | | | | $0.00 |
| **Bill Payment #Wire-2023080326797503 - Goldfarb Seligman & Co.** | | | | |
| | Bill Payment | 8/3/2023 | Wire-2023080326797503 | $1,282.32 |
| | Bill | 6/7/2023 | 23/291751 | ($1,282.32) |
| Amount Unapplied - Bill Payment #Wire-2023080326797503 - Goldfarb Seligman & Co. | | | | $0.00 |
| **Bill Credit #FLEX-2095502-3 - Flexport** | | | | |
| | Bill Credit | 8/4/2023 | FLEX-2095502-3 | $4,763.72 |
| | Bill | 7/19/2023 | FLEX-2095502-3 | ($4,763.72) |
| Amount Unapplied - Bill Credit #FLEX-2095502-3 - Flexport | | | | $0.00 |
| **Bill Credit #FLEX-2148094-3 - Flexport** | | | | |
| | Bill Credit | 8/4/2023 | FLEX-2148094-3 | $135.00 |
| | Bill | 7/19/2023 | FLEX-2148094-3 | ($135.00) |
| Amount Unapplied - Bill Credit #FLEX-2148094-3 - Flexport | | | | $0.00 |
| **Bill Credit #FLEX-2148094-4 - Flexport** | | | | |
| | Bill Credit | 8/4/2023 | FLEX-2148094-4 | $1,096.73 |
| | Bill | 8/23/2023 | FLEX-2148094-4 | ($1,096.73) |
| Amount Unapplied - Bill Credit #FLEX-2148094-4 - Flexport | | | | $0.00 |
| **Bill Credit #FRS#202331-CR - Lojistic LLC** | | | | |
| | Bill Credit | 8/4/2023 | FRS#202331-CR | $30.79 |
| | Bill | 8/2/2023 | P202331 | ($30.79) |
| Amount Unapplied - Bill Credit #FRS#202331-CR - Lojistic LLC | | | | $0.00 |
| **Bill Payment #Wire-2023080726814649 - Amazon Advertising, LLC** | | | | |
| | Bill Payment | 8/7/2023 | Wire-2023080726814649 | $46,655.62 |
| | Bill | 7/1/2023 | TRLTK8DQF-106 | ($46,655.62) |
| Amount Unapplied - Bill Payment #Wire-2023080726814649 - Amazon Advertising, LLC | | | | $0.00 |
| **Bill Payment #28106047 - Thermo Fisher Scientific Chemicals Inc.** | | | | |
| | Bill Payment | 8/8/2023 | 28106047 | $2,775.73 |
| | Bill | 7/1/2023 | 7268306 | ($2,775.73) |
| Amount Unapplied - Bill Payment #28106047 - Thermo Fisher Scientific Chemicals Inc. | | | | $0.00 |
| **Bill Payment #00000443/1 - Cintas Corporation** | | | | |
| | Bill Payment | 8/10/2023 | 00000443/1 | $471.30 |
| | Bill | 7/27/2023 | 4162928067 | ($471.30) |
| Amount Unapplied - Bill Payment #00000443/1 - Cintas Corporation | | | | $0.00 |
| **Bill Payment #00000443/10 - Columbus Industries Texas LLP** | | | | |
| | Bill Payment | 8/10/2023 | 00000443/10 | $11,116.80 |
| | Bill | 6/2/2023 | 1343834 RI | ($11,116.80) |

|  | Bill | 5/31/2023 | 25209002 | ($128,088.50) |
|---|---|---|---|---|
| Amount Unapplied - Bill Payment #00000437/25 - Meta Platforms, Inc. | | | | $0.00 |
| Bill Payment #00000437/26 - MNTN Digital, Inc | | | | |
|  | Bill Payment | 6/29/2023 | 00000437/26 | $34,550.24 |
|  | Bill | 5/31/2023 | 319316 | ($34,550.24) |
| Amount Unapplied - Bill Payment #00000437/26 - MNTN Digital, Inc | | | | $0.00 |
| Bill Payment #00000437/27 - Old Dominion Freight Line Inc. | | | | |
|  | Bill Payment | 6/29/2023 | 00000437/27 | $180.00 |
|  | Bill | 6/1/2023 | 36200947590.1 | ($180.00) |
| Amount Unapplied - Bill Payment #00000437/27 - Old Dominion Freight Line Inc. | | | | $0.00 |
| Bill Payment #00000437/28 - Packform USA LLC | | | | |
|  | Bill Payment | 6/29/2023 | 00000437/28 | $1,290.00 |
|  | Bill | 5/30/2023 | INV-43557 | ($1,290.00) |
| Amount Unapplied - Bill Payment #00000437/28 - Packform USA LLC | | | | $0.00 |
| Bill Payment #00000437/29 - Packform USA LLC | | | | |
|  | Bill Payment | 6/29/2023 | 00000437/29 | $1,688.00 |
|  | Bill | 6/16/2023 | INV-44325 | ($1,688.00) |
| Amount Unapplied - Bill Payment #00000437/29 - Packform USA LLC | | | | $0.00 |
| Bill Payment #00000437/3 - Airgas USA, LLC | | | | |
|  | Bill Payment | 6/29/2023 | 00000437/3 | $135.71 |
|  | Bill | 5/30/2023 | 9138504060 | ($135.71) |
| Amount Unapplied - Bill Payment #00000437/3 - Airgas USA, LLC | | | | $0.00 |
| Bill Payment #00000437/30 - Packform USA LLC | | | | |
|  | Bill Payment | 6/29/2023 | 00000437/30 | $5,329.00 |
|  | Bill | 6/16/2023 | INV-44323 | ($5,329.00) |
| Amount Unapplied - Bill Payment #00000437/30 - Packform USA LLC | | | | $0.00 |
| Bill Payment #00000437/31 - Packform USA LLC | | | | |
|  | Bill Payment | 6/29/2023 | 00000437/31 | $1,876.00 |
|  | Bill | 6/16/2023 | INV-44324 | ($1,876.00) |
| Amount Unapplied - Bill Payment #00000437/31 - Packform USA LLC | | | | $0.00 |
| Bill Payment #00000437/32 - Raymond Handling Consultants, L.C. | | | | |
|  | Bill Payment | 6/29/2023 | 00000437/32 | $1,471.25 |
|  | Bill | 6/1/2023 | RO-0232684-3 | ($1,471.25) |
| Amount Unapplied - Bill Payment #00000437/32 - Raymond Handling Consultants, L.C. | | | | $0.00 |
| Bill Payment #00000437/33 - Staples Contract & Commercial LLC dba Staples Business Advantage | | | | |
|  | Bill Payment | 6/29/2023 | 00000437/33 | $62.26 |
|  | Bill | 6/1/2023 | 3539398556 | ($62.26) |
| Amount Unapplied - Bill Payment #00000437/33 - Staples Contract & Commercial LLC db... | | | | $0.00 |
| Bill Payment #00000437/34 - University of South Florida Research Foundation | | | | |
|  | Bill Payment | 6/29/2023 | 00000437/34 | $6,673.43 |
|  | Bill | 7/1/2023 | July 23 | ($6,673.43) |
| Amount Unapplied - Bill Payment #00000437/34 - University of South Florida Research Fc | | | | $0.00 |
| Bill Payment #00000437/35 - What Love Built LLC | | | | |
|  | Bill Payment | 6/29/2023 | 00000437/35 | $3,500.00 |
|  | Bill | 6/21/2023 | 0E022DCB | ($3,500.00) |
| Amount Unapplied - Bill Payment #00000437/35 - What Love Built LLC | | | | $0.00 |
| Bill Payment #00000437/36 - Yellow Logistics | | | | |
|  | Bill Payment | 6/29/2023 | 00000437/36 | $2,475.00 |
|  | Bill | 6/13/2023 | TB000265199-01 | ($2,475.00) |
| Amount Unapplied - Bill Payment #00000437/36 - Yellow Logistics | | | | $0.00 |
| Bill Payment #00000437/4 - ALOM Technologies Corp. | | | | |
|  | Bill Payment | 6/29/2023 | 00000437/4 | $277,455.72 |
|  | Bill | 6/12/2023 | 110612 | ($277,455.72) |
| Amount Unapplied - Bill Payment #00000437/4 - ALOM Technologies Corp. | | | | $0.00 |
| Bill Payment #00000437/5 - ALOM Technologies Corp. | | | | |
|  | Bill Payment | 6/29/2023 | 00000437/5 | $22,785.00 |
|  | Bill | 6/12/2023 | 110628 | ($22,785.00) |
| Amount Unapplied - Bill Payment #00000437/5 - ALOM Technologies Corp. | | | | $0.00 |
| Bill Payment #00000437/6 - ALOM Technologies Corp. | | | | |
|  | Bill Payment | 6/29/2023 | 00000437/6 | $5,726.32 |
|  | Bill | 6/12/2023 | 110557 | ($5,726.32) |
| Amount Unapplied - Bill Payment #00000437/6 - ALOM Technologies Corp. | | | | $0.00 |
| Bill Payment #00000437/7 - ALOM Technologies Corp. | | | | |
|  | Bill Payment | 6/29/2023 | 00000437/7 | $7,033.90 |
|  | Bill | 6/12/2023 | 110556 | ($7,033.90) |
| Amount Unapplied - Bill Payment #00000437/7 - ALOM Technologies Corp. | | | | $0.00 |
| Bill Payment #00000437/8 - ALOM Technologies Corp. | | | | |
|  | Bill Payment | 6/29/2023 | 00000437/8 | $11,640.00 |
|  | Bill | 6/12/2023 | 110457 | ($11,640.00) |
| Amount Unapplied - Bill Payment #00000437/8 - ALOM Technologies Corp. | | | | $0.00 |
| Bill Payment #00000437/9 - Cigna Health and Life  Insurance Company | | | | |
|  | Bill Payment | 6/29/2023 | 00000437/9 | $1,491.60 |
|  | Bill | 6/30/2023 | RK_MOL_202306 | ($1,491.60) |
| Amount Unapplied - Bill Payment #00000437/9 - Cigna Health and Life  Insurance Compar | | | | $0.00 |
| Bill Payment #10006 - Coyle Browne Law | | | | |
|  | Bill Payment | 6/29/2023 | 10006 | $47,250.00 |
|  | Bill | 6/13/2023 | 6.29.23 | ($47,250.00) |
| Amount Unapplied - Bill Payment #10006 - Coyle Browne Law | | | | $0.00 |
| Journal #JE-US-11535 - | | | | |
|  | Journal | 6/30/2023 | JE-US-11535 | $10,000.00 |
|  | Journal | 5/25/2023 | 1886170 | ($10,000.00) |
| Amount Unapplied - Journal #JE-US-11535 - | | | | $0.00 |
| Bill Credit #11371 - Mack Molding Company, Inc. | | | | |
|  | Bill Credit | 7/1/2023 | 11371 | $8,394.68 |
|  | Bill | 6/27/2023 | 420612 | ($8,394.68) |
| Amount Unapplied - Bill Credit #11371 - Mack Molding Company, Inc. | | | | $0.00 |
| Journal #JE-US-11662 - | | | | |
|  | Journal | 7/1/2023 | JE-US-11662 | $10,000.00 |
|  | Journal | 7/1/2023 | JE-US-11536 | ($10,000.00) |
| Amount Unapplied - Journal #JE-US-11662 - | | | | $0.00 |
| Bill Payment #Wire-2023062926620234 - Lojistic LLC | | | | |
|  | Bill Payment | 7/3/2023 | Wire-2023062926620234 | $19,170.26 |
|  | Bill | 6/20/2023 | PSINV212849 | ($19,170.26) |
| Amount Unapplied - Bill Payment #Wire-2023062926620234 - Lojistic LLC | | | | $0.00 |
| Bill Payment #Wire-2023062926620536 - Lojistic LLC | | | | |
|  | Bill Payment | 7/3/2023 | Wire-2023062926620536 | $77,591.64 |
|  | Bill | 6/28/2023 | P202325 | ($77,591.64) |
| Amount Unapplied - Bill Payment #Wire-2023062926620536 - Lojistic LLC | | | | $0.00 |
| Bill Payment #EFT-arx9satt - KlientBoost Performance, LLC | | | | |
|  | Bill Payment | 7/5/2023 | EFT-arx9satt | $7,000.00 |
|  | Bill | 6/28/2023 | 10366 | ($7,000.00) |
| Amount Unapplied - Bill Payment #EFT-arx9satt - KlientBoost Performance, LLC | | | | $0.00 |
| Bill Payment #Wire-2023063026633816 - Dandelion Inc. | | | | |
|  | Bill Payment | 7/5/2023 | Wire-2023063026633816 | $74,888.78 |
|  | Bill | 6/28/2023 | INV-5839 | ($74,888.78) |
| Amount Unapplied - Bill Payment #Wire-2023063026633816 - Dandelion Inc. | | | | $0.00 |
| Bill Payment #Wire-2023063026633824 - Lauren McCauly Patch | | | | |

| Amount Unapplied - Bill Payment #00000443/10 - Columbus Industries Texas LLP | | | | $0.00 |
|---|---|---|---|---|
| Bill Payment #00000443/11 - Columbus Industries Texas LLP | | | | |
|  | Bill Payment | 8/10/2023 | 00000443/11 | $22,233.60 |
|  | Bill | 6/2/2023 | 1343835 RI | ($22,233.60) |
| Amount Unapplied - Bill Payment #00000443/11 - Columbus Industries Texas LLP | | | | $0.00 |
| Bill Payment #00000443/12 - Columbus Industries Texas LLP | | | | |
|  | Bill Payment | 8/10/2023 | 00000443/12 | $4,649.40 |
|  | Bill | 6/2/2023 | 1343836 RI | ($4,649.40) |
| Amount Unapplied - Bill Payment #00000443/12 - Columbus Industries Texas LLP | | | | $0.00 |
| Bill Payment #00000443/13 - Freshfields Bruckhaus Deringer LLP | | | | |
|  | Bill Payment | 8/10/2023 | 00000443/13 | $168,805.35 |
|  | Bill | 4/26/2023 | 6001017594 | ($168,805.35) |
| Amount Unapplied - Bill Payment #00000443/13 - Freshfields Bruckhaus Deringer LLP | | | | $0.00 |
| Bill Payment #00000443/14 - Freshfields Bruckhaus Deringer LLP | | | | |
|  | Bill Payment | 8/10/2023 | 00000443/14 | $32,809.50 |
|  | Bill | 5/1/2023 | 6001017881 | ($32,809.50) |
| Amount Unapplied - Bill Payment #00000443/14 - Freshfields Bruckhaus Deringer LLP | | | | $0.00 |
| Bill Payment #00000443/15 - Grainger | | | | |
|  | Bill Payment | 8/10/2023 | 00000443/15 | $36.25 |
|  | Bill | 7/10/2023 | 9764334653 | ($36.25) |
| Amount Unapplied - Bill Payment #00000443/15 - Grainger | | | | $0.00 |
| Bill Payment #00000443/16 - HP Holdings, Inc. DBA Invariant | | | | |
|  | Bill Payment | 8/10/2023 | 00000443/16 | $13,000.00 |
|  | Bill | 6/1/2023 | 11191 | ($13,000.00) |
| Amount Unapplied - Bill Payment #00000443/16 - HP Holdings, Inc. DBA Invariant | | | | $0.00 |
| Bill Payment #00000443/17 - Hunter Holthaus | | | | |
|  | Bill Payment | 8/10/2023 | 00000443/17 | $3,915.00 |
|  | Bill | 7/31/2023 | MO-01 | ($3,915.00) |
| Amount Unapplied - Bill Payment #00000443/17 - Hunter Holthaus | | | | $0.00 |
| Bill Payment #00000443/18 - Jamie Sutor | | | | |
|  | Bill Payment | 8/10/2023 | 00000443/18 | $800.00 |
|  | Bill | 8/1/2023 | INV-000019 | ($800.00) |
| Amount Unapplied - Bill Payment #00000443/18 - Jamie Sutor | | | | $0.00 |
| Bill Payment #00000443/19 - KBA Document Solutions, LLC | | | | |
|  | Bill Payment | 8/10/2023 | 00000443/19 | $89.94 |
|  | Bill | 7/7/2023 | 55Y1381957 | ($89.94) |
| Amount Unapplied - Bill Payment #00000443/19 - KBA Document Solutions, LLC | | | | $0.00 |
| Bill Payment #00000443/2 - Cintas Corporation | | | | |
|  | Bill Payment | 8/10/2023 | 00000443/2 | $175.38 |
|  | Bill | 7/13/2023 | 4161528112 | ($175.38) |
| Amount Unapplied - Bill Payment #00000443/2 - Cintas Corporation | | | | $0.00 |
| Bill Payment #00000443/20 - Lirik Inc | | | | |
|  | Bill Payment | 8/10/2023 | 00000443/20 | $12,800.00 |
|  | Bill | 7/1/2023 | 6409 | ($12,800.00) |
| Amount Unapplied - Bill Payment #00000443/20 - Lirik Inc | | | | $0.00 |
| Bill Payment #00000443/21 - Mcmaster Carr Supply | | | | |
|  | Bill Payment | 8/10/2023 | 00000443/21 | $108.11 |
|  | Bill | 7/7/2023 | 10599454 | ($108.11) |
| Amount Unapplied - Bill Payment #00000443/21 - Mcmaster Carr Supply | | | | $0.00 |
| Bill Payment #00000443/22 - MERR Consulting Group | | | | |
|  | Bill Payment | 8/10/2023 | 00000443/22 | $1,500.00 |
|  | Bill | 8/1/2023 | 01 | ($1,500.00) |
| Amount Unapplied - Bill Payment #00000443/22 - MERR Consulting Group | | | | $0.00 |
| Bill Payment #00000443/23 - Pepperjam LLC | | | | |
|  | Bill Payment | 8/10/2023 | 00000443/23 | $17,187.50 |
|  | Bill | 6/30/2023 | INV-37550 | ($17,187.50) |
| Amount Unapplied - Bill Payment #00000443/23 - Pepperjam LLC | | | | $0.00 |
| Bill Payment #00000443/24 - Quiq, Inc. | | | | |
|  | Bill Payment | 8/10/2023 | 00000443/24 | $504.81 |
|  | Bill | 7/10/2023 | INV-230274 | ($504.81) |
| Amount Unapplied - Bill Payment #00000443/24 - Quiq, Inc. | | | | $0.00 |
| Bill Payment #00000443/25 - Raymond Cromwell | | | | |
|  | Bill Payment | 8/10/2023 | 00000443/25 | $5,742.00 |
|  | Bill | 8/8/2023 | MO 08.08.2023 | ($5,742.00) |
| Amount Unapplied - Bill Payment #00000443/25 - Raymond Cromwell | | | | $0.00 |
| Bill Payment #00000443/26 - Rufino Soulisak | | | | |
|  | Bill Payment | 8/10/2023 | 00000443/26 | $200.00 |
|  | Bill | 7/21/2023 | A0234 | ($200.00) |
| Amount Unapplied - Bill Payment #00000443/26 - Rufino Soulisak | | | | $0.00 |
| Bill Payment #00000443/27 - Safety Products, Inc. | | | | |
|  | Bill Payment | 8/10/2023 | 00000443/27 | $84.21 |
|  | Bill | 7/7/2023 | 887151 | ($84.21) |
| Amount Unapplied - Bill Payment #00000443/27 - Safety Products, Inc. | | | | $0.00 |
| Bill Payment #00000443/28 - Sigma-Aldrich, Inc. | | | | |
|  | Bill Payment | 8/10/2023 | 00000443/28 | $996.42 |
|  | Bill | 7/13/2023 | 560580527 | ($996.42) |
| Amount Unapplied - Bill Payment #00000443/28 - Sigma-Aldrich, Inc. | | | | $0.00 |
| Bill Payment #00000443/29 - Steve  Elster | | | | |
|  | Bill Payment | 8/10/2023 | 00000443/29 | $680.00 |
|  | Bill | 7/17/2023 | 07/17/2023 | ($680.00) |
| Amount Unapplied - Bill Payment #00000443/29 - Steve  Elster | | | | $0.00 |
| Bill Payment #00000443/3 - Cintas Corporation | | | | |
|  | Bill Payment | 8/10/2023 | 00000443/3 | $139.10 |
|  | Bill | 7/7/2023 | 8406336520 | ($139.10) |
| Amount Unapplied - Bill Payment #00000443/3 - Cintas Corporation | | | | $0.00 |
| Bill Payment #00000443/30 - Synergy North America, Inc. | | | | |
|  | Bill Payment | 8/10/2023 | 00000443/30 | $5,858.75 |
|  | Bill | 7/3/2023 | SFSI0003689 | ($5,858.75) |
| Amount Unapplied - Bill Payment #00000443/30 - Synergy North America, Inc. | | | | $0.00 |
| Bill Payment #00000443/31 - The Bluebird Group LLC | | | | |
|  | Bill Payment | 8/10/2023 | 00000443/31 | $1,500.00 |
|  | Bill | 7/1/2023 | 10987 | ($1,500.00) |
| Amount Unapplied - Bill Payment #00000443/31 - The Bluebird Group LLC | | | | $0.00 |
| Bill Payment #00000443/32 - The Bluebird Group LLC | | | | |
|  | Bill Payment | 8/10/2023 | 00000443/32 | $1,500.00 |
|  | Bill | 7/1/2023 | 10988 | ($1,500.00) |
| Amount Unapplied - Bill Payment #00000443/32 - The Bluebird Group LLC | | | | $0.00 |
| Bill Payment #00000443/33 - The Pooch Coach | | | | |
|  | Bill Payment | 8/10/2023 | 00000443/33 | $1,030.85 |
|  | Bill | 7/20/2023 | 07/20/2023 | ($1,030.85) |
| Amount Unapplied - Bill Payment #00000443/33 - The Pooch Coach | | | | $0.00 |
| Bill Payment #00000443/34 - Uline | | | | |
|  | Bill Payment | 8/10/2023 | 00000443/34 | $415.43 |
|  | Bill | 7/11/2023 | 165832092 | ($415.43) |
| Amount Unapplied - Bill Payment #00000443/34 - Uline | | | | $0.00 |
| Bill Payment #00000443/35 - Unified Accounting & Tax, LLP | | | | |
|  | Bill Payment | 8/10/2023 | 00000443/35 | $3,232.70 |

| Type | Date | Num | Amount |
|---|---|---|---|
| Bill Payment | 7/5/2023 | Wire-2023063026633824 | $2,587.50 |
| Bill | 6/1/2023 | 0004 | ($2,587.50) |
| **Amount Unapplied - Bill Payment #Wire-2023063026633824 - Lauren McCauly Patch** | | | **$0.00** |
| **Bill Payment #Wire-20231840340300 - Persistent Systems Limited** | | | |
| Bill Payment | 7/5/2023 | Wire-20231840340300 | $5,652.50 |
| Bill | 6/1/2023 | 10124270110735 | ($5,652.50) |
| **Amount Unapplied - Bill Payment #Wire-20231840340300 - Persistent Systems Limited** | | | **$0.00** |
| **Bill Payment #00000438/1 - Addison's Wonderland Inc.** | | | |
| Bill Payment | 7/6/2023 | 00000438/1 | $1,800.00 |
| Bill | 6/5/2023 | FC1E4D32 | ($1,800.00) |
| **Amount Unapplied - Bill Payment #00000438/1 - Addison's Wonderland Inc.** | | | **$0.00** |
| **Bill Payment #00000438/10 - Cintas Corporation** | | | |
| Bill Payment | 7/6/2023 | 00000438/10 | $208.65 |
| Bill | 6/2/2023 | 8406288231 | ($208.65) |
| **Amount Unapplied - Bill Payment #00000438/10 - Cintas Corporation** | | | **$0.00** |
| **Bill Payment #00000438/11 - Cintas Corporation** | | | |
| Bill Payment | 7/6/2023 | 00000438/11 | $175.38 |
| Bill | 6/23/2023 | 4159423494 | ($175.38) |
| **Amount Unapplied - Bill Payment #00000438/11 - Cintas Corporation** | | | **$0.00** |
| **Bill Payment #00000438/12 - Cintas Corporation** | | | |
| Bill Payment | 7/6/2023 | 00000438/12 | $175.38 |
| Bill | 6/8/2023 | 4158059856 | ($175.38) |
| **Amount Unapplied - Bill Payment #00000438/12 - Cintas Corporation** | | | **$0.00** |
| **Bill Payment #00000438/13 - Cintas Corporation** | | | |
| Bill Payment | 7/6/2023 | 00000438/13 | $175.38 |
| Bill | 6/29/2023 | 4160093978 | ($175.38) |
| **Amount Unapplied - Bill Payment #00000438/13 - Cintas Corporation** | | | **$0.00** |
| **Bill Payment #00000438/14 - Cintas Corporation** | | | |
| Bill Payment | 7/6/2023 | 00000438/14 | $123.05 |
| Bill | 6/1/2023 | 9225925292 | ($123.05) |
| **Amount Unapplied - Bill Payment #00000438/14 - Cintas Corporation** | | | **$0.00** |
| **Bill Payment #00000438/15 - Cintas Corporation** | | | |
| Bill Payment | 7/6/2023 | 00000438/15 | $116.23 |
| Bill | 6/1/2023 | 9225964133 | ($116.23) |
| **Amount Unapplied - Bill Payment #00000438/15 - Cintas Corporation** | | | **$0.00** |
| **Bill Payment #00000438/16 - Columbus Industries Texas LLP** | | | |
| Bill Payment | 7/6/2023 | 00000438/16 | $39,949.20 |
| Bill | 5/4/2023 | 1340335 RI | ($39,949.20) |
| **Amount Unapplied - Bill Payment #00000438/16 - Columbus Industries Texas LLP** | | | **$0.00** |
| **Bill Payment #00000438/17 - De Lage Landen Financial Services, Inc** | | | |
| Bill Payment | 7/6/2023 | 00000438/17 | $2,593.35 |
| Bill | 5/28/2023 | 586853918 | ($2,593.35) |
| **Amount Unapplied - Bill Payment #00000438/17 - De Lage Landen Financial Services, Inc** | | | **$0.00** |
| **Bill Payment #00000438/18 - FAB** | | | |
| Bill Payment | 7/6/2023 | 00000438/18 | $20,129.69 |
| Bill | 6/1/2023 | 40002210 | ($20,129.69) |
| **Amount Unapplied - Bill Payment #00000438/18 - FAB** | | | **$0.00** |
| **Bill Payment #00000438/19 - Freightquote** | | | |
| Bill Payment | 7/6/2023 | 00000438/19 | $2,300.00 |
| Bill | 6/6/2023 | 6181687141 | ($2,300.00) |
| **Amount Unapplied - Bill Payment #00000438/19 - Freightquote** | | | **$0.00** |
| **Bill Payment #00000438/2 - Amazon Advertising, LLC** | | | |
| Bill Payment | 7/6/2023 | 00000438/2 | $25,740.68 |
| Bill | 5/31/2023 | 7HDA23013010 | ($25,740.68) |
| **Amount Unapplied - Bill Payment #00000438/2 - Amazon Advertising, LLC** | | | **$0.00** |
| **Bill Payment #00000438/20 - Freightquote** | | | |
| Bill Payment | 7/6/2023 | 00000438/20 | $2,300.00 |
| Bill | 6/6/2023 | 6181699678 | ($2,300.00) |
| **Amount Unapplied - Bill Payment #00000438/20 - Freightquote** | | | **$0.00** |
| **Bill Payment #00000438/21 - Gelest Inc** | | | |
| Bill Payment | 7/6/2023 | 00000438/21 | $530.89 |
| Bill | 6/6/2023 | 2023-69753-00 | ($530.89) |
| **Amount Unapplied - Bill Payment #00000438/21 - Gelest Inc** | | | **$0.00** |
| **Bill Payment #00000438/22 - Grazitti Interactive** | | | |
| Bill Payment | 7/6/2023 | 00000438/22 | $13,575.00 |
| Bill | 5/31/2022 | U23-0817 | ($13,575.00) |
| **Amount Unapplied - Bill Payment #00000438/22 - Grazitti Interactive** | | | **$0.00** |
| **Bill Payment #00000438/23 - Hold Security LLC** | | | |
| Bill Payment | 7/6/2023 | 00000438/23 | $1,200.00 |
| Bill | 6/1/2023 | 2144-002-01 | ($1,200.00) |
| **Amount Unapplied - Bill Payment #00000438/23 - Hold Security LLC** | | | **$0.00** |
| **Bill Payment #00000438/24 - Hyman, Phelps & McNamara, P.C.** | | | |
| Bill Payment | 7/6/2023 | 00000438/24 | $880.00 |
| Bill | 6/22/2022 | 2054981 | ($880.00) |
| **Amount Unapplied - Bill Payment #00000438/24 - Hyman, Phelps & McNamara, P.C.** | | | **$0.00** |
| **Bill Payment #00000438/25 - Intertek Testing Services NA, Inc.** | | | |
| Bill Payment | 7/6/2023 | 00000438/25 | $1,137.00 |
| Bill | 5/31/2023 | 100731665 | ($1,137.00) |
| **Amount Unapplied - Bill Payment #00000438/25 - Intertek Testing Services NA, Inc.** | | | **$0.00** |
| **Bill Payment #00000438/26 - Intertek Testing Services NA, Inc.** | | | |
| Bill Payment | 7/6/2023 | 00000438/26 | $2,450.00 |
| Bill | 6/1/2023 | 100732676Q | ($2,450.00) |
| **Amount Unapplied - Bill Payment #00000438/26 - Intertek Testing Services NA, Inc.** | | | **$0.00** |
| **Bill Payment #00000438/27 - Intertek Testing Services NA, Inc.** | | | |
| Bill Payment | 7/6/2023 | 00000438/27 | $3,060.00 |
| Bill | 5/31/2023 | 1007332254 | ($3,060.00) |
| **Amount Unapplied - Bill Payment #00000438/27 - Intertek Testing Services NA, Inc.** | | | **$0.00** |
| **Bill Payment #00000438/28 - KB Commercial Services LLC DBA Office Pride of Lakeland** | | | |
| Bill Payment | 7/6/2023 | 00000438/28 | $1,669.20 |
| Bill | 6/1/2023 | Inv-148919 | ($1,669.20) |
| **Amount Unapplied - Bill Payment #00000438/28 - KB Commercial Services LLC DBA Offic** | | | **$0.00** |
| **Bill Payment #00000438/29 - Lirik Inc** | | | |
| Bill Payment | 7/6/2023 | 00000438/29 | $12,800.00 |
| Bill | 6/1/2023 | 6335 | ($12,800.00) |
| **Amount Unapplied - Bill Payment #00000438/29 - Lirik Inc** | | | **$0.00** |
| **Bill Payment #00000438/3 - Amazon Advertising, LLC** | | | |
| Bill Payment | 7/6/2023 | 00000438/3 | $31,665.60 |
| Bill | 5/31/2023 | 7HDA23013154 | ($31,665.60) |
| **Amount Unapplied - Bill Payment #00000438/3 - Amazon Advertising, LLC** | | | **$0.00** |
| **Bill Payment #00000438/30 - Lob.com, Inc** | | | |
| Bill Payment | 7/6/2023 | 00000438/30 | $17,300.04 |
| Bill | 6/2/2023 | 4342134 | ($17,300.04) |
| **Amount Unapplied - Bill Payment #00000438/30 - Lob.com, Inc** | | | **$0.00** |
| **Bill Payment #00000438/31 - LMS Technologies, Inc.** | | | |
| Bill Payment | 7/6/2023 | 00000438/31 | $250.00 |
| Bill | 6/28/2023 | 062823AV2 | ($250.00) |
| **Amount Unapplied - Bill Payment #00000438/31 - LMS Technologies, Inc.** | | | **$0.00** |
| Bill | 7/1/2023 | 5151 Balance | ($3,232.70) |
| **Bill Payment #00000443/35 - Unified Accounting & Tax, LLP** | | | **$0.00** |
| **Bill Payment #00000443/36 - Unified Accounting & Tax, LLP** | | | |
| Bill Payment | 8/10/2023 | 00000443/36 | $2,250.60 |
| Bill | 7/15/2023 | 7216 | ($2,250.60) |
| **Amount Unapplied - Bill Payment #00000443/36 - Unified Accounting & Tax, LLP** | | | **$0.00** |
| **Bill Payment #00000443/37 - Unified Accounting & Tax, LLP** | | | |
| Bill Payment | 8/10/2023 | 00000443/37 | $283.50 |
| Bill | 7/15/2023 | 1724 | ($283.50) |
| **Amount Unapplied - Bill Payment #00000443/37 - Unified Accounting & Tax, LLP** | | | **$0.00** |
| **Bill Payment #00000443/38 - Linkator Group, LLC** | | | |
| Bill Payment | 8/10/2023 | 00000443/38 | $9,724.09 |
| Bill | 7/31/2023 | 2 | ($9,724.09) |
| **Amount Unapplied - Bill Payment #00000443/38 - Linkator Group, LLC** | | | **$0.00** |
| **Bill Payment #00000443/4 - Cintas Corporation** | | | |
| Bill Payment | 8/10/2023 | 00000443/4 | $116.23 |
| Bill | 8/1/2023 | 9233715141 | ($116.23) |
| **Amount Unapplied - Bill Payment #00000443/4 - Cintas Corporation** | | | **$0.00** |
| **Bill Payment #00000443/5 - Client Partner Mgmt Group LLC** | | | |
| Bill Payment | 8/10/2023 | 00000443/5 | $5,872.50 |
| Bill | 8/7/2023 | 23_17 | ($5,872.50) |
| **Amount Unapplied - Bill Payment #00000443/5 - Client Partner Mgmt Group LLC** | | | **$0.00** |
| **Bill Payment #00000443/6 - Columbus Industries Texas LLP** | | | |
| Bill Payment | 8/10/2023 | 00000443/6 | $34,870.50 |
| Bill | 6/2/2023 | 1343817 RI | ($34,870.50) |
| **Amount Unapplied - Bill Payment #00000443/6 - Columbus Industries Texas LLP** | | | **$0.00** |
| **Bill Payment #00000443/7 - Comprise** | | | |
| Bill Payment | 8/10/2023 | 00000443/7 | $12,500.00 |
| Bill | 7/1/2023 | 15130 | ($12,500.00) |
| **Amount Unapplied - Bill Payment #00000443/7 - Comprise** | | | **$0.00** |
| **Bill Payment #00000443/8 - Columbus Industries Texas LLP** | | | |
| Bill Payment | 8/10/2023 | 00000443/8 | $14,823.00 |
| Bill | 6/2/2023 | 1343833 RI | ($14,823.00) |
| **Amount Unapplied - Bill Payment #00000443/8 - Columbus Industries Texas LLP** | | | **$0.00** |
| **Bill Payment #00000443/9 - Columbus Industries Texas LLP** | | | |
| Bill Payment | 8/10/2023 | 00000443/9 | $9,882.00 |
| Bill | 6/2/2023 | 1343832 RI | ($9,882.00) |
| **Amount Unapplied - Bill Payment #00000443/9 - Columbus Industries Texas LLP** | | | **$0.00** |
| **Bill Payment #EFT-as1m5kn1 - KlientBoost Performance, LLC** | | | |
| Bill Payment | 8/10/2023 | EFT-as1m5kn1 | $2,500.00 |
| Bill | 7/26/2023 | 10599 | ($2,500.00) |
| **Amount Unapplied - Bill Payment #EFT-as1m5kn1 - KlientBoost Performance, LLC** | | | **$0.00** |
| **Bill Payment #Wire-2023081026829841 - Jasmeet Singh** | | | |
| Bill Payment | 8/10/2023 | Wire-2023081026829841 | $566.83 |
| Bill | 7/10/2023 | JA1013 | ($566.83) |
| **Amount Unapplied - Bill Payment #Wire-2023081026829841 - Jasmeet Singh** | | | **$0.00** |
| **Bill Payment #Wire-2023081026829978 - The EMC Shop** | | | |
| Bill Payment | 8/10/2023 | Wire-2023081026829978 | $1,295.00 |
| Bill | 7/10/2023 | 6555 | ($1,295.00) |
| **Amount Unapplied - Bill Payment #Wire-2023081026829978 - The EMC Shop** | | | **$0.00** |
| **Bill Payment #28123915 - Centercode, Inc.** | | | |
| Bill Payment | 8/10/2023 | | $20,235.00 |
| Bill | 6/9/2023 | 26354 | ($20,235.00) |
| **Amount Unapplied - Bill Payment #28123915 - Centercode, Inc.** | | | **$0.00** |
| **Bill Payment #Wire-2023081126837737 - Amazon Advertising, LLC** | | | |
| Bill Payment | 8/17/2023 | Wire-2023081126837737 | $110,519.36 |
| Bill | 6/30/2023 | 7HDA23015522 | ($71,410.37) |
| Bill | 6/30/2023 | 7HDA23015554 | ($39,108.99) |
| **Amount Unapplied - Bill Payment #Wire-2023081126837737 - Amazon Advertising, LLC** | | | **$0.00** |
| **Bill Payment #28438346 - Valuecart Private Limited** | | | |
| Bill Payment | 8/11/2023 | | $7,411.00 |
| Bill | 3/31/2023 | VC-S-KA23/22-23 | ($3,721.00) |
| Bill | 7/31/2023 | VC-S-KA08/23-24 | ($3,690.00) |
| **Amount Unapplied - Bill Payment #28438346 - Valuecart Private Limited** | | | **$0.00** |
| **Bill Payment #Wire-2023081726861754 - Joseph Synnott** | | | |
| Bill Payment | 8/17/2023 | Wire-2023081726861754 | $18,221.00 |
| Bill | 8/1/2023 | 0022 | ($18,221.00) |
| **Amount Unapplied - Bill Payment #Wire-2023081726861754 - Joseph Synnott** | | | **$0.00** |
| **Bill Payment #Wire-2023081726861816 - Inventec Appliances Corporation** | | | |
| Bill Payment | 8/17/2023 | Wire-2023081726861816 | $32,760.00 |
| Bill | 6/15/2023 | 83033923 | ($32,760.00) |
| **Amount Unapplied - Bill Payment #Wire-2023081726861816 - Inventec Appliances Corpor** | | | **$0.00** |
| **Bill Payment #Wire-2023081726861886 - Lojistic LLC** | | | |
| Bill Payment | 8/17/2023 | Wire-2023081726861886 | $45,170.26 |
| Bill | 8/9/2023 | P202331 | ($45,170.26) |
| **Amount Unapplied - Bill Payment #Wire-2023081726861886 - Lojistic LLC** | | | **$0.00** |
| **Bill Payment #28235064 - Shred Connect** | | | |
| Bill Payment | 8/17/2023 | | $4,205.00 |
| Bill | 7/5/2023 | 10141 | ($4,205.00) |
| **Amount Unapplied - Bill Payment #28235064 - Shred Connect** | | | **$0.00** |
| **Bill Payment #28546573 - JACS Solutions, Inc.** | | | |
| Bill Payment | 8/17/2023 | | $431.60 |
| Bill | 8/1/2023 | 12793 | ($431.60) |
| **Amount Unapplied - Bill Payment #28546573 - JACS Solutions, Inc.** | | | **$0.00** |
| **Bill Payment #28313314 - AVASK Accounting** | | | |
| Bill Payment | 8/17/2023 | | $2,400.00 |
| Bill | 8/3/2023 | 0000100148 | ($2,400.00) |
| **Amount Unapplied - Bill Payment #28313314 - AVASK Accounting** | | | **$0.00** |
| **Bill Payment #00000445/1 - Alarm Center, Inc.** | | | |
| Bill Payment | 8/18/2023 | 00000445/1 | $478.29 |
| Bill | 8/1/2023 | 035973 | ($478.29) |
| **Amount Unapplied - Bill Payment #00000445/1 - Alarm Center, Inc.** | | | **$0.00** |
| **Bill Payment #00000445/10 - Canteen Refreshment Services dba A Div of Canteen** | | | |
| Bill Payment | 8/18/2023 | 00000445/10 | $272.20 |
| Bill | 7/25/2023 | LAK6177 | ($272.20) |
| **Amount Unapplied - Bill Payment #00000445/10 - Canteen Refreshment Services dba A D** | | | **$0.00** |
| **Bill Payment #00000445/11 - Grainger** | | | |
| Bill Payment | 7/18/2023 | 9773562575 | $7.35 |
| Bill | 7/18/2023 | 9773562575 | ($7.35) |
| **Amount Unapplied - Bill Payment #00000445/11 - Grainger** | | | **$0.00** |
| **Bill Payment #00000445/12 - Grainger** | | | |
| Bill Payment | 8/18/2023 | 00000445/12 | $28.19 |
| Bill | 7/18/2023 | 9773562567 | ($28.19) |
| **Amount Unapplied - Bill Payment #00000445/12 - Grainger** | | | **$0.00** |
| **Bill Payment #00000445/13 - Homestead Studio LLC** | | | |
| Bill Payment | 8/18/2023 | 00000445/13 | $7,000.00 |
| Bill | 8/1/2023 | HS-3473 | ($7,000.00) |

| Description | Date | Reference | Amount |
|---|---|---|---|
| **Bill Payment #00000438/32 - Mcmaster Carr Supply** | | | |
| Bill Payment | 7/6/2023 | 00000438/32 | $703.62 |
| Bill | 8/1/2023 | 97516139 | ($703.62) |
| **Amount Unapplied - Bill Payment #00000438/32 - Mcmaster Carr Supply** | | | **$0.00** |
| **Bill Payment #00000438/33 - MethodSense Inc** | | | |
| Bill Payment | 7/6/2023 | 00000438/33 | $1,000.00 |
| Bill | 6/12/2023 | 4480 | ($1,000.00) |
| **Amount Unapplied - Bill Payment #00000438/33 - MethodSense Inc** | | | **$0.00** |
| **Bill Payment #00000438/34 - MethodSense Inc** | | | |
| Bill Payment | 7/6/2023 | 00000438/34 | $1,000.00 |
| Bill | 6/12/2023 | 4390 | ($1,000.00) |
| **Amount Unapplied - Bill Payment #00000438/34 - MethodSense Inc** | | | **$0.00** |
| **Bill Payment #00000438/35 - MethodSense Inc** | | | |
| Bill Payment | 7/6/2023 | 00000438/35 | $1,000.00 |
| Bill | 6/12/2023 | 4411 | ($1,000.00) |
| **Amount Unapplied - Bill Payment #00000438/35 - MethodSense Inc** | | | **$0.00** |
| **Bill Payment #00000438/36 - NexGen IOT Solutions, LLC** | | | |
| Bill Payment | 7/6/2023 | 00000438/36 | $41,222.00 |
| Bill | 5/31/2023 | 1001 | ($41,222.00) |
| **Amount Unapplied - Bill Payment #00000438/36 - NexGen IOT Solutions, LLC** | | | **$0.00** |
| **Bill Payment #00000438/37 - Ossentjuk & Botti** | | | |
| Bill Payment | 7/6/2023 | 00000438/37 | $495.00 |
| Bill | 6/1/2023 | 13411 | ($495.00) |
| **Amount Unapplied - Bill Payment #00000438/37 - Ossentjuk & Botti** | | | **$0.00** |
| **Bill Payment #00000438/38 - Packform USA LLC** | | | |
| Bill Payment | 7/6/2023 | 00000438/38 | $53,523.45 |
| Bill | 6/6/2023 | INV-43947 | ($53,523.45) |
| **Amount Unapplied - Bill Payment #00000438/38 - Packform USA LLC** | | | **$0.00** |
| **Bill Payment #00000438/39 - Packform USA LLC** | | | |
| Bill Payment | 7/6/2023 | 00000438/39 | $26,767.44 |
| Bill | 6/6/2023 | INV-43941 | ($26,767.44) |
| **Amount Unapplied - Bill Payment #00000438/39 - Packform USA LLC** | | | **$0.00** |
| **Bill Payment #00000438/4 - Amazon Advertising, LLC** | | | |
| Bill Payment | 7/6/2023 | 00000438/4 | $85,828.30 |
| Bill | 5/31/2023 | 7HDA23013057 | ($85,828.30) |
| **Amount Unapplied - Bill Payment #00000438/4 - Amazon Advertising, LLC** | | | **$0.00** |
| **Bill Payment #00000438/40 - Pepperjam LLC** | | | |
| Bill Payment | 7/6/2023 | 00000438/40 | $9,000.00 |
| Bill | 6/1/2023 | INV-36500 | ($9,000.00) |
| **Amount Unapplied - Bill Payment #00000438/40 - Pepperjam LLC** | | | **$0.00** |
| **Bill Payment #00000438/41 - Pepperjam LLC** | | | |
| Bill Payment | 7/6/2023 | 00000438/41 | $7,326.78 |
| Bill | 6/1/2023 | I-1100\3962-1101\56030 | ($7,326.78) |
| **Amount Unapplied - Bill Payment #00000438/41 - Pepperjam LLC** | | | **$0.00** |
| **Bill Payment #00000438/42 - Pepperjam LLC** | | | |
| Bill Payment | 7/6/2023 | 00000438/42 | $2,226.28 |
| Bill | 6/19/2023 | I-1100\3962-1101\59566 | ($2,226.28) |
| **Amount Unapplied - Bill Payment #00000438/42 - Pepperjam LLC** | | | **$0.00** |
| **Bill Payment #00000438/43 - Recycling Services of Florida** | | | |
| Bill Payment | 7/6/2023 | 00000438/43 | $3,612.60 |
| Bill | 6/1/2023 | 0000089755 | ($3,612.60) |
| **Amount Unapplied - Bill Payment #00000438/43 - Recycling Services of Florida** | | | **$0.00** |
| **Bill Payment #00000438/44 - Republic Services of Florida** | | | |
| Bill Payment | 7/6/2023 | 00000438/44 | $1,388.77 |
| Bill | 7/1/2023 | 0654-001160028 | ($1,388.77) |
| **Amount Unapplied - Bill Payment #00000438/44 - Republic Services of Florida** | | | **$0.00** |
| **Bill Payment #00000438/45 - Safety Products, Inc.** | | | |
| Bill Payment | 7/6/2023 | 00000438/45 | $1,525.29 |
| Bill | 6/2/2023 | 878027 | ($1,525.29) |
| **Amount Unapplied - Bill Payment #00000438/45 - Safety Products, Inc.** | | | **$0.00** |
| **Bill Payment #00000438/46 - SFO Creative Inc.** | | | |
| Bill Payment | 7/6/2023 | 00000438/46 | $2,625.00 |
| Bill | 5/31/2023 | INV-3042 | ($2,625.00) |
| **Amount Unapplied - Bill Payment #00000438/46 - SFO Creative Inc.** | | | **$0.00** |
| **Bill Payment #00000438/47 - Staples Contract & Commercial LLC dba Staples Business Advantage** | | | |
| Bill Payment | 7/6/2023 | 00000438/47 | $332.01 |
| Bill | 5/31/2023 | 3539398558 | ($332.01) |
| **Amount Unapplied - Bill Payment #00000438/47 - Staples Contract & Commercial LLC db** | | | **$0.00** |
| **Bill Payment #00000438/48 - The Bluebird Group LLC** | | | |
| Bill Payment | 7/6/2023 | 00000438/48 | $1,500.00 |
| Bill | 6/1/2023 | 10489 | ($1,500.00) |
| **Amount Unapplied - Bill Payment #00000438/48 - The Bluebird Group LLC** | | | **$0.00** |
| **Bill Payment #00000438/49 - Toppan Merrill** | | | |
| Bill Payment | 7/6/2023 | 00000438/49 | $900.00 |
| Bill | 6/1/2023 | 2641160 | ($900.00) |
| **Amount Unapplied - Bill Payment #00000438/49 - Toppan Merrill** | | | **$0.00** |
| **Bill Payment #00000438/5 - Baker & Hosteller LLP** | | | |
| Bill Payment | 7/6/2023 | 00000438/5 | $624.00 |
| Bill | 6/1/2023 | 51155433 | ($624.00) |
| **Amount Unapplied - Bill Payment #00000438/5 - Baker & Hosteller LLP** | | | **$0.00** |
| **Bill Payment #00000438/50 - Uline** | | | |
| Bill Payment | 7/6/2023 | 00000438/50 | $2,344.86 |
| Bill | 6/7/2023 | 164577670 | ($2,344.86) |
| **Amount Unapplied - Bill Payment #00000438/50 - Uline** | | | **$0.00** |
| **Bill Payment #00000438/51 - Uline** | | | |
| Bill Payment | 7/6/2023 | 00000438/51 | $1,986.35 |
| Bill | 6/7/2023 | 164566167 | ($1,986.35) |
| **Amount Unapplied - Bill Payment #00000438/51 - Uline** | | | **$0.00** |
| **Bill Payment #00000438/52 - Wursta Corporation** | | | |
| Bill Payment | 7/6/2023 | 00000438/52 | $6,430.42 |
| Bill | 5/31/2023 | 204258 | ($6,430.42) |
| **Amount Unapplied - Bill Payment #00000438/52 - Wursta Corporation** | | | **$0.00** |
| **Bill Payment #00000438/53 - Yellow Logistics** | | | |
| Bill Payment | 7/6/2023 | 00000438/53 | $2,500.00 |
| Bill | 6/19/2023 | TB000257437-01 | ($2,500.00) |
| **Amount Unapplied - Bill Payment #00000438/53 - Yellow Logistics** | | | **$0.00** |
| **Bill Payment #00000438/54 - Yellow Logistics** | | | |
| Bill Payment | 7/6/2023 | 00000438/54 | $2,450.00 |
| Bill | 6/22/2023 | 0001181B | ($2,450.00) |
| **Amount Unapplied - Bill Payment #00000438/54 - Yellow Logistics** | | | **$0.00** |
| **Bill Payment #00000438/55 - Lob.com, Inc** | | | |
| Bill Payment | 7/6/2023 | 00000438/55 | $500.00 |
| Bill | 6/2/2023 | 4342136 | ($500.00) |
| **Amount Unapplied - Bill Payment #00000438/55 - Lob.com, Inc** | | | **$0.00** |
| **Bill Payment #00000438/6 - C Clean Inc** | | | |
| Bill Payment | 7/6/2023 | 00000438/6 | $1,948.50 |
| Bill | 5/31/2023 | 3365 | ($1,948.50) |
| **Bill Payment #00000445/13 - Homestead Studio LLC** | | | **$0.00** |
| **Bill Payment #00000445/14 - HP Holdings, Inc. DBA Invariant** | | | |
| Bill Payment | 8/18/2023 | 00000445/14 | $15,600.00 |
| Bill | 7/1/2023 | 11374 | ($15,600.00) |
| **Amount Unapplied - Bill Payment #00000445/14 - HP Holdings, Inc. DBA Invariant** | | | **$0.00** |
| **Bill Payment #00000445/15 - Intertek Testing Services NA, Inc.** | | | |
| Bill Payment | 8/18/2023 | 00000445/15 | $1,880.00 |
| Bill | 7/19/2023 | 1007380161 | ($1,880.00) |
| **Amount Unapplied - Bill Payment #00000445/15 - Intertek Testing Services NA, Inc.** | | | **$0.00** |
| **Bill Payment #00000445/16 - Lindsey Solden Reiser DBA LMSR LLC** | | | |
| Bill Payment | 8/18/2023 | 00000445/16 | $14,125.00 |
| Bill | 7/31/2023 | 1012 | ($14,125.00) |
| **Amount Unapplied - Bill Payment #00000445/16 - Lindsey Solden Reiser DBA LMSR LLC** | | | **$0.00** |
| **Bill Payment #00000445/17 - LMS Technologies, Inc.** | | | |
| Bill Payment | 8/18/2023 | 00000445/17 | $3,000.00 |
| Bill | 8/1/2023 | 080123AV2 | ($3,000.00) |
| **Amount Unapplied - Bill Payment #00000445/17 - LMS Technologies, Inc.** | | | **$0.00** |
| **Bill Payment #00000445/18 - Mack Molding Company, Inc.** | | | |
| Bill Payment | 8/18/2023 | 00000445/18 | $4,033.44 |
| Bill | 6/29/2023 | 420714 | ($4,033.44) |
| **Amount Unapplied - Bill Payment #00000445/18 - Mack Molding Company, Inc.** | | | **$0.00** |
| **Bill Payment #00000445/19 - Packform USA LLC** | | | |
| Bill Payment | 8/18/2023 | 00000445/19 | $25,726.12 |
| Bill | 6/30/2023 | INV-44898 | ($25,726.12) |
| **Amount Unapplied - Bill Payment #00000445/19 - Packform USA LLC** | | | **$0.00** |
| **Bill Payment #00000445/2 - Brandography.com LLC** | | | |
| Bill Payment | 8/18/2023 | 00000445/2 | $3,200.00 |
| Bill | 8/1/2023 | 6875 | ($3,200.00) |
| **Amount Unapplied - Bill Payment #00000445/2 - Brandography.com LLC** | | | **$0.00** |
| **Bill Payment #00000445/20 - Pepperjam LLC** | | | |
| Bill Payment | 8/18/2023 | 00000445/20 | $9,000.00 |
| Bill | 6/30/2023 | INV-37549 | ($9,000.00) |
| **Amount Unapplied - Bill Payment #00000445/20 - Pepperjam LLC** | | | **$0.00** |
| **Bill Payment #00000445/21 - Recycling Services of Florida** | | | |
| Bill Payment | 8/18/2023 | 00000445/21 | $1,095.60 |
| Bill | 8/1/2023 | 0000091795 | ($1,095.60) |
| **Amount Unapplied - Bill Payment #00000445/21 - Recycling Services of Florida** | | | **$0.00** |
| **Bill Payment #00000445/22 - Recycling Services of Florida** | | | |
| Bill Payment | 8/18/2023 | 00000445/22 | $1,111.80 |
| Bill | 8/1/2023 | 0000090840 | ($1,111.80) |
| **Amount Unapplied - Bill Payment #00000445/22 - Recycling Services of Florida** | | | **$0.00** |
| **Bill Payment #00000445/23 - Synergy North America, Inc.** | | | |
| Bill Payment | 8/18/2023 | 00000445/23 | $1,500.00 |
| Bill | 8/4/2023 | SINV002106 | ($1,500.00) |
| **Amount Unapplied - Bill Payment #00000445/23 - Synergy North America, Inc.** | | | **$0.00** |
| **Bill Payment #00000445/24 - The Quality Edit LLC** | | | |
| Bill Payment | 8/18/2023 | 00000445/24 | $20,000.00 |
| Bill | 8/1/2023 | 2145 | ($20,000.00) |
| **Amount Unapplied - Bill Payment #00000445/24 - The Quality Edit LLC** | | | **$0.00** |
| **Bill Payment #00000445/3 - Capgemini America Inc.** | | | |
| Bill Payment | 8/18/2023 | 00000445/3 | $47,600.00 |
| Bill | 8/7/2023 | 1990110487479 | ($47,600.00) |
| **Amount Unapplied - Bill Payment #00000445/3 - Capgemini America Inc.** | | | **$0.00** |
| **Bill Payment #00000445/4 - Catherine Poslusny** | | | |
| Bill Payment | 8/18/2023 | 00000445/4 | $900.00 |
| Bill | 7/31/2023 | Molekule 2023-21 | ($900.00) |
| **Amount Unapplied - Bill Payment #00000445/4 - Catherine Poslusny** | | | **$0.00** |
| **Bill Payment #00000445/5 - Cintas Corporation** | | | |
| Bill Payment | 8/18/2023 | 00000445/5 | $17.22 |
| Bill | 8/3/2023 | 4163558919 | ($17.22) |
| **Amount Unapplied - Bill Payment #00000445/5 - Cintas Corporation** | | | **$0.00** |
| **Bill Payment #00000445/6 - Columbus Industries Texas LLP** | | | |
| Bill Payment | 8/18/2023 | 00000445/6 | $51,143.40 |
| Bill | 6/2/2023 | 1343816 RI | ($51,143.40) |
| **Amount Unapplied - Bill Payment #00000445/6 - Columbus Industries Texas LLP** | | | **$0.00** |
| **Bill Payment #00000445/7 - Columbus Industries Texas LLP** | | | |
| Bill Payment | 8/18/2023 | 00000445/7 | $19,764.00 |
| Bill | 8/8/2023 | 1344354 RI | ($19,764.00) |
| **Amount Unapplied - Bill Payment #00000445/7 - Columbus Industries Texas LLP** | | | **$0.00** |
| **Bill Payment #00000445/8 - Columbus Industries Texas LLP** | | | |
| Bill Payment | 8/18/2023 | 00000445/8 | $5,558.40 |
| Bill | 8/8/2023 | 1344355 RI | ($5,558.40) |
| **Amount Unapplied - Bill Payment #00000445/8 - Columbus Industries Texas LLP** | | | **$0.00** |
| **Bill Payment #00000445/9 - Columbus Industries Texas LLP** | | | |
| Bill Payment | 8/18/2023 | 00000445/9 | $39,519.90 |
| Bill | 8/8/2023 | 1344356 RI | ($39,519.90) |
| **Amount Unapplied - Bill Payment #00000445/9 - Columbus Industries Texas LLP** | | | **$0.00** |
| **Bill Payment #00000446/1 - Client Partner Mgmt Group LLC** | | | |
| Bill Payment | 8/24/2023 | 00000446/1 | $5,220.00 |
| Bill | 8/21/2023 | 23_18 | ($5,220.00) |
| **Amount Unapplied - Bill Payment #00000446/1 - Client Partner Mgmt Group LLC** | | | **$0.00** |
| **Bill Payment #00000446/10 - Freightquote** | | | |
| Bill Payment | 8/24/2023 | 00000446/10 | $2,000.00 |
| Bill | 7/25/2023 | 6184531536 | ($2,000.00) |
| **Amount Unapplied - Bill Payment #00000446/10 - Freightquote** | | | **$0.00** |
| **Bill Payment #00000446/11 - Freshfields Bruckhaus Deringer LLP** | | | |
| Bill Payment | 8/24/2023 | 00000446/11 | $148,632.75 |
| Bill | 4/26/2023 | 6001017596 | ($148,632.75) |
| **Amount Unapplied - Bill Payment #00000446/11 - Freshfields Bruckhaus Deringer LLP** | | | **$0.00** |
| **Bill Payment #00000446/12 - Intertek Testing Services NA, Inc.** | | | |
| Bill Payment | 8/24/2023 | 00000446/12 | $1,880.00 |
| Bill | 7/20/2023 | 1007380160 | ($1,880.00) |
| **Amount Unapplied - Bill Payment #00000446/12 - Intertek Testing Services NA, Inc.** | | | **$0.00** |
| **Bill Payment #00000446/13 - LMS Technologies, Inc.** | | | |
| Bill Payment | 8/24/2023 | 00000446/13 | $1,050.00 |
| Bill | 8/23/2023 | 082323AV1 | ($1,050.00) |
| **Amount Unapplied - Bill Payment #00000446/13 - LMS Technologies, Inc.** | | | **$0.00** |
| **Bill Payment #00000446/14 - Loctek inc. (Flexispot)** | | | |
| Bill Payment | 8/24/2023 | 00000446/14 | $233.80 |
| Bill | 7/24/2023 | 23EBCA583-072 | ($233.80) |
| **Amount Unapplied - Bill Payment #00000446/14 - Loctek Inc. (Flexispot)** | | | **$0.00** |
| **Bill Payment #00000446/15 - Mcmaster Carr Supply** | | | |
| Bill Payment | 8/24/2023 | 00000446/15 | $299.12 |
| Bill | 7/26/2023 | 11596825 | ($299.12) |
| **Amount Unapplied - Bill Payment #00000446/15 - Mcmaster Carr Supply** | | | **$0.00** |
| **Bill Payment #00000446/16 - Mcmaster Carr Supply** | | | |
| Bill Payment | 8/24/2023 | 00000446/16 | $68.68 |

| Type | Date | Num | Amount |
|---|---|---|---|
| **Amount Unapplied - Bill Payment #00000438/6 - C Clean Inc** | | | **$0.00** |
| **Bill Payment #00000438/7 - C Clean Inc** | | | |
| Bill Payment | 7/6/2023 | 00000438/7 | $1,948.50 |
| Bill | 6/1/2023 | 3414 | ($1,948.50) |
| **Amount Unapplied - Bill Payment #00000438/7 - C Clean Inc** | | | **$0.00** |
| **Bill Payment #00000438/8 - Cintas Corporation** | | | |
| Bill Payment | 7/6/2023 | 00000438/8 | $366.90 |
| Bill | 6/15/2023 | 4158737452 | ($366.90) |
| **Amount Unapplied - Bill Payment #00000438/8 - Cintas Corporation** | | | **$0.00** |
| **Bill Payment #00000438/9 - Cintas Corporation** | | | |
| Bill Payment | 7/6/2023 | 00000438/9 | $366.90 |
| Bill | 6/1/2023 | 4157300330 | ($366.90) |
| **Amount Unapplied - Bill Payment #00000438/9 - Cintas Corporation** | | | **$0.00** |
| **Bill Payment #Wire-2023070626653851 - Well Shin Technology Co., Ltd** | | | |
| Bill Payment | 7/6/2023 | Wire-2023070626653851 | $96,332.43 |
| Bill | 5/25/2023 | 202307 | ($96,332.43) |
| **Amount Unapplied - Bill Payment #Wire-2023070626653851 - Well Shin Technology Co., L** | | | **$0.00** |
| **Bill Payment #Wire-2023070626653888 - Lojistic LLC** | | | |
| Bill Payment | 7/6/2023 | Wire-2023070626653888 | $50,107.56 |
| Bill | 7/5/2023 | P202326 | ($50,107.56) |
| **Amount Unapplied - Bill Payment #Wire-2023070626656485 - Inventec Appliances Corpor** | | | **$0.00** |
| **Bill Payment #Wire-2023070626656485 - Inventec Appliances Corpor** | | | |
| Bill Payment | 7/6/2023 | Wire-2023070626656485 | $34,300.00 |
| Bill | 6/13/2023 | 83033904 | ($34,300.00) |
| **Amount Unapplied - Bill Payment #Wire-2023070626656485 - Inventec Appliances Corpor** | | | **$0.00** |
| **Bill Payment #Wire-2023070626657294 - Aura Smart Air Inc.** | | | |
| Bill Payment | 7/7/2023 | Wire-2023070626657294 | $101,401.65 |
| Bill | 6/29/2023 | INVUS656 | ($3,420.00) |
| Bill | 7/6/2023 | INVUS1137 | ($68,181.81) |
| Bill | 7/6/2023 | INVUS664 | ($9,150.00) |
| Bill | 7/6/2023 | INVUS665 | ($20,649.84) |
| **Amount Unapplied - Bill Payment #Wire-2023070626657294 - Aura Smart Air Inc.** | | | **$0.00** |
| **Bill Payment #00000439/1 - Blair Greenwood Consulting LLC** | | | |
| Bill Payment | 7/13/2023 | 00000439/1 | $6,272.50 |
| Bill | 6/30/2023 | 1023 | ($6,272.50) |
| **Amount Unapplied - Bill Payment #00000439/1 - Blair Greenwood Consulting LLC** | | | **$0.00** |
| **Bill Payment #00000439/10 - Columbus Industries Texas LLP** | | | |
| Bill Payment | 7/13/2023 | 00000439/10 | $16,675.20 |
| Bill | 5/11/2023 | 1341319 RI | ($16,675.20) |
| **Amount Unapplied - Bill Payment #00000439/10 - Columbus Industries Texas LLP** | | | **$0.00** |
| **Bill Payment #00000439/11 - Columbus Industries Texas LLP** | | | |
| Bill Payment | 7/13/2023 | 00000439/11 | $11,529.00 |
| Bill | 5/17/2023 | 1341889 RI | ($11,529.00) |
| **Amount Unapplied - Bill Payment #00000439/11 - Columbus Industries Texas LLP** | | | **$0.00** |
| **Bill Payment #00000439/12 - Columbus Industries Texas LLP** | | | |
| Bill Payment | 7/13/2023 | 00000439/12 | $11,528.57 |
| Bill | 5/11/2023 | 1341260 RI | ($11,528.57) |
| **Amount Unapplied - Bill Payment #00000439/12 - Columbus Industries Texas LLP** | | | **$0.00** |
| **Bill Payment #00000439/13 - Columbus Industries Texas LLP** | | | |
| Bill Payment | 7/13/2023 | 00000439/13 | $11,116.80 |
| Bill | 5/11/2023 | 1341267 RI | ($11,116.80) |
| **Amount Unapplied - Bill Payment #00000439/13 - Columbus Industries Texas LLP** | | | **$0.00** |
| **Bill Payment #00000439/14 - Columbus Industries Texas LLP** | | | |
| Bill Payment | 7/13/2023 | 00000439/14 | $11,116.80 |
| Bill | 6/1/2023 | 1341890 RI | ($11,116.80) |
| **Amount Unapplied - Bill Payment #00000439/14 - Columbus Industries Texas LLP** | | | **$0.00** |
| **Bill Payment #00000439/15 - Columbus Industries Texas LLP** | | | |
| Bill Payment | 7/13/2023 | 00000439/15 | $10,653.12 |
| Bill | 5/17/2023 | 1341921 RI | ($10,653.12) |
| **Amount Unapplied - Bill Payment #00000439/15 - Columbus Industries Texas LLP** | | | **$0.00** |
| **Bill Payment #00000439/16 - Columbus Industries Texas LLP** | | | |
| Bill Payment | 7/13/2023 | 00000439/16 | $5,558.40 |
| Bill | 5/11/2023 | 1341261 RI | ($5,558.40) |
| **Amount Unapplied - Bill Payment #00000439/16 - Columbus Industries Texas LLP** | | | **$0.00** |
| **Bill Payment #00000439/17 - Columbus Industries Texas LLP** | | | |
| Bill Payment | 7/13/2023 | 00000439/17 | $2,324.70 |
| Bill | 5/17/2023 | 1341887 RI | ($2,324.70) |
| **Amount Unapplied - Bill Payment #00000439/17 - Columbus Industries Texas LLP** | | | **$0.00** |
| **Bill Payment #00000439/18 - Computershare Inc.** | | | |
| Bill Payment | 7/13/2023 | 00000439/18 | $4,007.67 |
| Bill | 6/15/2023 | US_CSSI2499949 | ($4,007.67) |
| **Amount Unapplied - Bill Payment #00000439/18 - Computershare Inc.** | | | **$0.00** |
| **Bill Payment #00000439/19 - Fisher Scientific Co. LLC** | | | |
| Bill Payment | 7/13/2023 | 00000439/19 | $111.74 |
| Bill | 6/9/2023 | 3654838 | ($111.74) |
| **Amount Unapplied - Bill Payment #00000439/19 - Fisher Scientific Co. LLC** | | | **$0.00** |
| **Bill Payment #00000439/2 - Association of Home Appliance Manufacturers** | | | |
| Bill Payment | 7/13/2023 | 00000439/2 | $706.25 |
| Bill | 7/1/2023 | 21436 | ($706.25) |
| **Amount Unapplied - Bill Payment #00000439/2 - Association of Home Appliance Manufac** | | | **$0.00** |
| **Bill Payment #00000439/20 - Fisher Scientific Co. LLC** | | | |
| Bill Payment | 7/13/2023 | 00000439/20 | $8.19 |
| Bill | 6/28/2023 | 0356002.1 | ($8.19) |
| **Amount Unapplied - Bill Payment #00000439/20 - Fisher Scientific Co. LLC** | | | **$0.00** |
| **Bill Payment #00000439/21 - Freightquote** | | | |
| Bill Payment | 7/13/2023 | 00000439/21 | $2,300.00 |
| Bill | 6/13/2023 | 6182109149 | ($2,300.00) |
| **Amount Unapplied - Bill Payment #00000439/21 - Freightquote** | | | **$0.00** |
| **Bill Payment #00000439/22 - Freshfields Bruckhaus Deringer LLP** | | | |
| Bill Payment | 7/13/2023 | 00000439/22 | $16,107.75 |
| Bill | 2/28/2023 | 6001016910 | ($16,107.75) |
| **Amount Unapplied - Bill Payment #00000439/22 - Freshfields Bruckhaus Deringer LLP** | | | **$0.00** |
| **Bill Payment #00000439/23 - Freshfields Bruckhaus Deringer LLP** | | | |
| Bill Payment | 7/13/2023 | 00000439/23 | $43,035.25 |
| Bill | 2/28/2023 | 6001016905 | ($43,035.25) |
| **Amount Unapplied - Bill Payment #00000439/23 - Freshfields Bruckhaus Deringer LLP** | | | **$0.00** |
| **Bill Payment #00000439/24 - Freshfields Bruckhaus Deringer LLP** | | | |
| Bill Payment | 7/13/2023 | 00000439/24 | $39,199.50 |
| Bill | 2/28/2023 | 6001016911 | ($39,199.50) |
| **Amount Unapplied - Bill Payment #00000439/24 - Freshfields Bruckhaus Deringer LLP** | | | **$0.00** |
| **Bill Payment #00000439/25 - Freshfields Bruckhaus Deringer LLP** | | | |
| Bill Payment | 7/13/2023 | 00000439/25 | $31,810.50 |
| Bill | 2/28/2023 | 6001016908 | ($31,810.50) |
| **Amount Unapplied - Bill Payment #00000439/25 - Freshfields Bruckhaus Deringer LLP** | | | **$0.00** |
| **Bill Payment #00000439/26 - Freshfields Bruckhaus Deringer LLP** | | | |
| Bill Payment | 7/13/2023 | 00000439/26 | $69,223.50 |
| Bill | 4/26/2023 | 6001017595 | ($69,223.50) |
| Bill | 7/24/2023 | 11458474 | ($68.68) |
| **Amount Unapplied - Bill Payment #00000446/16 - Mcmaster Carr Supply** | | | **$0.00** |
| **Bill Payment #00000446/17 - NexGen IOT Solutions, LLC** | | | |
| Bill Payment | 8/24/2023 | 00000446/17 | $31,800.00 |
| Bill | 8/3/2023 | 1027 | ($31,800.00) |
| **Amount Unapplied - Bill Payment #00000446/17 - NexGen IOT Solutions, LLC** | | | **$0.00** |
| **Bill Payment #00000446/18 - Raymond Cromwell** | | | |
| Bill Payment | 8/24/2023 | 00000446/18 | $5,916.00 |
| Bill | 8/22/2023 | MO 08.22.2023 | ($5,916.00) |
| **Amount Unapplied - Bill Payment #00000446/18 - Raymond Cromwell** | | | **$0.00** |
| **Bill Payment #00000446/19 - Raymond Handling Consultants, L.C.** | | | |
| Bill Payment | 8/24/2023 | 00000446/19 | $386.54 |
| Bill | 8/11/2023 | WO-1099831 | ($386.54) |
| **Amount Unapplied - Bill Payment #00000446/19 - Raymond Handling Consultants, L.C.** | | | **$0.00** |
| **Bill Payment #00000446/2 - Columbus Industries Texas LLP** | | | |
| Bill Payment | 8/24/2023 | 00000446/2 | $39,519.90 |
| Bill | 7/1/2023 | 1345880 RI | ($39,519.90) |
| **Amount Unapplied - Bill Payment #00000446/2 - Columbus Industries Texas LLP** | | | **$0.00** |
| **Bill Payment #00000446/20 - Safety Products, Inc.** | | | |
| Bill Payment | 8/24/2023 | 00000446/20 | $91.49 |
| Bill | 7/20/2023 | 890649 | ($91.49) |
| **Amount Unapplied - Bill Payment #00000446/20 - Safety Products, Inc.** | | | **$0.00** |
| **Bill Payment #00000446/21 - Sigma-Aldrich, Inc.** | | | |
| Bill Payment | 8/24/2023 | 00000446/21 | $334.97 |
| Bill | 7/19/2023 | 560615634 | ($334.97) |
| **Amount Unapplied - Bill Payment #00000446/21 - Sigma-Aldrich, Inc.** | | | **$0.00** |
| **Bill Payment #00000446/22 - The Quality Edit LLC** | | | |
| Bill Payment | 8/24/2023 | 00000446/22 | $16,995.20 |
| Bill | 8/1/2023 | 2154 | ($16,995.20) |
| **Amount Unapplied - Bill Payment #00000446/22 - The Quality Edit LLC** | | | **$0.00** |
| **Bill Payment #00000446/23 - Unified Accounting & Tax, LLP** | | | |
| Bill Payment | 8/24/2023 | 00000446/23 | $359.45 |
| Bill | 8/1/2023 | 1741 | ($359.45) |
| **Amount Unapplied - Bill Payment #00000446/23 - Unified Accounting & Tax, LLP** | | | **$0.00** |
| **Bill Payment #00000446/24 - Unified Accounting & Tax, LLP** | | | |
| Bill Payment | 8/24/2023 | 00000446/24 | $2,404.20 |
| Bill | 8/1/2023 | 7306 | ($2,404.20) |
| **Amount Unapplied - Bill Payment #00000446/24 - Unified Accounting & Tax, LLP** | | | **$0.00** |
| **Bill Payment #00000446/25 - Fisher Scientific Co. LLC** | | | |
| Bill Payment | 8/24/2023 | 00000446/25 | $68.21 |
| Bill | 7/20/2023 | 4699185 | ($68.21) |
| **Amount Unapplied - Bill Payment #00000446/25 - Fisher Scientific Co. LLC** | | | **$0.00** |
| **Bill Payment #00000446/3 - Columbus Industries Texas LLP** | | | |
| Bill Payment | 8/24/2023 | 00000446/3 | $19,764.00 |
| Bill | 7/1/2023 | 1345879 RI | ($19,764.00) |
| **Amount Unapplied - Bill Payment #00000446/3 - Columbus Industries Texas LLP** | | | **$0.00** |
| **Bill Payment #00000446/4 - Columbus Industries Texas LLP** | | | |
| Bill Payment | 8/24/2023 | 00000446/4 | $5,558.40 |
| Bill | 7/1/2023 | 1345881 RI | ($5,558.40) |
| **Amount Unapplied - Bill Payment #00000446/4 - Columbus Industries Texas LLP** | | | **$0.00** |
| **Bill Payment #00000446/5 - Canteen Refreshment Services dba A Div of Canteen** | | | |
| Bill Payment | 8/24/2023 | 00000446/5 | $2,832.52 |
| Bill | 8/7/2023 | LAK4286 | ($2,832.52) |
| **Amount Unapplied - Bill Payment #00000446/5 - Canteen Refreshment Services dba A Div** | | | **$0.00** |
| **Bill Payment #00000446/6 - Canteen Refreshment Services dba A Div of Canteen** | | | |
| Bill Payment | 8/24/2023 | 00000446/6 | $1,355.40 |
| Bill | 8/7/2023 | LAK4421 | ($1,355.40) |
| **Amount Unapplied - Bill Payment #00000446/6 - Canteen Refreshment Services dba A Div** | | | **$0.00** |
| **Bill Payment #00000446/7 - Comprise** | | | |
| Bill Payment | 8/24/2023 | 00000446/7 | $30,500.00 |
| Bill | 7/6/2023 | 15157 | ($30,500.00) |
| **Amount Unapplied - Bill Payment #00000446/7 - Comprise** | | | **$0.00** |
| **Bill Payment #00000446/8 - Computershare Inc.** | | | |
| Bill Payment | 8/24/2023 | 00000446/8 | $3,888.13 |
| Bill | 7/11/2023 | US_CSSI2525064 | ($3,888.13) |
| **Amount Unapplied - Bill Payment #00000446/8 - Computershare Inc.** | | | **$0.00** |
| **Bill Payment #00000446/9 - Freightquote** | | | |
| Bill Payment | 8/24/2023 | 00000446/9 | $2,761.55 |
| Bill | 7/13/2023 | 6183800979 | ($2,761.55) |
| **Amount Unapplied - Bill Payment #00000446/9 - Freightquote** | | | **$0.00** |
| **Bill Payment #EFT-as33776v - KlientBoost Performance, LLC** | | | |
| Bill Payment | 8/24/2023 | EFT-as33776v | $7,000.00 |
| Bill | 7/28/2023 | 10615 | ($7,000.00) |
| **Amount Unapplied - Bill Payment #EFT-as33776v - KlientBoost Performance, LLC** | | | **$0.00** |
| **Bill Payment #Wire-2023082426890683 - The Flip Hubb LLC** | | | |
| Bill Payment | 8/24/2023 | Wire-2023082426890683 | $2,300.00 |
| Bill | 7/20/2023 | 1025 | ($2,300.00) |
| **Amount Unapplied - Bill Payment #Wire-2023082426890683 - The Flip Hubb LLC** | | | **$0.00** |
| **Bill Payment #28351438 - Grainger** | | | |
| Bill Payment | 8/24/2023 | | $217.79 |
| Bill | 7/24/2023 | 9780166006 | ($217.79) |
| **Amount Unapplied - Bill Payment #28351438 - Grainger** | | | **$0.00** |
| **Bill Payment #28359520 - PrideBites** | | | |
| Bill Payment | 8/24/2023 | | $5,675.00 |
| Bill | 8/24/2023 | IN55740 | ($5,675.00) |
| **Amount Unapplied - Bill Payment #28359520 - PrideBites** | | | **$0.00** |
| **Bill Payment #28356989 - Airgas USA, LLC** | | | |
| Bill Payment | 8/24/2023 | | $137.23 |
| Bill | 8/1/2023 | 5500329075 | ($137.23) |
| **Amount Unapplied - Bill Payment #28356989 - Airgas USA, LLC** | | | **$0.00** |
| **Bill Payment #28355665 - Airgas USA, LLC** | | | |
| Bill Payment | 8/24/2023 | | $138.73 |
| Bill | 7/26/2023 | 9140396084 | ($138.73) |
| **Amount Unapplied - Bill Payment #28355665 - Airgas USA, LLC** | | | **$0.00** |
| **Bill Payment #28353852 - ThinkLite** | | | |
| Bill Payment | 8/24/2023 | | $500.00 |
| Bill | 8/9/2023 | 75880 | ($500.00) |
| **Amount Unapplied - Bill Payment #28353852 - ThinkLite** | | | **$0.00** |
| **Bill Payment #28351642 - Uline** | | | |
| Bill Payment | 8/24/2023 | | $2,731.75 |
| Bill | 7/20/2023 | 166224386 | ($853.70) |
| Bill | 7/26/2023 | 166063805 | ($624.81) |
| Bill | 7/26/2023 | 166468508 | ($1,253.24) |
| **Amount Unapplied - Bill Payment #28351642 - Uline** | | | **$0.00** |
| **Bill Payment #28351441 - Grainger** | | | |
| Bill Payment | 8/24/2023 | | $71.81 |
| Bill | 7/26/2023 | 9784184666 | ($71.81) |

**Amount Unapplied - Bill Payment #00000439/26 - Freshfields Bruckhaus Deringer LLP** — $0.00

**Bill Payment #00000439/27 - GRIN Technologies, Inc.**

| | | | |
|---|---|---|---|
| Bill Payment | 7/13/2023 | 00000439/27 | $500.00 |
| Bill | 6/30/2023 | INV-199071347 | ($500.00) |

**Amount Unapplied - Bill Payment #00000439/27 - GRIN Technologies, Inc.** — $0.00

**Bill Payment #00000439/28 - GRIN Technologies, Inc.**

| | | | |
|---|---|---|---|
| Bill Payment | 7/13/2023 | 00000439/28 | $1,795.00 |
| Bill | 7/5/2023 | INV-199071347-2 | ($1,795.00) |

**Amount Unapplied - Bill Payment #00000439/28 - GRIN Technologies, Inc.** — $0.00

**Bill Payment #00000439/29 - Homestead Studio LLC**

| | | | |
|---|---|---|---|
| Bill Payment | 7/13/2023 | 00000439/29 | $7,000.00 |
| Bill | 7/1/2023 | HS-3394 | ($7,000.00) |

**Amount Unapplied - Bill Payment #00000439/29 - Homestead Studio LLC** — $0.00

**Bill Payment #00000439/3 - Christian Haslett**

| | | | |
|---|---|---|---|
| Bill Payment | 7/13/2023 | 00000439/3 | $300.00 |
| Bill | 7/7/2023 | 07.07.23 | ($300.00) |

**Amount Unapplied - Bill Payment #00000439/3 - Christian Haslett** — $0.00

**Bill Payment #00000439/30 - Homestead Studio LLC**

| | | | |
|---|---|---|---|
| Bill Payment | 7/13/2023 | 00000439/30 | $720.00 |
| Bill | 6/30/2023 | HS-3429 | ($720.00) |

**Amount Unapplied - Bill Payment #00000439/30 - Homestead Studio LLC** — $0.00

**Bill Payment #00000439/31 - Houzz, Inc.**

| | | | |
|---|---|---|---|
| Bill Payment | 7/13/2023 | 00000439/31 | $20,000.00 |
| Bill | 6/1/2023 | #INVHI4839 | ($20,000.00) |

**Amount Unapplied - Bill Payment #00000439/31 - Houzz, Inc.** — $0.00

**Bill Payment #00000439/32 - Intrado Digital Media, LLC**

| | | | |
|---|---|---|---|
| Bill Payment | 7/13/2023 | 00000439/32 | $5,012.00 |
| Bill | 6/15/2023 | 1000000163460 | ($5,012.00) |

**Amount Unapplied - Bill Payment #00000439/32 - Intrado Digital Media, LLC** — $0.00

**Bill Payment #00000439/33 - James R Whitson**

| | | | |
|---|---|---|---|
| Bill Payment | 7/13/2023 | 00000439/33 | $10,000.00 |
| Bill | 7/5/2023 | 1006 | ($10,000.00) |

**Amount Unapplied - Bill Payment #00000439/33 - James R Whitson** — $0.00

**Bill Payment #00000439/34 - KBA Document Solutions, LLC**

| | | | |
|---|---|---|---|
| Bill Payment | 7/13/2023 | 00000439/34 | $2.44 |
| Bill | 6/30/2023 | 55Y1359183.1 | ($2.44) |

**Amount Unapplied - Bill Payment #00000439/34 - KBA Document Solutions, LLC** — $0.00

**Bill Payment #00000439/35 - KBA Document Solutions, LLC**

| | | | |
|---|---|---|---|
| Bill Payment | 7/13/2023 | 00000439/35 | $2.44 |
| Bill | 6/30/2023 | 55Y1352703.1 | ($2.44) |

**Amount Unapplied - Bill Payment #00000439/35 - KBA Document Solutions, LLC** — $0.00

**Bill Payment #00000439/36 - Kelly Jo Grandy**

| | | | |
|---|---|---|---|
| Bill Payment | 7/13/2023 | 00000439/36 | $1,200.00 |
| Bill | 7/5/2023 | 1220 | ($1,200.00) |

**Amount Unapplied - Bill Payment #00000439/36 - Kelly Jo Grandy** — $0.00

**Bill Payment #00000439/37 - Lindsey Solden Reiser DBA LMSR LLC**

| | | | |
|---|---|---|---|
| Bill Payment | 7/13/2023 | 00000439/37 | $17,187.50 |
| Bill | 6/30/2023 | 1011 | ($17,187.50) |

**Amount Unapplied - Bill Payment #00000439/37 - Lindsey Solden Reiser DBA LMSR LLC** — $0.00

**Bill Payment #00000439/38 - Loctek Inc. (Flexispot)**

| | | | |
|---|---|---|---|
| Bill Payment | 7/13/2023 | 00000439/38 | $364.98 |
| Bill | 6/14/2023 | 23EBAB13-0614-2 | ($364.98) |

**Amount Unapplied - Bill Payment #00000439/38 - Loctek Inc. (Flexispot)** — $0.00

**Bill Payment #00000439/39 - Plant-Based on a Budget, LLC**

| | | | |
|---|---|---|---|
| Bill Payment | 7/13/2023 | 00000439/39 | $1,250.00 |
| Bill | 6/27/2023 | 1 | ($1,250.00) |

**Amount Unapplied - Bill Payment #00000439/39 - Plant-Based on a Budget, LLC** — $0.00

**Bill Payment #00000439/4 - Cintas Corporation**

| | | | |
|---|---|---|---|
| Bill Payment | 7/13/2023 | 00000439/4 | $48.64 |
| Bill | 6/14/2023 | 5162649852 | ($48.64) |

**Amount Unapplied - Bill Payment #00000439/4 - Cintas Corporation** — $0.00

**Bill Payment #00000439/40 - Quiq, Inc.**

| | | | |
|---|---|---|---|
| Bill Payment | 7/13/2023 | 00000439/40 | $565.99 |
| Bill | 7/10/2023 | INV-230268 | ($565.99) |

**Amount Unapplied - Bill Payment #00000439/40 - Quiq, Inc.** — $0.00

**Bill Payment #00000439/41 - Raymond Cromwell**

| | | | |
|---|---|---|---|
| Bill Payment | 7/13/2023 | 00000439/41 | $4,437.00 |
| Bill | 7/11/2023 | MO 07.11.2023 | ($4,437.00) |

**Amount Unapplied - Bill Payment #00000439/41 - Raymond Cromwell** — $0.00

**Bill Payment #00000439/42 - RK Strategies, LLC.**

| | | | |
|---|---|---|---|
| Bill Payment | 7/13/2023 | 00000439/42 | $2,500.00 |
| Bill | 6/30/2023 | 1239 | ($2,500.00) |

**Amount Unapplied - Bill Payment #00000439/42 - RK Strategies, LLC.** — $0.00

**Bill Payment #00000439/43 - San Diego Model Management Inc.**

| | | | |
|---|---|---|---|
| Bill Payment | 7/13/2023 | 00000439/43 | $1,950.00 |
| Bill | 7/5/2023 | 14827 | ($1,950.00) |

**Amount Unapplied - Bill Payment #00000439/43 - San Diego Model Management Inc.** — $0.00

**Bill Payment #00000439/44 - Sigma-Aldrich, Inc.**

| | | | |
|---|---|---|---|
| Bill Payment | 7/13/2023 | 00000439/44 | $110.34 |
| Bill | 6/1/2023 | 559940647 | ($110.34) |

**Amount Unapplied - Bill Payment #00000439/44 - Sigma-Aldrich, Inc.** — $0.00

**Bill Payment #00000439/45 - SCHOX, PLC**

| | | | |
|---|---|---|---|
| Bill Payment | 7/13/2023 | 00000439/45 | $8,000.00 |
| Bill | 5/25/2023 | MOLE-i86 | ($8,000.00) |

**Amount Unapplied - Bill Payment #00000439/45 - SCHOX, PLC** — $0.00

**Bill Payment #00000439/46 - SCHOX, PLC**

| | | | |
|---|---|---|---|
| Bill Payment | 7/13/2023 | 00000439/46 | $6,000.00 |
| Bill | 6/15/2023 | MOLE-i89 | ($6,000.00) |

**Amount Unapplied - Bill Payment #00000439/46 - SCHOX, PLC** — $0.00

**Bill Payment #00000439/47 - SCHOX, PLC**

| | | | |
|---|---|---|---|
| Bill Payment | 7/13/2023 | 00000439/47 | $5,000.00 |
| Bill | 6/15/2023 | MOLE-i88 RETAINER | ($5,000.00) |

**Amount Unapplied - Bill Payment #00000439/47 - SCHOX, PLC** — $0.00

**Bill Payment #00000439/48 - TELUS International (US) Corp.**

| | | | |
|---|---|---|---|
| Bill Payment | 7/13/2023 | 00000439/48 | $46,079.27 |
| Bill | 6/15/2023 | CUSTINV- 351- USOP-2023-000806 | ($46,079.27) |

**Amount Unapplied - Bill Payment #00000439/48 - TELUS International (US) Corp.** — $0.00

**Bill Payment #00000439/49 - The Yocca Law Firm LLP**

| | | | |
|---|---|---|---|
| Bill Payment | 7/13/2023 | 00000439/49 | $6,964.54 |
| Bill | 5/3/2023 | 69073 | ($6,964.54) |

**Amount Unapplied - Bill Payment #00000439/49 - The Yocca Law Firm LLP** — $0.00

**Bill Payment #00000439/5 - Cintas Corporation**

| | | | |
|---|---|---|---|
| Bill Payment | 7/13/2023 | 00000439/5 | $75.29 |
| Bill | 6/16/2023 | 8406300629 | ($75.29) |

**Amount Unapplied - Bill Payment #00000439/5 - Cintas Corporation** — $0.00

**Bill Payment #00000439/50 - TikTok Inc.**

| | | | |
|---|---|---|---|
| Bill Payment | 7/13/2023 | 00000439/50 | $996.67 |

---

**Amount Unapplied - Bill Payment #28351441 - Grainger** — $0.00

**Bill Payment #28351440 - Grainger**

| | | | |
|---|---|---|---|
| Bill Payment | 8/24/2023 | | $31.39 |
| Bill | 7/25/2023 | 9781675831 | ($31.39) |

**Amount Unapplied - Bill Payment #28351440 - Grainger** — $0.00

**Bill Payment #28351439 - Grainger**

| | | | |
|---|---|---|---|
| Bill Payment | 8/24/2023 | | $86.86 |
| Bill | 7/21/2023 | 9777569899 | ($86.86) |

**Amount Unapplied - Bill Payment #28351439 - Grainger** — $0.00

**Bill Payment #Wire-2023082526894168 - Lojistic LLC**

| | | | |
|---|---|---|---|
| Bill Payment | 8/25/2023 | Wire-2023082526894168 | $47,253.35 |
| Bill | 8/16/2023 | P202332 | ($47,253.35) |

**Amount Unapplied - Bill Payment #Wire-2023082526894168 - Lojistic LLC** — $0.00

**Bill Payment #Wire-2023082826900364 - Shrailberg Page P.A.**

| | | | |
|---|---|---|---|
| Bill Payment | 8/28/2023 | Wire-2023082826900364 | $20,000.00 |
| Bill | 8/25/2023 | 8.25.23 Agreement | ($20,000.00) |

**Amount Unapplied - Bill Payment #Wire-2023082826900364 - Shrailberg Page P.A.** — $0.00

**Bill Payment #Wire-2023082826900473 - James R Whitson**

| | | | |
|---|---|---|---|
| Bill Payment | 8/28/2023 | Wire-2023082826900473 | $10,000.00 |
| Bill | 8/1/2023 | 1007 | ($10,000.00) |

**Amount Unapplied - Bill Payment #Wire-2023082826900473 - James R Whitson** — $0.00

**Bill Payment #Wire-2023083126924976 - 2231192 Ontario Inc.**

| | | | |
|---|---|---|---|
| Bill Payment | 8/31/2023 | Wire-2023083126924976 | $245.50 |
| Bill | 8/15/2023 | 3012 | ($245.50) |

**Amount Unapplied - Bill Payment #Wire-2023083126924976 - 2231192 Ontario Inc.** — $0.00

**Bill Payment #Wire-2023083126924991 - Joseph Synnott**

| | | | |
|---|---|---|---|
| Bill Payment | 8/31/2023 | Wire-2023083126924991 | $18,221.00 |
| Bill | 8/26/2023 | 0023 | ($18,221.00) |

**Amount Unapplied - Bill Payment #Wire-2023083126924991 - Joseph Synnott** — $0.00

**Bill Payment #Wire-2023083126925017 - Lojistic LLC**

| | | | |
|---|---|---|---|
| Bill Payment | 8/31/2023 | Wire-2023083126925017 | $39,996.93 |
| Bill | 8/23/2023 | P202333 | ($39,996.93) |

**Amount Unapplied - Bill Payment #Wire-2023083126925017 - Lojistic LLC** — $0.00

**Bill Payment #28475120 - Commerce Technologies, LLC DBA CommerceHub**

| | | | |
|---|---|---|---|
| Bill Payment | 8/31/2023 | | $65.00 |
| Bill | 7/31/2023 | 2224889 | ($65.00) |

**Amount Unapplied - Bill Payment #28475120 - Commerce Technologies, LLC DBA Comm** — $0.00

**Bill Payment #28644953 - Valuecart Private Limited**

| | | | |
|---|---|---|---|
| Bill Payment | 8/31/2023 | | $2,289.00 |
| Bill | 6/1/2023 | VC-S-KA03/23-24 | ($2,289.00) |

**Amount Unapplied - Bill Payment #28644953 - Valuecart Private Limited** — $0.00

**Bill Payment #28477339 - Uline**

| | | | |
|---|---|---|---|
| Bill Payment | 8/31/2023 | | $2,396.10 |
| Bill | 7/31/2023 | 166598243 | ($2,396.10) |

**Amount Unapplied - Bill Payment #28477339 - Uline** — $0.00

**Bill Payment #28476234 - Longs Peak Digital, LLC**

| | | | |
|---|---|---|---|
| Bill Payment | 8/31/2023 | | $4,000.00 |
| Bill | 7/31/2023 | MO-LPD0020 | ($4,000.00) |

**Amount Unapplied - Bill Payment #28476234 - Longs Peak Digital, LLC** — $0.00

**Bill Payment #28475425 - Airgas USA, LLC**

| | | | |
|---|---|---|---|
| Bill Payment | 8/31/2023 | | $147.53 |
| Bill | 7/31/2023 | 5501079921 | ($147.53) |

**Amount Unapplied - Bill Payment #28475425 - Airgas USA, LLC** — $0.00

**Bill Payment #00000447/1 - 8x8 Inc**

| | | | |
|---|---|---|---|
| Bill Payment | 9/1/2023 | 00000447/1 | $40.42 |
| Bill | 7/31/2023 | 3969390 | ($40.42) |

**Amount Unapplied - Bill Payment #00000447/1 - 8x8 Inc** — $0.00

**Bill Payment #00000447/10 - Cintas Corporation**

| | | | |
|---|---|---|---|
| Bill Payment | 9/1/2023 | 00000447/10 | $69.55 |
| Bill | 8/1/2023 | 9233670869 | ($69.55) |

**Amount Unapplied - Bill Payment #00000447/10 - Cintas Corporation** — $0.00

**Bill Payment #00000447/11 - DHL Express**

| | | | |
|---|---|---|---|
| Bill Payment | 9/1/2023 | 00000447/11 | $1,275.33 |
| Bill | 8/17/2023 | D20573682 | ($1,275.33) |

**Amount Unapplied - Bill Payment #00000447/11 - DHL Express** — $0.00

**Bill Payment #00000447/12 - Fisher Scientific Co. LLC**

| | | | |
|---|---|---|---|
| Bill Payment | 9/1/2023 | 00000447/12 | $120.70 |
| Bill | 7/27/2023 | 4893059 | ($120.70) |

**Amount Unapplied - Bill Payment #00000447/12 - Fisher Scientific Co. LLC** — $0.00

**Bill Payment #00000447/13 - Fisher Scientific Co. LLC**

| | | | |
|---|---|---|---|
| Bill Payment | 9/1/2023 | 00000447/13 | $65.54 |
| Bill | 8/1/2023 | 5002105 | ($65.54) |

**Amount Unapplied - Bill Payment #00000447/13 - Fisher Scientific Co. LLC** — $0.00

**Bill Payment #00000447/14 - Flexport**

| | | | |
|---|---|---|---|
| Bill Payment | 9/1/2023 | 00000447/14 | $345.01 |
| Bill | 7/19/2023 | FLEX-2095502-3 | ($345.01) |

**Amount Unapplied - Bill Payment #00000447/14 - Flexport** — $0.00

**Bill Payment #00000447/15 - gandi.net**

| | | | |
|---|---|---|---|
| Bill Payment | 9/1/2023 | 00000447/15 | $77.59 |
| Bill | 7/31/2023 | 2023073100404 | ($77.59) |

**Amount Unapplied - Bill Payment #00000447/15 - gandi.net** — $0.00

**Bill Payment #00000447/16 - Mcmaster Carr Supply**

| | | | |
|---|---|---|---|
| Bill Payment | 9/1/2023 | 00000447/16 | $232.23 |
| Bill | 8/1/2023 | 11894617 | ($232.23) |

**Amount Unapplied - Bill Payment #00000447/16 - Mcmaster Carr Supply** — $0.00

**Bill Payment #00000447/17 - Quiq, Inc.**

| | | | |
|---|---|---|---|
| Bill Payment | 9/1/2023 | 00000447/17 | $434.13 |
| Bill | 7/31/2023 | INV-230325 | ($434.13) |

**Amount Unapplied - Bill Payment #00000447/17 - Quiq, Inc.** — $0.00

**Bill Payment #00000447/18 - Sigma-Aldrich, Inc.**

| | | | |
|---|---|---|---|
| Bill Payment | 9/1/2023 | 00000447/18 | $728.37 |
| Bill | 7/31/2023 | 560704004 | ($728.37) |

**Amount Unapplied - Bill Payment #00000447/18 - Sigma-Aldrich, Inc.** — $0.00

**Bill Payment #00000447/19 - Sigma-Aldrich, Inc.**

| | | | |
|---|---|---|---|
| Bill Payment | 9/1/2023 | 00000447/19 | $208.11 |
| Bill | 7/28/2023 | 560684128 | ($208.11) |

**Amount Unapplied - Bill Payment #00000447/19 - Sigma-Aldrich, Inc.** — $0.00

**Bill Payment #00000447/2 - ALOM Technologies Corp.**

| | | | |
|---|---|---|---|
| Bill Payment | 9/1/2023 | 00000447/2 | $12,546.24 |
| Bill | 7/31/2023 | 111105 | ($12,546.24) |

**Amount Unapplied - Bill Payment #00000447/2 - ALOM Technologies Corp.** — $0.00

**Bill Payment #00000447/20 - Staples Contract & Commercial LLC dba Staples Business Advantage**

| | | | |
|---|---|---|---|
| Bill Payment | 9/1/2023 | 00000447/20 | $499.24 |
| Bill | 7/31/2023 | 8071114850 | ($499.24) |

**Amount Unapplied - Bill Payment #00000447/20 - Staples Contract & Commercial LLC dba** — $0.00

**Bill Payment #00000447/21 - TELUS International (US) Corp.**

| | | | |
|---|---|---|---|
| Bill Payment | 9/1/2023 | 00000447/21 | $41,981.22 |

| Type | Date | Num | Amount |
|---|---|---|---|
| Bill | 6/1/2023 | MUUS20230756435 | ($996.67) |
| **Bill Payment - Bill Payment #00000439/50 - TikTok Inc.** | | | **$0.00** |
| **Amount Unapplied - Bill Payment #00000439/50 - TikTok Inc.** | | | **$0.00** |
| **Bill Payment #00000439/51 - Unified Accounting & Tax, LLP** | | | |
| Bill Payment | 7/13/2023 | 00000439/51 | $2,713.20 |
| Bill | 6/15/2023 | 7008 | ($2,713.20) |
| **Amount Unapplied - Bill Payment #00000439/51 - Unified Accounting & Tax, LLP** | | | **$0.00** |
| **Bill Payment #00000439/52 - Unified Accounting & Tax, LLP** | | | |
| Bill Payment | 7/13/2023 | 00000439/52 | $225.05 |
| Bill | 6/15/2023 | 1675 | ($225.05) |
| **Amount Unapplied - Bill Payment #00000439/52 - Unified Accounting & Tax, LLP** | | | **$0.00** |
| **Bill Payment #00000439/53 - Unified Accounting & Tax, LLP** | | | |
| Bill Payment | 7/13/2023 | 00000439/53 | $477.75 |
| Bill | 6/30/2023 | 1693 | ($477.75) |
| **Amount Unapplied - Bill Payment #00000439/53 - Unified Accounting & Tax, LLP** | | | **$0.00** |
| **Bill Payment #00000439/54 - Yellow Logistics** | | | |
| Bill Payment | 7/13/2023 | 00000439/54 | $2,300.00 |
| Bill | 6/26/2023 | TB000262040-01 | ($2,300.00) |
| **Amount Unapplied - Bill Payment #00000439/54 - Yellow Logistics** | | | **$0.00** |
| **Bill Payment #00000439/55 - Yellow Logistics** | | | |
| Bill Payment | 7/13/2023 | 00000439/55 | $2,200.00 |
| Bill | 6/30/2023 | 00003747 | ($2,200.00) |
| **Amount Unapplied - Bill Payment #00000439/55 - Yellow Logistics** | | | **$0.00** |
| **Bill Payment #00000439/6 - Client Partner Mgmt Group LLC** | | | |
| Bill Payment | 7/13/2023 | 00000439/6 | $5,220.00 |
| Bill | 7/8/2023 | 23_15~ 2 weeks ending 7/8 | ($5,220.00) |
| **Amount Unapplied - Bill Payment #00000439/6 - Client Partner Mgmt Group LLC** | | | **$0.00** |
| **Bill Payment #00000439/7 - Columbus Industries Texas LLP** | | | |
| Bill Payment | 7/13/2023 | 00000439/7 | $44,469.00 |
| Bill | 5/11/2023 | 1341266 RI | ($44,469.00) |
| **Amount Unapplied - Bill Payment #00000439/7 - Columbus Industries Texas LLP** | | | **$0.00** |
| **Bill Payment #00000439/8 - Columbus Industries Texas LLP** | | | |
| Bill Payment | 7/13/2023 | 00000439/8 | $37,195.20 |
| Bill | 6/1/2023 | 1341891 RI | ($37,195.20) |
| **Amount Unapplied - Bill Payment #00000439/8 - Columbus Industries Texas LLP** | | | **$0.00** |
| **Bill Payment #00000439/9 - Columbus Industries Texas LLP** | | | |
| Bill Payment | 7/13/2023 | 00000439/9 | $29,646.00 |
| Bill | 5/11/2023 | 1341265 RI | ($29,646.00) |
| **Amount Unapplied - Bill Payment #00000439/9 - Columbus Industries Texas LLP** | | | **$0.00** |
| **Bill Credit #MOLE-i85 Retainer - SCHOX, PLC** | | | |
| Bill Credit | 7/13/2023 | MOLE-i85 Retainer | $24,000.00 |
| Bill Credit | 4/25/2023 | MOLE-i85 Retainer | ($24,000.00) |
| **Amount Unapplied - Bill Credit #MOLE-i85 Retainer - SCHOX, PLC** | | | **$0.00** |
| **Bill Payment #Wire-202307132668905 6 - Lojistic LLC** | | | |
| Bill Payment | 7/13/2023 | Wire-202307132668905 6 | $59,305.81 |
| Bill | 7/12/2023 | P202327 | ($59,305.81) |
| **Amount Unapplied - Bill Payment #Wire-202307132668905 6 - Lojistic LLC** | | | **$0.00** |
| **Bill Payment #Wire-202307132668979 4 - Persistent Systems Limited** | | | |
| Bill Payment | 7/13/2023 | Wire-202307132668979 4 | $6,842.50 |
| Bill | 6/1/2023 | 10124270111360 | ($6,842.50) |
| **Amount Unapplied - Bill Payment #Wire-202307132668979 4 - Persistent Systems Limited** | | | **$0.00** |
| **Bill Payment #Wire-202307132669025 4 - Jasmeet Singh** | | | |
| Bill Payment | 7/13/2023 | Wire-202307132669025 4 | $407.40 |
| Bill | 6/12/2023 | JA1011 | ($407.40) |
| **Amount Unapplied - Bill Payment #Wire-202307132669025 4 - Jasmeet Singh** | | | **$0.00** |
| **Bill Payment #Wire-202307132669034 7 - Plan Management Corp** | | | |
| Bill Payment | 7/13/2023 | Wire-202307132669034 7 | $15,998.50 |
| Bill | 6/28/2023 | 11015 | ($15,998.50) |
| **Amount Unapplied - Bill Payment #Wire-202307132669034 7 - Plan Management Corp** | | | **$0.00** |
| **Bill Payment #Wire-202307132669038 9 - Mister Bit** | | | |
| Bill Payment | 7/13/2023 | Wire-202307132669038 9 | $8,064.26 |
| Bill | 6/1/2023 | EI238000008 | ($8,064.26) |
| **Amount Unapplied - Bill Payment #Wire-202307132669038 9 - Mister Bit** | | | **$0.00** |
| **Bill Payment #Wire-202307132669047 3 - HongKong  MirDan Technology co. Ltd** | | | |
| Bill Payment | 7/13/2023 | Wire-202307132669047 3 | $4,110.00 |
| Bill | 7/6/2023 | M230706-C | ($4,110.00) |
| **Amount Unapplied - Bill Payment #Wire-202307132669047 3 - HongKong  MirDan Technol...** | | | |
| **Bill Payment #Wire-BE90 9673 2613 0332 - Salman Abdallah Mohamed Hassan Saifedeen** | | | |
| Bill Payment | 7/13/2023 | Wire-BE90 9673 2613 0332 | $1,500.00 |
| Bill | 6/27/2023 | 6/27/2023 | ($1,500.00) |
| **Amount Unapplied - Bill Payment #Wire-BE90 9673 2613 0332 - Salman Abdallah Moham...** | | | |
| **Bill Credit #6179178237 - Freightquote** | | | |
| Bill Credit | 7/18/2023 | 6179178237 | $2,300.00 |
| Bill | 8/8/2023 | 6185221443 | ($2,300.00) |
| **Amount Unapplied - Bill Credit #6179178237 - Freightquote** | | | **$0.00** |
| **Bill Credit #PSINV213471CM - Lojistic LLC** | | | |
| Bill Credit | 7/19/2023 | PSINV213471CM | $142.12 |
| Bill | 6/30/2023 | PSINV213471 | ($142.12) |
| **Amount Unapplied - Bill Credit #PSINV213471CM - Lojistic LLC** | | | **$0.00** |
| **Bill Payment #00000440/1 - Canary LLC** | | | |
| Bill Payment | 7/20/2023 | 00000440/1 | $2,137.17 |
| Bill | 6/8/2023 | 192418 | ($2,137.17) |
| **Amount Unapplied - Bill Payment #00000440/1 - Canary LLC** | | | **$0.00** |
| **Bill Payment #00000440/10 - Freightquote** | | | |
| Bill Payment | 7/20/2023 | 00000440/10 | $2,500.00 |
| Bill | 6/24/2023 | Order: 1593868684 | ($2,500.00) |
| **Amount Unapplied - Bill Payment #00000440/10 - Freightquote** | | | **$0.00** |
| **Bill Payment #00000440/11 - Insight Global Finance DBA LEAF** | | | |
| Bill Payment | 7/20/2023 | 00000440/11 | $1,866.98 |
| Bill | 7/1/2023 | 14955167 | ($1,866.98) |
| **Amount Unapplied - Bill Payment #00000440/11 - Insight Global Finance DBA LEAF** | | | **$0.00** |
| **Bill Payment #00000440/12 - K Of Course LLC** | | | |
| Bill Payment | 7/20/2023 | 00000440/12 | $1,000.00 |
| Bill | 7/1/2023 | 001 | ($1,000.00) |
| **Amount Unapplied - Bill Payment #00000440/12 - K Of Course LLC** | | | **$0.00** |
| **Bill Payment #00000440/13 - K Of Course LLC** | | | |
| Bill Payment | 7/20/2023 | 00000440/13 | $1,125.00 |
| Bill | 7/1/2023 | 002 | ($1,125.00) |
| **Amount Unapplied - Bill Payment #00000440/13 - K Of Course LLC** | | | **$0.00** |
| **Bill Payment #00000440/14 - Knight Agency, Inc.** | | | |
| Bill Payment | 7/20/2023 | 00000440/14 | $1,230.77 |
| Bill | 6/20/2023 | INV-12918 | ($1,230.77) |
| **Amount Unapplied - Bill Payment #00000440/14 - Knight Agency, Inc.** | | | **$0.00** |
| **Bill Payment #00000440/15 - Mack Molding Company, Inc.** | | | |
| Bill Payment | 7/20/2023 | 00000440/15 | $4,588.00 |
| Bill | 6/19/2023 | 419977 | ($4,588.00) |
| **Amount Unapplied - Bill Payment #00000440/15 - Mack Molding Company, Inc.** | | | **$0.00** |
| **Bill Payment #00000440/16 - Mack Molding Company, Inc.** | | | |
| Bill | 7/13/2023 | CUSTINV- 351- USOP-2023-000924 | ($41,981.22) |
| **Amount Unapplied - Bill Payment #00000447/21 - TELUS International (US) Corp.** | | | **$0.00** |
| **Bill Payment #00000447/22 - The Bluebird Group LLC** | | | |
| Bill Payment | 9/1/2023 | 00000447/22 | $1,500.00 |
| Bill | 8/1/2023 | 11483 | ($1,500.00) |
| **Amount Unapplied - Bill Payment #00000447/22 - The Bluebird Group LLC** | | | **$0.00** |
| **Bill Payment #00000447/23 - The Quality Edit LLC** | | | |
| Bill Payment | 9/1/2023 | 00000447/23 | $12,500.00 |
| Bill | 8/23/2023 | 2155 | ($12,500.00) |
| **Amount Unapplied - Bill Payment #00000447/23 - The Quality Edit LLC** | | | **$0.00** |
| **Bill Payment #00000447/3 - ALCOM Technologies Corp.** | | | |
| Bill Payment | 9/1/2023 | 00000447/3 | $7,579.78 |
| Bill | 8/1/2023 | 111206 | ($7,579.78) |
| **Amount Unapplied - Bill Payment #00000447/3 - ALCOM Technologies Corp.** | | | **$0.00** |
| **Bill Payment #00000447/4 - ALCOM Technologies Corp.** | | | |
| Bill Payment | 9/1/2023 | 00000447/4 | $5,901.95 |
| Bill | 8/1/2023 | 111212 | ($5,901.95) |
| **Amount Unapplied - Bill Payment #00000447/4 - ALCOM Technologies Corp.** | | | **$0.00** |
| **Bill Payment #00000447/5 - ALCOM Technologies Corp.** | | | |
| Bill Payment | 9/1/2023 | 00000447/5 | $29,848.05 |
| Bill | 8/1/2023 | 111251 | ($29,848.05) |
| **Amount Unapplied - Bill Payment #00000447/5 - ALCOM Technologies Corp.** | | | **$0.00** |
| **Bill Payment #00000447/6 - ALCOM Technologies Corp.** | | | |
| Bill Payment | 9/1/2023 | 00000447/6 | $210,735.85 |
| Bill | 8/1/2023 | 111264 | ($210,735.85) |
| **Amount Unapplied - Bill Payment #00000447/6 - ALCOM Technologies Corp.** | | | **$0.00** |
| **Bill Payment #00000447/7 - Blair Greenwood Consulting LLC** | | | |
| Bill Payment | 9/1/2023 | 00000447/7 | $10,920.00 |
| Bill | 7/1/2023 | 1024 | ($10,920.00) |
| **Amount Unapplied - Bill Payment #00000447/7 - Blair Greenwood Consulting LLC** | | | **$0.00** |
| **Bill Payment #00000447/8 - Brandography.com LLC** | | | |
| Bill Payment | 9/1/2023 | 00000447/8 | $5,000.00 |
| Bill | 8/23/2023 | 6870 | ($5,000.00) |
| **Amount Unapplied - Bill Payment #00000447/8 - Brandography.com LLC** | | | **$0.00** |
| **Bill Payment #00000447/9 - Cintas Corporation** | | | |
| Bill Payment | 9/1/2023 | 00000447/9 | $123.05 |
| Bill | 8/1/2023 | 9233670864 | ($123.05) |
| **Amount Unapplied - Bill Payment #00000447/9 - Cintas Corporation** | | | **$0.00** |
| **Bill Credit #400000598 - FAB** | | | |
| Bill Credit | 9/1/2023 | 400000598 | $316.07 |
| Bill | 7/19/2023 | 50146442 | ($316.07) |
| **Amount Unapplied - Bill Credit #400000598 - FAB** | | | **$0.00** |
| **Bill Payment #EFT-as3sejzd - Wursta Corporation** | | | |
| Bill Payment | 9/1/2023 | EFT-as3sejzd | $6,430.46 |
| Bill | 7/31/2023 | 206111 | ($6,430.46) |
| **Amount Unapplied - Bill Payment #EFT-as3sejzd - Wursta Corporation** | | | **$0.00** |
| **Journal #JE-US-11914 -** | | | |
| Journal | 9/1/2023 | JE-US-11914 | $8,865.00 |
| Bill | 6/1/2023 | VC-S-KA03/23-24 | ($1,435.00) |
| Bill | 6/1/2023 | VC-S-KA04/23-24 | ($3,724.00) |
| Bill | 6/30/2023 | VC-S-KA07/23-24 | ($3,706.00) |
| **Amount Unapplied - Journal #JE-US-11914 -** | | | **$0.00** |
| **Bill Payment #Wire-202309012693111 9 - LITE-ON SINGAPORE PTE LTD** | | | |
| Bill Payment | 9/1/2023 | Wire-202309012693111 9 | $2,356.25 |
| Bill | 8/29/2023 | 230829-jui | ($2,356.25) |
| **Amount Unapplied - Bill Payment #Wire-202309012693111 9 - LITE-ON SINGAPORE PTE L...** | | | **$0.00** |
| **Bill Payment #Wire-202309012693117 2 - Lite-On Technology Corp.** | | | |
| Bill Payment | 9/1/2023 | Wire-202309012693117 2 | $2,658.33 |
| Bill | 8/21/2023 | DG-20230824 | ($2,658.33) |
| **Amount Unapplied - Bill Payment #Wire-202309012693117 2 - Lite-On Technology Corp.** | | | **$0.00** |
| **Bill Payment #Wire-202309012693405 2 - Knights of Security** | | | |
| Bill Payment | 9/1/2023 | Wire-202309012693405 2 | $7,000.00 |
| Bill | 8/25/2023 | 055 | ($7,000.00) |
| **Amount Unapplied - Bill Payment #Wire-202309012693405 2 - Knights of Security** | | | **$0.00** |
| **Bill Payment #28471801 - Republic Services of Florida** | | | |
| Bill Payment | 9/1/2023 | | $874.49 |
| Bill | 8/1/2023 | 0654001166698 | ($874.49) |
| **Amount Unapplied - Bill Payment #28471801 - Republic Services of Florida** | | | **$0.00** |
| **Bill Payment #28490994 - Republic Services of Florida** | | | |
| Bill Payment | 9/1/2023 | | $887.61 |
| Bill | 8/1/2023 | 0654-001173551 | ($887.61) |
| **Amount Unapplied - Bill Payment #28490994 - Republic Services of Florida** | | | **$0.00** |
| **Bill Payment #28545566 - Uline** | | | |
| Bill Payment | 9/5/2023 | | $2,374.80 |
| Bill | 8/2/2023 | 166701714 | ($726.89) |
| Bill | 8/2/2023 | 6185378743 | ($1,647.91) |
| **Amount Unapplied - Bill Payment #28545566 - Uline** | | | **$0.00** |
| **Bill Payment #28565888 - University of South Florida Research Foundation** | | | |
| Bill Payment | 9/5/2023 | | $6,673.43 |
| Bill | 8/1/2023 | 25167 | ($6,673.43) |
| **Amount Unapplied - Bill Payment #28565888 - University of South Florida Research Foun...** | | | **$0.00** |
| **Bill Payment #00000448/1 - 4000 North Combee Road, LLC** | | | |
| Bill Payment | 9/1/2023 | 00000448/1 | $48,392.46 |
| Bill | 9/1/2023 | Sep '23 Rent 4040 N Combee-Rent | ($10,560.18) |
| Bill | 9/1/2023 | Sep'23 Rent / 4000 N COMBEE ROAD | ($37,832.28) |
| **Amount Unapplied - Bill Payment #00000448/1 - 4000 North Combee Road, LLC** | | | **$0.00** |
| **Bill Payment #00000448/10 - CRITEO CORP** | | | |
| Bill Payment | 9/1/2023 | 00000448/10 | $17,837.36 |
| Bill | 7/31/2023 | 13US23071355 | ($17,837.36) |
| **Amount Unapplied - Bill Payment #00000448/10 - CRITEO CORP** | | | **$0.00** |
| **Bill Payment #00000448/11 - Flexport** | | | |
| Bill Payment | 9/1/2023 | 00000448/11 | $170.00 |
| Bill | 8/8/2023 | FLEX-2027597-4 | ($170.00) |
| **Amount Unapplied - Bill Payment #00000448/11 - Flexport** | | | **$0.00** |
| **Bill Payment #00000448/12 - Freightquote** | | | |
| Bill Payment | 9/1/2023 | 00000448/12 | $8,600.00 |
| Bill | 8/8/2023 | 6185085914 | ($2,900.00) |
| Bill | 8/8/2023 | 6185379743 | ($2,700.00) |
| Bill | 8/9/2023 | 6185419975 | ($3,000.00) |
| **Amount Unapplied - Bill Payment #00000448/12 - Freightquote** | | | **$0.00** |
| **Bill Payment #00000448/13 - Gardens Bio Science Partners LLC** | | | |
| Bill Payment | 9/1/2023 | 00000448/13 | $43,539.92 |
| Bill | 8/28/2023 | AERO-072023FPL | ($1,171.56) |
| Bill | 9/1/2023 | Aero-202309 | ($42,368.36) |
| **Amount Unapplied - Bill Payment #00000448/13 - Gardens Bio Science Partners LLC** | | | **$0.00** |
| **Bill Payment #00000448/14 - GRIN Technologies, Inc.** | | | |
| Bill Payment | 9/7/2023 | 00000448/14 | $1,795.00 |

| | | | |
|---|---|---|---|
| Bill Payment | 7/20/2023 | 00000440/16 | $22,099.30 |
| Bill | 6/19/2023 | 419976 | ($22,099.30) |
| **Amount Unapplied - Bill Payment #00000440/16 - Mack Molding Company, Inc.** | | | **$0.00** |
| **Bill Payment #00000440/17 - Mattio Communications** | | | |
| Bill Payment | 7/20/2023 | 00000440/17 | $8,500.00 |
| Bill | 6/1/2023 | 3620 | ($8,500.00) |
| **Amount Unapplied - Bill Payment #00000440/17 - Mattio Communications** | | | **$0.00** |
| **Bill Payment #00000440/18 - Ossentjuk & Botti** | | | |
| Bill Payment | 7/20/2023 | 00000440/18 | $3,607.25 |
| Bill | 6/5/2023 | 13438 | ($3,607.25) |
| **Amount Unapplied - Bill Payment #00000440/18 - Ossentjuk & Botti** | | | **$0.00** |
| **Bill Payment #00000440/19 - Packform USA LLC** | | | |
| Bill Payment | 7/20/2023 | 00000440/19 | $77,216.10 |
| Bill | 7/1/2023 | INV-44148 | ($77,216.10) |
| **Amount Unapplied - Bill Payment #00000440/19 - Packform USA LLC** | | | **$0.00** |
| **Bill Payment #00000440/2 - Catherine Poslusny** | | | |
| Bill Payment | 7/20/2023 | 00000440/2 | $950.00 |
| Bill | 7/6/2023 | Molekule 2023-19 | ($950.00) |
| **Amount Unapplied - Bill Payment #00000440/2 - Catherine Poslusny** | | | **$0.00** |
| **Bill Payment #00000440/20 - Synergy North America, Inc.** | | | |
| Bill Payment | 7/20/2023 | 00000440/20 | $5,851.58 |
| Bill | 6/29/2023 | SINV002072 | ($5,851.58) |
| **Amount Unapplied - Bill Payment #00000440/20 - Synergy North America, Inc.** | | | **$0.00** |
| **Bill Payment #00000440/21 - Toppan Merrill** | | | |
| Bill Payment | 7/20/2023 | 00000440/21 | $10,845.00 |
| Bill | 5/16/2023 | 2638200 | ($10,845.00) |
| **Amount Unapplied - Bill Payment #00000440/21 - Toppan Merrill** | | | **$0.00** |
| **Bill Payment #00000440/22 - Toppan Merrill** | | | |
| Bill Payment | 7/20/2023 | 00000440/22 | $2,005.00 |
| Bill | 5/23/2023 | 2647727 | ($2,005.00) |
| **Amount Unapplied - Bill Payment #00000440/22 - Toppan Merrill** | | | **$0.00** |
| **Bill Payment #00000440/23 - Unified Accounting & Tax, LLP** | | | |
| Bill Payment | 7/20/2023 | 00000440/23 | $2,768.10 |
| Bill | 6/30/2023 | 7109 | ($2,768.10) |
| **Amount Unapplied - Bill Payment #00000440/23 - Unified Accounting & Tax, LLP** | | | **$0.00** |
| **Bill Payment #00000440/3 - Columbus Industries Texas LLP** | | | |
| Bill Payment | 7/20/2023 | 00000440/3 | $10,653.12 |
| Bill | 5/18/2023 | 1342037 RI | ($10,653.12) |
| **Amount Unapplied - Bill Payment #00000440/3 - Columbus Industries Texas LLP** | | | **$0.00** |
| **Bill Payment #00000440/4 - Columbus Industries Texas LLP** | | | |
| Bill Payment | 7/20/2023 | 00000440/4 | $34,870.50 |
| Bill | 6/1/2023 | 1342043 RI | ($34,870.50) |
| **Amount Unapplied - Bill Payment #00000440/4 - Columbus Industries Texas LLP** | | | **$0.00** |
| **Bill Payment #00000440/5 - Columbus Industries Texas LLP** | | | |
| Bill Payment | 7/20/2023 | 00000440/5 | $16,675.20 |
| Bill | 6/1/2023 | 1342042 RI | ($16,675.20) |
| **Amount Unapplied - Bill Payment #00000440/5 - Columbus Industries Texas LLP** | | | **$0.00** |
| **Bill Payment #00000440/6 - Columbus Industries Texas LLP** | | | |
| Bill Payment | 7/20/2023 | 00000440/6 | $8,235.00 |
| Bill | 5/18/2023 | 1342110 RI | ($8,235.00) |
| **Amount Unapplied - Bill Payment #00000440/6 - Columbus Industries Texas LLP** | | | **$0.00** |
| **Bill Payment #00000440/7 - Columbus Industries Texas LLP** | | | |
| Bill Payment | 7/20/2023 | 00000440/7 | $4,941.00 |
| Bill | 5/18/2023 | 1342041 RI | ($4,941.00) |
| **Amount Unapplied - Bill Payment #00000440/7 - Columbus Industries Texas LLP** | | | **$0.00** |
| **Bill Payment #00000440/8 - Canteen Refreshment Services dba A Div of Canteen** | | | |
| Bill Payment | 7/20/2023 | 00000440/8 | $325.02 |
| Bill | 6/27/2023 | LAK6045 | ($325.02) |
| **Amount Unapplied - Bill Payment #00000440/8 - Canteen Refreshment Services dba A Div** | | | **$0.00** |
| **Bill Payment #00000440/9 - DigiKey Electronics** | | | |
| Bill Payment | 7/20/2023 | 00000440/9 | $95.77 |
| Bill | 6/21/2023 | 98280941 | ($95.77) |
| **Amount Unapplied - Bill Payment #00000440/9 - DigiKey Electronics** | | | **$0.00** |
| **Bill Payment #Wire-2023072026724785 - 2231192 Ontario Inc.** | | | |
| Bill Payment | 7/20/2023 | Wire-2023072026724785 | $2,200.00 |
| Bill | 7/1/2023 | 3011 | ($2,200.00) |
| **Amount Unapplied - Bill Payment #Wire-2023072026724785 - 2231192 Ontario Inc.** | | | **$0.00** |
| **Bill Payment #Wire-2023072026724816 - Lojistic LLC** | | | |
| Bill Payment | 7/20/2023 | Wire-2023072026724816 | $57,598.15 |
| Bill | 7/19/2023 | P202328 | ($57,598.15) |
| **Amount Unapplied - Bill Payment #Wire-2023072026724816 - Lojistic LLC** | | | **$0.00** |
| **Bill Payment #Wire-2023072026724929 - Aura Smart Air Inc.** | | | |
| Bill Payment | 7/20/2023 | Wire-2023072026724929 | $3,795.00 |
| Bill | 7/12/2023 | INVUS668 | ($3,795.00) |
| **Amount Unapplied - Bill Payment #Wire-2023072026724929 - Aura Smart Air Inc.** | | | **$0.00** |
| **Bill Payment #Wire-2023072026725053 - Creare, LLC.** | | | |
| Bill Payment | 7/20/2023 | Wire-2023072026725053 | $1,200.00 |
| Bill | 7/7/2023 | 1010363.00-1 | ($1,200.00) |
| **Amount Unapplied - Bill Payment #Wire-2023072026725053 - Creare, LLC.** | | | **$0.00** |
| **Bill Payment #27848795 - BHGS** | | | |
| Bill Payment | 7/25/2023 | | $95.00 |
| Bill | 4/3/2023 | 33645 | ($95.00) |
| **Amount Unapplied - Bill Payment #27848795 - BHGS** | | | **$0.00** |
| **Bill Payment #27895928 - Loctek Inc. (Flexispot)** | | | |
| Bill Payment | 7/25/2023 | | $25.55 |
| Bill | 7/20/2023 | 23EBAB13-0614-2 ST | ($25.55) |
| **Amount Unapplied - Bill Payment #27895928 - Loctek Inc. (Flexispot)** | | | **$0.00** |
| **Bill Payment #Wire-2023072626751877 - Joseph Synnott** | | | |
| Bill Payment | 7/26/2023 | Wire-2023072626751877 | $18,221.00 |
| Bill | 7/1/2023 | 0021 | ($18,221.00) |
| **Amount Unapplied - Bill Payment #Wire-2023072626751877 - Joseph Synnott** | | | **$0.00** |
| **Bill Payment #00000441/1 - The Yocca Law Firm LLP** | | | |
| Bill Payment | 7/27/2023 | 00000441/1 | $7,613.41 |
| Bill | 6/7/2023 | 69093 | ($7,613.41) |
| **Amount Unapplied - Bill Payment #00000441/1 - The Yocca Law Firm LLP** | | | **$0.00** |
| **Bill Payment #00000441/10 - ALOM Technologies Corp.** | | | |
| Bill Payment | 7/27/2023 | 00000441/10 | $8,485.69 |
| Bill | 6/30/2023 | 110942 | ($8,485.69) |
| **Amount Unapplied - Bill Payment #00000441/10 - ALOM Technologies Corp.** | | | **$0.00** |
| **Bill Payment #00000441/11 - ALOM Technologies Corp.** | | | |
| Bill Payment | 7/27/2023 | 00000441/11 | $5,797.26 |
| Bill | 6/30/2023 | 110940 | ($5,797.26) |
| **Amount Unapplied - Bill Payment #00000441/11 - ALOM Technologies Corp.** | | | **$0.00** |
| **Bill Payment #00000441/12 - ALOM Technologies Corp.** | | | |
| Bill Payment | 7/27/2023 | 00000441/12 | $24,156.33 |
| Bill | 6/30/2023 | 110941 | ($24,156.33) |
| **Amount Unapplied - Bill Payment #00000441/12 - ALOM Technologies Corp.** | | | **$0.00** |

| | | | |
|---|---|---|---|
| Bill | 8/26/2023 | INV-199072368 | ($1,795.00) |
| **Amount Unapplied - Bill Payment #00000448/14 - GRIN Technologies, Inc.** | | | **$0.00** |
| **Bill Payment #00000448/15 - Homestead Studio LLC** | | | |
| Bill Payment | 9/7/2023 | 00000448/15 | $7,000.00 |
| Bill | 7/31/2023 | HS-3546 | ($7,000.00) |
| **Amount Unapplied - Bill Payment #00000448/15 - Homestead Studio LLC** | | | **$0.00** |
| **Bill Payment #00000448/16 - Hunter Holthaus** | | | |
| Bill Payment | 9/7/2023 | 00000448/16 | $4,320.00 |
| Bill | 8/24/2023 | MO-02 | ($2,025.00) |
| Bill | 8/24/2023 | MO-03 | ($2,295.00) |
| **Amount Unapplied - Bill Payment #00000448/16 - Hunter Holthaus** | | | **$0.00** |
| **Bill Payment #00000448/17 - Incorporating Services** | | | |
| Bill Payment | 9/7/2023 | 00000448/17 | $120.00 |
| Bill | 7/17/2023 | 114467 | ($120.00) |
| **Amount Unapplied - Bill Payment #00000448/17 - Incorporating Services** | | | **$0.00** |
| **Bill Payment #00000448/18 - Independent Machine Works** | | | |
| Bill Payment | 9/7/2023 | 00000448/18 | $300.00 |
| Bill | 8/4/2023 | IMW-6229 | ($300.00) |
| **Amount Unapplied - Bill Payment #00000448/18 - Independent Machine Works** | | | **$0.00** |
| **Bill Payment #00000448/19 - James R Winston** | | | |
| Bill Payment | 9/7/2023 | 00000448/19 | $10,000.00 |
| Bill | 7/31/2023 | 1008 | ($10,000.00) |
| **Amount Unapplied - Bill Payment #00000448/19 - James R Winston** | | | **$0.00** |
| **Bill Payment #00000448/2 - Amazon Advertising, LLC** | | | |
| Bill Payment | 9/7/2023 | 00000448/2 | $97,058.49 |
| Bill | 7/31/2023 | TRLTK8DQF-108 | ($97,058.49) |
| **Amount Unapplied - Bill Payment #00000448/2 - Amazon Advertising, LLC** | | | **$0.00** |
| **Bill Payment #00000448/20 - KBA Document Solutions, LLC** | | | |
| Bill Payment | 9/7/2023 | 00000448/20 | $89.94 |
| Bill | 8/4/2023 | 55Y1388991 | ($89.94) |
| **Amount Unapplied - Bill Payment #00000448/20 - KBA Document Solutions, LLC** | | | **$0.00** |
| **Bill Payment #00000448/21 - Larrabee Albi Coker LLP** | | | |
| Bill Payment | 9/7/2023 | 00000448/21 | $2,000.00 |
| Bill | 8/4/2023 | 202212 | ($2,000.00) |
| **Amount Unapplied - Bill Payment #00000448/21 - Larrabee Albi Coker LLP** | | | **$0.00** |
| **Bill Payment #00000448/22 - Law Office of Stacy J Grossman** | | | |
| Bill Payment | 9/7/2023 | 00000448/22 | $1,040.17 |
| Bill | 7/31/2023 | 14817 | ($1,040.17) |
| **Amount Unapplied - Bill Payment #00000448/22 - Law Office of Stacy J Grossman** | | | **$0.00** |
| **Bill Payment #00000448/23 - Linkedin** | | | |
| Bill Payment | 9/7/2023 | 00000448/23 | $1,130.88 |
| Bill | 8/3/2023 | 10112033992 | ($1,130.88) |
| **Amount Unapplied - Bill Payment #00000448/23 - Linkedin** | | | **$0.00** |
| **Bill Payment #00000448/24 - Mattio Communications** | | | |
| Bill Payment | 9/7/2023 | 00000448/24 | $8,500.00 |
| Bill | 7/1/2023 | 3680 | ($8,500.00) |
| **Amount Unapplied - Bill Payment #00000448/24 - Mattio Communications** | | | **$0.00** |
| **Bill Payment #00000448/25 - Mcmaster Carr Supply** | | | |
| Bill Payment | 9/7/2023 | 00000448/25 | $2,400.30 |
| Bill | 8/4/2023 | 12124677 | ($401.77) |
| Bill | 8/10/2023 | 12488931 | ($1,998.53) |
| **Amount Unapplied - Bill Payment #00000448/25 - Mcmaster Carr Supply** | | | **$0.00** |
| **Bill Payment #00000448/26 - Meta Platforms, Inc.** | | | |
| Bill Payment | 9/7/2023 | 00000448/26 | $155,162.24 |
| Bill | 7/31/2023 | 25295272 | ($1,795.10) |
| Bill | 7/31/2023 | 25297207 | ($153,367.14) |
| **Amount Unapplied - Bill Payment #00000448/26 - Meta Platforms, Inc.** | | | **$0.00** |
| **Bill Payment #00000448/27 - MNTN Digital, Inc** | | | |
| Bill Payment | 9/7/2023 | 00000448/27 | $50,000.00 |
| Bill | 8/3/2023 | 319989 | ($50,000.00) |
| **Amount Unapplied - Bill Payment #00000448/27 - MNTN Digital, Inc** | | | **$0.00** |
| **Bill Payment #00000448/28 - Ossentjuk & Botti** | | | |
| Bill Payment | 9/7/2023 | 00000448/28 | $1,620.00 |
| Bill | 8/5/2023 | 13495 | ($1,620.00) |
| **Amount Unapplied - Bill Payment #00000448/28 - Ossentjuk & Botti** | | | **$0.00** |
| **Bill Payment #00000448/29 - Raymond Handling Consultants, L.C.** | | | |
| Bill Payment | 9/7/2023 | 00000448/29 | $1,471.25 |
| Bill | 8/3/2023 | RO-023684-5 | ($1,471.25) |
| **Amount Unapplied - Bill Payment #00000448/29 - Raymond Handling Consultants, L.C.** | | | **$0.00** |
| **Bill Payment #00000448/3 - Capgemini America Inc.** | | | |
| Bill | 8/31/2023 | 1990110494500 | $47,600.00 |
| Journal | 9/7/2023 | JE-US-11864 | ($47,600.00) |
| **Amount Unapplied - Bill Payment #00000448/3 - Capgemini America Inc.** | | | **$0.00** |
| **Bill Payment #00000448/30 - Plan Management Corp** | | | |
| Bill Payment | 9/7/2023 | 00000448/30 | $4,698.00 |
| Bill | 8/21/2023 | 11087 | ($4,698.00) |
| **Amount Unapplied - Bill Payment #00000448/30 - Plan Management Corp** | | | **$0.00** |
| **Bill Payment #00000448/31 - Synergy North America, Inc.** | | | |
| Bill Payment | 9/7/2023 | 00000448/31 | $2,361.29 |
| Bill | 8/2/2023 | SFSI0003777 | ($2,361.29) |
| **Amount Unapplied - Bill Payment #00000448/31 - Synergy North America, Inc.** | | | **$0.00** |
| **Bill Payment #00000448/32 - The Bluebird Group LLC** | | | |
| Bill Payment | 9/7/2023 | 00000448/32 | $1,500.00 |
| Bill | 8/8/2023 | 10827 | ($1,500.00) |
| **Amount Unapplied - Bill Payment #00000448/32 - The Bluebird Group LLC** | | | **$0.00** |
| **Bill Payment #00000448/33 - The Quality Edit LLC** | | | |
| Bill Payment | 9/7/2023 | 00000448/33 | $25,000.00 |
| Bill | 7/31/2023 | 2168 | ($25,000.00) |
| **Amount Unapplied - Bill Payment #00000448/33 - The Quality Edit LLC** | | | **$0.00** |
| **Bill Payment #00000448/34 - Thorncrest Coastal LLC** | | | |
| Bill Payment | 9/7/2023 | 00000448/34 | $1,500.00 |
| Bill | 8/4/2023 | 1759 | ($1,500.00) |
| **Amount Unapplied - Bill Payment #00000448/34 - Thorncrest Coastal LLC** | | | **$0.00** |
| **Bill Payment #00000448/35 - TikTok Inc.** | | | |
| Bill Payment | 9/7/2023 | 00000448/35 | $1,295.39 |
| Bill | 7/31/2023 | MUUS20231071214 | ($1,295.39) |
| **Amount Unapplied - Bill Payment #00000448/35 - TikTok Inc.** | | | **$0.00** |
| **Bill Payment #00000448/36 - Toppan Merrill** | | | |
| Bill Payment | 9/7/2023 | 00000448/36 | $8,405.91 |
| Bill | 6/30/2023 | 2641643 | ($8,405.91) |
| **Amount Unapplied - Bill Payment #00000448/36 - Toppan Merrill** | | | **$0.00** |
| **Bill Payment #00000448/37 - Unified Accounting & Tax, LLP** | | | |
| Bill Payment | 9/7/2023 | 00000448/37 | $2,419.20 |
| Bill | 8/15/2023 | 7454 | ($2,419.20) |
| **Amount Unapplied - Bill Payment #00000448/37 - Unified Accounting & Tax, LLP** | | | **$0.00** |
| **Bill Payment #00000448/38 - Yellow Logistics** | | | |

| Type | Date | Num | Amount |
|---|---|---|---|
| **Bill Payment #00000441/13 - Bay Alarm Co.** | | | |
| Bill Payment | 7/27/2023 | 00000441/13 | $493.32 |
| Bill | 7/1/2023 | 20686270 | ($493.32) |
| **Amount Unapplied - Bill Payment #00000441/13 - Bay Alarm Co.** | | | **$0.00** |
| **Bill Payment #00000441/14 - Blue Heaven Technologies LLC** | | | |
| Bill Payment | 7/27/2023 | 00000441/14 | $1,925.00 |
| Bill | 6/26/2023 | 71456 | ($1,925.00) |
| **Amount Unapplied - Bill Payment #00000441/14 - Blue Heaven Technologies LLC** | | | **$0.00** |
| **Bill Payment #00000441/15 - Brandography.com LLC** | | | |
| Bill Payment | 7/27/2023 | 00000441/15 | $5,000.00 |
| Bill | 7/1/2023 | 6708 | ($5,000.00) |
| **Amount Unapplied - Bill Payment #00000441/15 - Brandography.com LLC** | | | **$0.00** |
| **Bill Payment #00000441/16 - Brian T. Jackson** | | | |
| Bill Payment | 7/27/2023 | 00000441/16 | $750.00 |
| Bill | 7/10/2023 | 230708 | ($750.00) |
| **Amount Unapplied - Bill Payment #00000441/16 - Brian T. Jackson** | | | **$0.00** |
| **Bill Payment #00000441/17 - Broadridge ICS** | | | |
| Bill Payment | 7/27/2023 | 00000441/17 | $3,593.16 |
| Bill | 6/8/2023 | 2300N88306 | ($3,593.16) |
| **Amount Unapplied - Bill Payment #00000441/17 - Broadridge ICS** | | | **$0.00** |
| **Bill Payment #00000441/18 - Chem-Materials Inc.** | | | |
| Bill Payment | 7/27/2023 | 00000441/18 | $1,912.80 |
| Bill | 6/26/2023 | 74737 | ($1,912.80) |
| **Amount Unapplied - Bill Payment #00000441/18 - Chem-Materials Inc.** | | | **$0.00** |
| **Bill Payment #00000441/19 - Cigna Health and Life Insurance Company** | | | |
| Bill Payment | 7/27/2023 | 00000441/19 | $1,479.60 |
| Bill | 7/25/2023 | RK_MOL_202307 | ($1,479.60) |
| **Amount Unapplied - Bill Payment #00000441/19 - Cigna Health and Life Insurance Compa...** | | | **$0.00** |
| **Bill Payment #00000441/2 - The Yocca Law Firm LLP** | | | |
| Bill Payment | 7/27/2023 | 00000441/2 | $15,117.22 |
| Bill | 6/7/2023 | 69092 | ($15,117.22) |
| **Amount Unapplied - Bill Payment #00000441/2 - The Yocca Law Firm LLP** | | | **$0.00** |
| **Bill Payment #00000441/20 - Cintas Corporation** | | | |
| Bill Payment | 7/27/2023 | 00000441/20 | $175.38 |
| Bill | 7/20/2023 | 4162227624 | ($175.38) |
| **Amount Unapplied - Bill Payment #00000441/20 - Cintas Corporation** | | | **$0.00** |
| **Bill Payment #00000441/21 - Cintas Corporation** | | | |
| Bill Payment | 7/27/2023 | 00000441/21 | $123.05 |
| Bill | 7/1/2023 | 9229918037 | ($123.05) |
| **Amount Unapplied - Bill Payment #00000441/21 - Cintas Corporation** | | | **$0.00** |
| **Bill Payment #00000441/22 - Cintas Corporation** | | | |
| Bill Payment | 7/27/2023 | 00000441/22 | $69.55 |
| Bill | 7/1/2023 | 9229918040 | ($69.55) |
| **Amount Unapplied - Bill Payment #00000441/22 - Cintas Corporation** | | | **$0.00** |
| **Bill Payment #00000441/23 - Cintas Corporation** | | | |
| Bill Payment | 7/27/2023 | 00000441/23 | $116.23 |
| Bill | 7/1/2023 | 9229953506 | ($116.23) |
| **Amount Unapplied - Bill Payment #00000441/23 - Cintas Corporation** | | | **$0.00** |
| **Bill Payment #00000441/24 - Client Partner Mgmt Group LLC** | | | |
| Bill Payment | 7/27/2023 | 00000441/24 | $5,937.75 |
| Bill | 7/23/2023 | 23_16 | ($5,937.75) |
| **Amount Unapplied - Bill Payment #00000441/24 - Client Partner Mgmt Group LLC** | | | **$0.00** |
| **Bill Payment #00000441/25 - Columbus Industries Texas LLP** | | | |
| Bill Payment | 7/27/2023 | 00000441/25 | $16,675.20 |
| Bill | 5/25/2023 | 1342846 RI | ($16,675.20) |
| **Amount Unapplied - Bill Payment #00000441/25 - Columbus Industries Texas LLP** | | | **$0.00** |
| **Bill Payment #00000441/26 - Columbus Industries Texas LLP** | | | |
| Bill Payment | 7/27/2023 | 00000441/26 | $9,298.80 |
| Bill | 5/26/2023 | 1342980 RI | ($9,298.80) |
| **Amount Unapplied - Bill Payment #00000441/26 - Columbus Industries Texas LLP** | | | **$0.00** |
| **Bill Payment #00000441/27 - Columbus Industries Texas LLP** | | | |
| Bill Payment | 7/27/2023 | 00000441/27 | $16,470.00 |
| Bill | 5/26/2023 | 1343040 RI | ($16,470.00) |
| **Amount Unapplied - Bill Payment #00000441/27 - Columbus Industries Texas LLP** | | | **$0.00** |
| **Bill Payment #00000441/28 - Columbus Industries Texas LLP** | | | |
| Bill Payment | 7/27/2023 | 00000441/28 | $16,675.20 |
| Bill | 5/26/2023 | 1343041 RI | ($16,675.20) |
| **Amount Unapplied - Bill Payment #00000441/28 - Columbus Industries Texas LLP** | | | **$0.00** |
| **Bill Payment #00000441/29 - Columbus Industries Texas LLP** | | | |
| Bill Payment | 7/27/2023 | 00000441/29 | $30,221.10 |
| Bill | 5/26/2023 | 1343042 RI | ($30,221.10) |
| **Amount Unapplied - Bill Payment #00000441/29 - Columbus Industries Texas LLP** | | | **$0.00** |
| **Bill Payment #00000441/3 - The Quality Edit LLC** | | | |
| Bill Payment | 7/27/2023 | 00000441/3 | $15,000.00 |
| Bill | 7/1/2023 | 2110 | ($15,000.00) |
| **Amount Unapplied - Bill Payment #00000441/3 - The Quality Edit LLC** | | | **$0.00** |
| **Bill Payment #00000441/30 - Columbus Industries Texas LLP** | | | |
| Bill Payment | 7/27/2023 | 00000441/30 | $14,823.00 |
| Bill | 5/25/2023 | 1342871 RI | ($14,823.00) |
| **Amount Unapplied - Bill Payment #00000441/30 - Columbus Industries Texas LLP** | | | **$0.00** |
| **Bill Payment #00000441/31 - CRITEO CORP** | | | |
| Bill Payment | 7/27/2023 | 00000441/31 | $16,513.33 |
| Bill | 6/30/2023 | 13US23061482 | ($16,513.33) |
| **Amount Unapplied - Bill Payment #00000441/31 - CRITEO CORP** | | | **$0.00** |
| **Bill Payment #00000441/32 - EMA Design Automation** | | | |
| Bill Payment | 7/27/2023 | 00000441/32 | $530.00 |
| Bill | 6/30/2023 | 2301849 | ($530.00) |
| **Amount Unapplied - Bill Payment #00000441/32 - EMA Design Automation** | | | **$0.00** |
| **Bill Payment #00000441/33 - Fisher Scientific Co. LLC** | | | |
| Bill Payment | 7/27/2023 | 00000441/33 | $156.14 |
| Bill | 6/29/2023 | 4147827 | ($156.14) |
| **Amount Unapplied - Bill Payment #00000441/33 - Fisher Scientific Co. LLC** | | | **$0.00** |
| **Bill Payment #00000441/34 - Fisher Scientific Co. LLC** | | | |
| Bill Payment | 7/27/2023 | 00000441/34 | $143.12 |
| Bill | 6/29/2023 | 4188467 | ($143.12) |
| **Amount Unapplied - Bill Payment #00000441/34 - Fisher Scientific Co. LLC** | | | **$0.00** |
| **Bill Payment #00000441/35 - gandi.net** | | | |
| Bill Payment | 7/27/2023 | 00000441/35 | $960.56 |
| Bill | 6/24/2023 | 2023063000272 | ($960.56) |
| **Amount Unapplied - Bill Payment #00000441/35 - gandi.net** | | | **$0.00** |
| **Bill Payment #00000441/36 - GRIN Technologies, Inc.** | | | |
| Bill Payment | 7/27/2023 | 00000441/36 | $1,795.00 |
| Bill | 7/26/2023 | INV-199071625 | ($1,795.00) |
| **Amount Unapplied - Bill Payment #00000441/36 - GRIN Technologies, Inc.** | | | **$0.00** |
| **Bill Payment #00000441/37 - Hyman, Phelps & McNamara, P.C.** | | | |
| Bill Payment | 7/27/2023 | 00000441/37 | $2,090.00 |
| Bill | 7/13/2023 | 2055186 | ($2,090.00) |
| Bill Payment | 9/7/2023 | 00000448/38 | $2,200.00 |
| Bill | 8/23/2023 | 0009139 | ($2,200.00) |
| **Amount Unapplied - Bill Payment #00000448/38 - Yellow Logistics** | | | **$0.00** |
| **Bill Payment #00000448/4 - Cigna Health and Life Insurance Company** | | | |
| Bill Payment | 9/7/2023 | 00000448/4 | $1,479.60 |
| Bill | 8/29/2023 | RK_MOL_202308 | ($1,479.60) |
| **Amount Unapplied - Bill Payment #00000448/4 - Cigna Health and Life Insurance Compa...** | | | **$0.00** |
| **Bill Payment #00000448/5 - Cintas Corporation** | | | |
| Bill Payment | 9/7/2023 | 00000448/5 | $1,151.90 |
| Bill | 8/7/2023 | 8406381685 | ($139.10) |
| Bill | 8/7/2023 | 5170050099 | ($103.35) |
| Bill | 8/10/2023 | 4164327970 | ($366.99) |
| Bill | 8/24/2023 | 4165732390 | ($366.99) |
| Bill | 8/30/2023 | 4166234560 | ($175.47) |
| **Amount Unapplied - Bill Payment #00000448/5 - Cintas Corporation** | | | **$0.00** |
| **Bill Payment #00000448/6 - Client Partner Mgmt Group LLC** | | | |
| Bill Payment | 9/7/2023 | 00000448/6 | $5,220.00 |
| Bill | 8/31/2023 | 23_19 | ($5,220.00) |
| **Amount Unapplied - Bill Payment #00000448/6 - Client Partner Mgmt Group LLC** | | | **$0.00** |
| **Bill Payment #00000448/7 - Raymond Cromwell** | | | |
| Bill Payment | 9/7/2023 | 00000448/7 | $2,784.00 |
| Bill | 8/3/2023 | MO 09.01.2023 | ($2,784.00) |
| **Amount Unapplied - Bill Payment #00000448/7 - Raymond Cromwell** | | | **$0.00** |
| **Bill Payment #00000448/8 - Columbus Industries Texas LLP** | | | |
| Bill Payment | 9/7/2023 | 00000448/8 | $67,743.90 |
| Bill | 6/26/2023 | 1346108 RI | ($16,470.00) |
| Bill | 6/26/2023 | 1346109 RI | ($11,116.80) |
| Bill | 6/26/2023 | 1346110 RI | ($11,291.40) |
| Bill | 6/26/2023 | 1346177 RI | ($3,294.00) |
| Bill | 6/26/2023 | 1346178 RI | ($25,571.70) |
| **Amount Unapplied - Bill Payment #00000448/8 - Columbus Industries Texas LLP** | | | **$0.00** |
| **Bill Payment #00000448/9 - Computershare Inc.** | | | |
| Bill Payment | 9/7/2023 | 00000448/9 | $2,292.62 |
| Bill | 8/7/2023 | US_CSSI2539812 | ($2,292.62) |
| **Amount Unapplied - Bill Payment #00000448/9 - Computershare Inc.** | | | **$0.00** |
| **Bill Payment #Wire-202309072695388S - Lojistic LLC** | | | |
| Bill Payment | 9/7/2023 | Wire-202309072695388S | $12,341.94 |
| Bill | 8/21/2023 | PSINV215695 | ($12,341.94) |
| **Amount Unapplied - Bill Payment #Wire-202309072695388S - Lojistic LLC** | | | **$0.00** |
| **Bill Payment #Wire-2023090726953921 - Persistent Systems Limited** | | | |
| Bill Payment | 9/7/2023 | Wire-2023090726953921 | $6,545.00 |
| Bill | 7/31/2023 | 10124270112633 | ($6,545.00) |
| **Amount Unapplied - Bill Payment #Wire-2023090726953921 - Persistent Systems Limited** | | | **$0.00** |
| **Bill Payment #Wire-2023090726953973 - LITE-ON SINGAPORE PTE LTD** | | | |
| Bill Payment | 9/7/2023 | Wire-2023090726953973 | $2,356.25 |
| Bill | 8/29/2023 | 20230829-Aug | ($2,356.25) |
| **Amount Unapplied - Bill Payment #Wire-2023090726953973 - LITE-ON SINGAPORE PTE L** | | | **$0.00** |
| **Bill Payment #Wire-2023090726954266 - HongKong MirDan Technology co. Ltd** | | | |
| Bill Payment | 9/7/2023 | Wire-2023090726954266 | $1,700.00 |
| Bill | 8/2/2023 | M230802-E | ($1,700.00) |
| **Amount Unapplied - Bill Payment #Wire-2023090726954266 - HongKong MirDan Technol** | | | **$0.00** |
| **Bill Payment #28628927 - Transcat Calibration Lab** | | | |
| Bill Payment | 9/11/2023 | | $106.40 |
| Bill | 9/6/2023 | 2032870 | ($106.40) |
| **Amount Unapplied - Bill Payment #28628927 - Transcat Calibration Lab** | | | **$0.00** |
| **Bill Payment #28635217 - Neighborhood Goods, Inc.** | | | |
| Bill Payment | 9/11/2023 | | $6,000.00 |
| Bill | 8/1/2023 | 2324 | ($6,000.00) |
| **Amount Unapplied - Bill Payment #28635217 - Neighborhood Goods, Inc.** | | | **$0.00** |
| **Bill Payment #00000449/1 - Alarm Center, Inc.** | | | |
| Bill Payment | 9/14/2023 | 00000449/1 | $317.79 |
| Bill | 9/1/2023 | 036081 | ($317.79) |
| **Amount Unapplied - Bill Payment #00000449/1 - Alarm Center, Inc.** | | | **$0.00** |
| **Bill Payment #00000449/10 - Columbus Industries Texas LLP** | | | |
| Bill Payment | 9/14/2023 | 00000449/10 | $50,025.60 |
| Bill | 7/10/2023 | 1347487 RI | ($50,025.60) |
| **Amount Unapplied - Bill Payment #00000449/10 - Columbus Industries Texas LLP** | | | **$0.00** |
| **Bill Payment #00000449/11 - FAB** | | | |
| Bill Payment | 9/14/2023 | 00000449/11 | $89,613.12 |
| Bill | 7/19/2023 | 50146442 | ($89,613.12) |
| **Amount Unapplied - Bill Payment #00000449/11 - FAB** | | | **$0.00** |
| **Bill Payment #00000449/12 - Fisher Scientific Co. LLC** | | | |
| Bill Payment | 9/14/2023 | 00000449/12 | $451.37 |
| Bill | 8/15/2023 | 5374479 | ($451.37) |
| **Amount Unapplied - Bill Payment #00000449/12 - Fisher Scientific Co. LLC** | | | **$0.00** |
| **Bill Payment #00000449/13 - Fisher Scientific Co. LLC** | | | |
| Bill Payment | 9/14/2023 | 00000449/13 | $23.37 |
| Bill | 8/14/2023 | 5336693 | ($23.37) |
| **Amount Unapplied - Bill Payment #00000449/13 - Fisher Scientific Co. LLC** | | | **$0.00** |
| **Bill Payment #00000449/14 - Fisher Scientific Co. LLC** | | | |
| Bill Payment | 9/14/2023 | 00000449/14 | $431.38 |
| Bill | 8/11/2023 | 5301510 | ($431.38) |
| **Amount Unapplied - Bill Payment #00000449/14 - Fisher Scientific Co. LLC** | | | **$0.00** |
| **Bill Payment #00000449/15 - Freightquote** | | | |
| Bill Payment | 9/14/2023 | 00000449/15 | $2,500.00 |
| Bill | 8/15/2023 | 6185611186 | ($2,500.00) |
| **Amount Unapplied - Bill Payment #00000449/15 - Freightquote** | | | **$0.00** |
| **Bill Payment #00000449/16 - Hunter Holthaus** | | | |
| Bill Payment | 9/14/2023 | 00000449/16 | $945.00 |
| Bill | 8/31/2023 | MO-04 | ($945.00) |
| **Amount Unapplied - Bill Payment #00000449/16 - Hunter Holthaus** | | | **$0.00** |
| **Bill Payment #00000449/17 - Linkator Group, LLC** | | | |
| Bill Payment | 9/14/2023 | 00000449/17 | $8,667.00 |
| Bill | 9/4/2023 | 4 | ($8,667.00) |
| **Amount Unapplied - Bill Payment #00000449/17 - Linkator Group, LLC** | | | **$0.00** |
| **Bill Payment #00000449/18 - Linkator Group, LLC** | | | |
| Bill Payment | 9/14/2023 | 00000449/18 | $400.58 |
| Bill | 9/1/2023 | 3 | ($400.58) |
| **Amount Unapplied - Bill Payment #00000449/18 - Linkator Group, LLC** | | | **$0.00** |
| **Bill Payment #00000449/19 - Law Office of Stacy J Grossman** | | | |
| Bill Payment | 9/14/2023 | 00000449/19 | $40.00 |
| Bill | 9/1/2023 | 14927 | ($40.00) |
| **Amount Unapplied - Bill Payment #00000449/19 - Law Office of Stacy J Grossman** | | | **$0.00** |
| **Bill Payment #00000449/2 - Baker & Hosteller LLP** | | | |
| Bill Payment | 9/14/2023 | 00000449/2 | $832.00 |
| Bill | 8/7/2023 | 51176640 | ($832.00) |
| **Amount Unapplied - Bill Payment #00000449/2 - Baker & Hosteller LLP** | | | **$0.00** |

| | | | |
|---|---|---|---|
| Amount Unapplied - Bill Payment #00000441/37 - Hyman, Phelps & McNamara, P.C. | | | $0.00 |
| **Bill Payment #00000441/38 - Illuminate Social** | | | |
| Bill Payment | 7/27/2023 | 00000441/38 | $2,500.00 |
| Bill | 6/29/2023 | Proj-4607 | ($2,500.00) |
| Amount Unapplied - Bill Payment #00000441/38 - Illuminate Social | | | $0.00 |
| **Bill Payment #00000441/39 - Intertek Testing Services NA, Inc.** | | | |
| Bill Payment | 7/27/2023 | 00000441/39 | $4,000.00 |
| Bill | 6/30/2023 | 1007364106 | ($4,000.00) |
| Amount Unapplied - Bill Payment #00000441/39 - Intertek Testing Services NA, Inc. | | | $0.00 |
| **Bill Payment #00000441/4 - The Quality Edit LLC** | | | |
| Bill Payment | 7/27/2023 | 00000441/4 | $12,500.00 |
| Bill | 6/30/2023 | 2100 | ($12,500.00) |
| Amount Unapplied - Bill Payment #00000441/4 - The Quality Edit LLC | | | $0.00 |
| **Bill Payment #00000441/40 - KB Commercial Services LLC DBA Office Pride of Lakeland** | | | |
| Bill Payment | 7/27/2023 | 00000441/40 | $1,897.11 |
| Bill | 7/1/2023 | Inv-155949 | ($1,897.11) |
| Amount Unapplied - Bill Payment #00000441/40 - KB Commercial Services LLC DBA Offi | | | $0.00 |
| **Bill Payment #00000441/41 - KBA Document Solutions, LLC** | | | |
| Bill Payment | 7/27/2023 | 00000441/41 | $89.94 |
| Bill | 6/26/2023 | 55Y1379340 | ($89.94) |
| Amount Unapplied - Bill Payment #00000441/41 - KBA Document Solutions, LLC | | | $0.00 |
| **Bill Payment #00000441/42 - Knight Agency, Inc.** | | | |
| Bill Payment | 7/27/2023 | 00000441/42 | $2,231.25 |
| Bill | 7/1/2023 | INV-12075 | ($2,231.25) |
| Amount Unapplied - Bill Payment #00000441/42 - Knight Agency, Inc. | | | $0.00 |
| **Bill Payment #00000441/43 - Linkator Group, LLC** | | | |
| Bill Payment | 7/27/2023 | 00000441/43 | $31,201.00 |
| Bill | 7/14/2023 | 1 | ($31,201.00) |
| Amount Unapplied - Bill Payment #00000441/43 - Linkator Group, LLC | | | $0.00 |
| **Bill Payment #00000441/44 - Longs Peak Digital, LLC** | | | |
| Bill Payment | 7/27/2023 | 00000441/44 | $4,953.79 |
| Bill | 6/30/2023 | MO-LPD0019 | ($4,953.79) |
| Amount Unapplied - Bill Payment #00000441/44 - Longs Peak Digital, LLC | | | $0.00 |
| **Bill Payment #00000441/45 - Mack Molding Company, Inc.** | | | |
| Bill Payment | 7/27/2023 | 00000441/45 | $247,043.44 |
| Bill | 7/1/2023 | 420506 | ($247,043.44) |
| Amount Unapplied - Bill Payment #00000441/45 - Mack Molding Company, Inc. | | | $0.00 |
| **Bill Payment #00000441/46 - Mack Molding Company, Inc.** | | | |
| Bill Payment | 7/27/2023 | 00000441/46 | $672.24 |
| Bill | 6/28/2023 | 420698 | ($672.24) |
| Amount Unapplied - Bill Payment #00000441/46 - Mack Molding Company, Inc. | | | $0.00 |
| **Bill Payment #00000441/47 - Mcmaster Carr Supply** | | | |
| Bill Payment | 7/27/2023 | 00000441/47 | $197.78 |
| Bill | 6/26/2023 | 10067084 | ($197.78) |
| Amount Unapplied - Bill Payment #00000441/47 - Mcmaster Carr Supply | | | $0.00 |
| **Bill Payment #00000441/48 - MNTN Digital, Inc** | | | |
| Bill Payment | 7/27/2023 | 00000441/48 | $50,996.87 |
| Bill | 7/1/2023 | 319417 | ($50,996.87) |
| Amount Unapplied - Bill Payment #00000441/48 - MNTN Digital, Inc | | | $0.00 |
| **Bill Payment #00000441/49 - NexGen IOT Solutions, LLC** | | | |
| Bill Payment | 7/27/2023 | 00000441/49 | $33,360.00 |
| Bill | 6/30/2023 | 1015 | ($33,360.00) |
| Amount Unapplied - Bill Payment #00000441/49 - NexGen IOT Solutions, LLC | | | $0.00 |
| **Bill Payment #00000441/5 - Say Technologies, LLC** | | | |
| Bill Payment | 7/27/2023 | 00000441/5 | $682.37 |
| Bill | 6/21/2023 | 212017637 | ($682.37) |
| Amount Unapplied - Bill Payment #00000441/5 - Say Technologies, LLC | | | $0.00 |
| **Bill Payment #00000441/50 - Packform USA LLC** | | | |
| Bill Payment | 7/27/2023 | 00000441/50 | $1,759.00 |
| Bill | 6/30/2023 | INV-44948 | ($1,759.00) |
| Amount Unapplied - Bill Payment #00000441/50 - Packform USA LLC | | | $0.00 |
| **Bill Payment #00000441/51 - Pepperjam LLC** | | | |
| Bill Payment | 7/27/2023 | 00000441/51 | $17,187.50 |
| Bill | 6/1/2023 | INV-36499 | ($17,187.50) |
| Amount Unapplied - Bill Payment #00000441/51 - Pepperjam LLC | | | $0.00 |
| **Bill Payment #00000441/52 - Raymond Cromwell** | | | |
| Bill Payment | 7/27/2023 | 00000441/52 | $4,437.00 |
| Bill | 7/25/2023 | MO 07.25.2023 | ($4,437.00) |
| Amount Unapplied - Bill Payment #00000441/52 - Raymond Cromwell | | | $0.00 |
| **Bill Payment #00000441/53 - Raymond Handling Consultants, L.C.** | | | |
| Bill Payment | 7/27/2023 | 00000441/53 | $262.05 |
| Bill | 6/23/2023 | WO-1027616 | ($262.05) |
| Amount Unapplied - Bill Payment #00000441/53 - Raymond Handling Consultants, L.C. | | | $0.00 |
| **Bill Payment #00000441/54 - Sigma-Aldrich, Inc.** | | | |
| Bill Payment | 7/27/2023 | 00000441/54 | $442.41 |
| Bill | 6/30/2023 | 560488201 | ($442.41) |
| Amount Unapplied - Bill Payment #00000441/54 - Sigma-Aldrich, Inc. | | | $0.00 |
| **Bill Payment #00000441/55 - Staples Contract & Commercial LLC dba Staples Business Advantage** | | | |
| Bill Payment | 7/27/2023 | 00000441/55 | $290.35 |
| Bill | 6/30/2023 | 8070761039 | ($290.35) |
| Amount Unapplied - Bill Payment #00000441/55 - Staples Contract & Commercial LLC db | | | $0.00 |
| **Bill Payment #00000441/56 - Synergy North America, Inc.** | | | |
| Bill Payment | 7/27/2023 | 00000441/56 | $3,779.84 |
| Bill | 6/12/2023 | SFSI0003653 | ($3,779.84) |
| Amount Unapplied - Bill Payment #00000441/56 - Synergy North America, Inc. | | | $0.00 |
| **Bill Payment #00000441/57 - The Bluebird Group LLC** | | | |
| Bill Payment | 7/27/2023 | 00000441/57 | $1,500.00 |
| Bill | 7/1/2023 | 10984 | ($1,500.00) |
| Amount Unapplied - Bill Payment #00000441/57 - The Bluebird Group LLC | | | $0.00 |
| **Bill Payment #00000441/58 - The Bluebird Group LLC** | | | |
| Bill Payment | 7/27/2023 | 00000441/58 | $1,500.00 |
| Bill | 7/1/2023 | 10986 | ($1,500.00) |
| Amount Unapplied - Bill Payment #00000441/58 - The Bluebird Group LLC | | | $0.00 |
| **Bill Payment #00000441/59 - The Bluebird Group LLC** | | | |
| Bill Payment | 7/27/2023 | 00000441/59 | $1,500.00 |
| Bill | 7/1/2023 | 10982 | ($1,500.00) |
| Amount Unapplied - Bill Payment #00000441/59 - The Bluebird Group LLC | | | $0.00 |
| **Bill Payment #00000441/6 - SheerID, Inc.** | | | |
| Bill Payment | 7/27/2023 | 00000441/6 | $15,000.00 |
| Bill | 6/1/2023 | INV34972 | ($15,000.00) |
| Amount Unapplied - Bill Payment #00000441/6 - SheerID, Inc. | | | $0.00 |
| **Bill Payment #00000441/60 - The Bluebird Group LLC** | | | |
| Bill Payment | 7/27/2023 | 00000441/60 | $1,500.00 |
| Bill | 7/1/2023 | 10983 | ($1,500.00) |
| Amount Unapplied - Bill Payment #00000441/60 - The Bluebird Group LLC | | | $0.00 |
| **Bill Payment #00000441/61 - The Bluebird Group LLC** | | | |
| Bill Payment | 7/27/2023 | 00000441/61 | $1,500.00 |

| | | | |
|---|---|---|---|
| **Bill Payment #00000449/20 - Knight Agency, Inc.** | | | |
| Bill Payment | 9/14/2023 | 00000449/20 | $400.75 |
| Bill | 8/7/2023 | INV-12269 | ($400.75) |
| Amount Unapplied - Bill Payment #00000449/20 - Knight Agency, Inc. | | | $0.00 |
| **Bill Payment #00000449/21 - Mcmaster Carr Supply** | | | |
| Bill Payment | 9/14/2023 | 00000449/21 | $53.83 |
| Bill | 7/24/2023 | 11454175 | ($53.83) |
| Amount Unapplied - Bill Payment #00000449/21 - Mcmaster Carr Supply | | | $0.00 |
| **Bill Payment #00000449/22 - MethodSense Inc** | | | |
| Bill Payment | 9/14/2023 | 00000449/22 | $1,100.00 |
| Bill | 9/1/2023 | 4536 | ($1,100.00) |
| Amount Unapplied - Bill Payment #00000449/22 - MethodSense Inc | | | $0.00 |
| **Bill Payment #00000449/23 - Quiq, Inc.** | | | |
| Bill Payment | 9/14/2023 | 00000449/23 | $391.58 |
| Bill | 9/6/2023 | INV-230367 | ($391.58) |
| Amount Unapplied - Bill Payment #00000449/23 - Quiq, Inc. | | | $0.00 |
| **Bill Payment #00000449/24 - Raymond Handling Consultants, L.C.** | | | |
| Bill Payment | 9/14/2023 | 00000449/24 | $107.00 |
| Bill | 9/1/2023 | WO-1034510 | ($107.00) |
| Amount Unapplied - Bill Payment #00000449/24 - Raymond Handling Consultants, L.C. | | | $0.00 |
| **Bill Payment #00000449/25 - Raymond Handling Consultants, L.C.** | | | |
| Bill Payment | 9/14/2023 | 00000449/25 | $173.60 |
| Bill | 9/1/2023 | I-01T6344-ST | ($173.60) |
| Amount Unapplied - Bill Payment #00000449/25 - Raymond Handling Consultants, L.C. | | | $0.00 |
| **Bill Payment #00000449/26 - RK Strategies, LLC.** | | | |
| Bill Payment | 9/14/2023 | 00000449/26 | $5,950.00 |
| Bill | 8/1/2023 | 1251 | ($5,950.00) |
| Amount Unapplied - Bill Payment #00000449/26 - RK Strategies, LLC. | | | $0.00 |
| **Bill Payment #00000449/27 - Ryan Patch, ESQ** | | | |
| Bill Payment | 9/14/2023 | 00000449/27 | $14,343.75 |
| Bill | 5/29/2023 | 005 - Photon Litigation | ($14,343.75) |
| Journal | 9/14/2023 | JE-US-11945 | ($14,343.75) |
| Amount Unapplied - Bill Payment #00000449/27 - Ryan Patch, ESQ | | | $0.00 |
| **Bill Payment #00000449/28 - Ryan Patch, ESQ** | | | |
| Bill Payment | 9/14/2023 | 00000449/28 | $12,318.75 |
| Bill | 5/29/2023 | 003-Sterilumen Trademark | ($12,318.75) |
| Journal | 9/14/2023 | JE-US-11946 | ($12,318.75) |
| Amount Unapplied - Bill Payment #00000449/28 - Ryan Patch, ESQ | | | $0.00 |
| **Bill Payment #00000449/29 - Sigma-Aldrich, Inc.** | | | |
| Bill Payment | 9/14/2023 | 00000449/29 | $194.78 |
| Bill | 8/11/2023 | 560791961 | ($194.78) |
| Amount Unapplied - Bill Payment #00000449/29 - Sigma-Aldrich, Inc. | | | $0.00 |
| **Bill Payment #00000449/3 - Baker & Hostetler LLP** | | | |
| Bill Payment | 9/14/2023 | 00000449/3 | $4,620.00 |
| Bill | 8/1/2023 | 51154747 | ($4,620.00) |
| Amount Unapplied - Bill Payment #00000449/3 - Baker & Hostetler LLP | | | $0.00 |
| **Bill Payment #00000449/30 - Synergy North America, Inc.** | | | |
| Bill Payment | 9/14/2023 | 00000449/30 | $5,450.00 |
| Bill | 8/1/2023 | SFS10003751 | ($5,450.00) |
| Amount Unapplied - Bill Payment #00000449/30 - Synergy North America, Inc. | | | $0.00 |
| **Bill Payment #00000449/31 - Talend Inc.** | | | |
| Bill Payment | 9/14/2023 | 00000449/31 | $5,000.00 |
| Bill | 8/23/2023 | US19864 | ($5,000.00) |
| Amount Unapplied - Bill Payment #00000449/31 - Talend Inc. | | | $0.00 |
| **Bill Payment #00000449/32 - The Yocca Law Firm LLP** | | | |
| Bill Payment | 9/14/2023 | 00000449/32 | $37.50 |
| Bill | 6/30/2023 | 69116 | ($37.50) |
| Amount Unapplied - Bill Payment #00000449/32 - The Yocca Law Firm LLP | | | $0.00 |
| **Bill Payment #00000449/33 - The Yocca Law Firm LLP** | | | |
| Bill Payment | 9/14/2023 | 00000449/33 | $570.00 |
| Bill | 7/12/2023 | 69117 | ($570.00) |
| Amount Unapplied - Bill Payment #00000449/33 - The Yocca Law Firm LLP | | | $0.00 |
| **Bill Payment #00000449/34 - The Yocca Law Firm LLP** | | | |
| Bill Payment | 9/14/2023 | 00000449/34 | $112.50 |
| Bill | 6/30/2023 | 69115 | ($112.50) |
| Amount Unapplied - Bill Payment #00000449/34 - The Yocca Law Firm LLP | | | $0.00 |
| **Bill Payment #00000449/35 - The Yocca Law Firm LLP** | | | |
| Bill Payment | 9/14/2023 | 00000449/35 | $5,836.17 |
| Bill | 6/30/2023 | 69118 | ($5,836.17) |
| Amount Unapplied - Bill Payment #00000449/35 - The Yocca Law Firm LLP | | | $0.00 |
| **Bill Payment #00000449/36 - The Yocca Law Firm LLP** | | | |
| Bill Payment | 9/14/2023 | 00000449/36 | $5,152.03 |
| Bill | 7/12/2023 | 69080 | ($5,152.03) |
| Amount Unapplied - Bill Payment #00000449/36 - The Yocca Law Firm LLP | | | $0.00 |
| **Bill Payment #00000449/37 - The Yocca Law Firm LLP** | | | |
| Bill Payment | 9/14/2023 | 00000449/37 | $1,152.59 |
| Bill | 7/12/2023 | 69034 | ($1,152.59) |
| Amount Unapplied - Bill Payment #00000449/37 - The Yocca Law Firm LLP | | | $0.00 |
| **Bill Payment #00000449/38 - Unified Accounting & Tax, LLP** | | | |
| Bill Payment | 9/14/2023 | 00000449/38 | $89.95 |
| Bill | 8/15/2023 | 1758 | ($89.95) |
| Amount Unapplied - Bill Payment #00000449/38 - Unified Accounting & Tax, LLP | | | $0.00 |
| **Bill Payment #00000449/39 - Unified Accounting & Tax, LLP** | | | |
| Bill Payment | 9/14/2023 | 00000449/39 | $116.20 |
| Bill | 9/1/2023 | 1782 | ($116.20) |
| Amount Unapplied - Bill Payment #00000449/39 - Unified Accounting & Tax, LLP | | | $0.00 |
| **Bill Payment #00000449/4 - Baker & Hostetler LLP** | | | |
| Bill Payment | 9/14/2023 | 00000449/4 | $12,506.00 |
| Bill | 7/12/2023 | 51166959 | ($12,506.00) |
| Amount Unapplied - Bill Payment #00000449/4 - Baker & Hostetler LLP | | | $0.00 |
| **Bill Payment #00000449/5 - Brian T. Jackson** | | | |
| Bill Payment | 9/14/2023 | 00000449/5 | $1,087.50 |
| Bill | 9/6/2023 | 230906 | ($1,087.50) |
| Amount Unapplied - Bill Payment #00000449/5 - Brian T. Jackson | | | $0.00 |
| **Bill Payment #00000449/6 - C Clean Inc** | | | |
| Bill Payment | 9/14/2023 | 00000449/6 | $1,948.50 |
| Bill | 9/1/2023 | 3472 | ($1,948.50) |
| Amount Unapplied - Bill Payment #00000449/6 - C Clean Inc | | | $0.00 |
| **Bill Payment #00000449/7 - Catherine Poslusny** | | | |
| Bill Payment | 9/14/2023 | 00000449/7 | $1,150.00 |
| Bill | 8/11/2023 | 2023-25 | ($1,150.00) |
| Amount Unapplied - Bill Payment #00000449/7 - Catherine Poslusny | | | $0.00 |
| **Bill Payment #00000449/8 - Cintas Corporation** | | | |
| Bill Payment | 9/14/2023 | 00000449/8 | $150.01 |
| Bill | 8/11/2023 | 8406389340 | ($150.01) |
| Amount Unapplied - Bill Payment #00000449/8 - Cintas Corporation | | | $0.00 |
| **Bill Payment #00000449/9 - Columbus Industries Texas LLP** | | | |

| Type | Date | Num | Amount |
|---|---|---|---|
| Bill | 7/1/2023 | 10985 | ($1,500.00) |
| **Amount Unapplied - Bill Payment - Bill Payment #00000441/61 - The Bluebird Group LLC** | | | **$0.00** |
| **Bill Payment #00000441/62 - Toppan Merrill** | | | |
| Bill Payment | 7/27/2023 | 00000441/62 | $8,220.00 |
| Bill | 6/12/2023 | 2644982 | ($8,220.00) |
| **Amount Unapplied - Bill Payment #00000441/62 - Toppan Merrill** | | | **$0.00** |
| **Bill Payment #00000441/63 - Toppan Merrill** | | | |
| Bill Payment | 7/27/2023 | 00000441/63 | $2,835.00 |
| Bill | 6/8/2023 | 2643370 | ($2,835.00) |
| **Amount Unapplied - Bill Payment #00000441/63 - Toppan Merrill** | | | **$0.00** |
| **Bill Payment #00000441/64 - Uline** | | | |
| Bill Payment | 7/27/2023 | 00000441/64 | $953.21 |
| Bill | 6/27/2023 | 165316103 | ($953.21) |
| **Amount Unapplied - Bill Payment #00000441/64 - Uline** | | | **$0.00** |
| **Bill Payment #00000441/65 - Wrike, Inc.** | | | |
| Bill Payment | 7/27/2023 | 00000441/65 | $16,200.00 |
| Bill | 6/27/2023 | IG034664 | ($16,200.00) |
| **Amount Unapplied - Bill Payment #00000441/65 - Wrike, Inc.** | | | **$0.00** |
| **Bill Payment #00000441/66 - Wursta Corporation** | | | |
| Bill Payment | 7/27/2023 | 00000441/66 | $6,430.42 |
| Bill | 6/30/2023 | 204986 | ($6,430.42) |
| **Amount Unapplied - Bill Payment #00000441/66 - Wursta Corporation** | | | **$0.00** |
| **Bill Payment #00000441/67 - Yellow Logistics** | | | |
| Bill Payment | 7/27/2023 | 00000441/67 | $2,450.00 |
| Bill | 7/10/2023 | TB000263634-01 | ($2,450.00) |
| **Amount Unapplied - Bill Payment #00000441/67 - Yellow Logistics** | | | **$0.00** |
| **Bill Payment #00000441/68 - Yellow Logistics** | | | |
| Bill Payment | 7/27/2023 | 00000441/68 | $2,450.00 |
| Bill | 7/10/2023 | TB000262046-01 | ($2,450.00) |
| **Amount Unapplied - Bill Payment #00000441/68 - Yellow Logistics** | | | **$0.00** |
| **Bill Payment #00000441/69 - Zendesk, Inc.** | | | |
| Bill Payment | 7/27/2023 | 00000441/69 | $5,000.00 |
| Bill | 6/21/2023 | INV10030644 | ($5,000.00) |
| **Amount Unapplied - Bill Payment #00000441/69 - Zendesk, Inc.** | | | **$0.00** |
| **Bill Payment #00000441/7 - 8x8 Inc** | | | |
| Bill Payment | 7/27/2023 | 00000441/7 | $40.63 |
| Bill | 6/30/2023 | 3919302 | ($40.63) |
| **Amount Unapplied - Bill Payment #00000441/7 - 8x8 Inc** | | | **$0.00** |
| **Bill Payment #00000441/70 - Yellow Logistics** | | | |
| Bill Payment | 7/27/2023 | 00000441/70 | $2,400.00 |
| Bill | 7/11/2023 | 0004057 | ($2,400.00) |
| **Amount Unapplied - Bill Payment #00000441/70 - Yellow Logistics** | | | **$0.00** |
| **Bill Payment #00000441/71 - Commerce Technologies, LLC DBA CommerceHub** | | | |
| Bill Payment | 7/27/2023 | 00000441/71 | $70.00 |
| Bill | 6/30/2023 | 2210965 | ($70.00) |
| **Amount Unapplied - Bill Payment #00000441/71 - Commerce Technologies, LLC DBA Cor** | | | **$0.00** |
| **Bill Payment #00000441/8 - ALOM Technologies Corp.** | | | |
| Bill Payment | 7/27/2023 | 00000441/8 | $21,697.50 |
| Bill | 6/30/2023 | 110798 | ($21,697.50) |
| **Amount Unapplied - Bill Payment #00000441/8 - ALOM Technologies Corp.** | | | **$0.00** |
| **Bill Payment #00000441/9 - ALOM Technologies Corp.** | | | |
| Bill Payment | 7/27/2023 | 00000441/9 | $262,563.49 |
| Bill | 6/30/2023 | 110938 | ($262,563.49) |
| **Amount Unapplied - Bill Payment #00000441/9 - ALOM Technologies Corp.** | | | **$0.00** |
| **Bill Payment #Wire-202307272759107 - Dandelion Inc.** | | | |
| Bill Payment | 7/27/2023 | Wire-202307272759107 | $135,390.30 |
| Bill | 7/1/2023 | INV-5962 | ($135,390.30) |
| **Amount Unapplied - Bill Payment #Wire-202307272759107 - Dandelion Inc.** | | | **$0.00** |
| **Bill Payment #Wire-202307272759331 - Inventec Appliances Corporation** | | | |
| Bill Payment | 7/27/2023 | Wire-202307272759331 | $2,553.30 |
| Bill | 6/1/2023 | 83033849 | ($2,203.30) |
| Bill | 6/1/2023 | 83033863 | ($350.00) |
| **Amount Unapplied - Bill Payment #Wire-202307272759331 - Inventec Appliances Corpor** | | | **$0.00** |
| **Bill Payment #Wire-202307272759413 - Jasmeet Singh** | | | |
| Bill Payment | 7/27/2023 | Wire-202307272759413 | $370.08 |
| Bill | 6/26/2023 | JA1012 | ($370.08) |
| **Amount Unapplied - Bill Payment #Wire-202307272759413 - Jasmeet Singh** | | | **$0.00** |
| **Bill Payment #Wire-202307272759484 - Lauren McCauly Patch** | | | |
| Bill Payment | 7/27/2023 | Wire-202307272759484 | $1,387.50 |
| Bill | 6/30/2023 | 0005 | ($300.00) |
| Bill | 6/30/2023 | 0006 | ($1,087.50) |
| **Amount Unapplied - Bill Payment #Wire-202307272759484 - Lauren McCauly Patch** | | | **$0.00** |
| **Bill Payment #Wire-202307272759603 - Mediant Communications Inc.** | | | |
| Bill Payment | 7/27/2023 | Wire-202307272759603 | $287.58 |
| Bill | 7/1/2023 | BPX22120507 | ($132.83) |
| Bill | 7/1/2023 | BPX23060908 | ($154.75) |
| **Amount Unapplied - Bill Payment #Wire-202307272759603 - Mediant Communications In** | | | **$0.00** |
| **Bill Payment #Wire-202307272759612 - Lojistic LLC** | | | |
| Bill Payment | 7/27/2023 | Wire-202307272759612 | $44,840.22 |
| Bill | 7/26/2023 | P202329 | ($44,840.22) |
| **Amount Unapplied - Bill Payment #Wire-202307272759612 - Lojistic LLC** | | | **$0.00** |
| **Bill Payment #Wire-202307282769808 - Theodore Sage Davis** | | | |
| Bill Payment | 7/28/2023 | Wire-202307282769808 | $792.00 |
| Journal | 7/29/2023 | 7 | ($792.00) |
| Journal | 7/29/2023 | JE-US-11627 | |
| **Amount Unapplied - Bill Payment #Wire-202307282769808 - Theodore Sage Davis** | | | **$0.00** |
| **Bill Credit #2023-0810 - InkHouse, LLC** | | | |
| Bill Credit | 7/31/2023 | 2023-0810 | $20,000.00 |
| Bill | 6/12/2023 | 2023-0529 | ($20,000.00) |
| **Amount Unapplied - Bill Credit #2023-0810 - InkHouse, LLC** | | | **$0.00** |
| **Bill Credit #93168 - Phoenix Contract Manufacturing, Inc.** | | | |
| Bill Credit | 7/31/2023 | 93168 | $3,230.00 |
| Bill | 7/27/2023 | 93168 | ($3,230.00) |
| **Amount Unapplied - Bill Credit #93168 - Phoenix Contract Manufacturing, Inc.** | | | **$0.00** |
| **Bill Credit #CM-6091 - Dandelion Inc.** | | | |
| Bill Credit | 7/31/2023 | CM-6091 | $4,785.78 |
| Bill | 7/27/2023 | INV-6053 | ($4,000.00) |
| **Amount Unapplied - Bill Credit #CM-6091 - Dandelion Inc.** | | | **$785.78** |
| **Bill Credit #INV01846286 - Intralinks, Inc.** | | | |
| Bill Credit | 7/31/2023 | INV01846286 | $7,166.00 |
| Bill | 1/16/2023 | INV01817099 | ($7,166.00) |
| **Amount Unapplied - Bill Credit #INV01846286 - Intralinks, Inc.** | | | **$0.00** |
| **Bill Credit #INV01846287 - Intralinks, Inc.** | | | |
| Bill Credit | 7/31/2023 | INV01846287 | $7,166.00 |
| Bill | 2/16/2023 | INV01846286 | ($7,166.00) |
| **Amount Unapplied - Bill Credit #INV01846287 - Intralinks, Inc.** | | | **$0.00** |
| **Bill Payment #Wire-2023073126773092 - Theodore Sage Davis** | | | |
| Bill Payment | 9/14/2023 | 00000449/9 | $49,410.00 |
| Bill | 7/10/2023 | 1347486 RI | ($49,410.00) |
| **Amount Unapplied - Bill Payment #00000449/9 - Columbus Industries Texas LLP** | | | **$0.00** |
| **Bill Payment #EFT-as5elkwf - KlientBoost Performance, LLC** | | | |
| Bill Payment | 9/14/2023 | EFT-as5elkwf | $7,000.00 |
| Bill | 8/28/2023 | 10857 | ($7,000.00) |
| **Amount Unapplied - Bill Payment #EFT-as5elkwf - KlientBoost Performance, LLC** | | | **$0.00** |
| **Bill Payment #Wire-2023091426984072 - CA Distributing LLC** | | | |
| Bill Payment | 9/14/2023 | Wire-2023091426984072 | $47,077.25 |
| Bill | 8/24/2023 | 40200 | ($47,077.25) |
| **Amount Unapplied - Bill Payment #Wire-2023091426984072 - CA Distributing LLC** | | | **$0.00** |
| **Bill Payment #Wire-2023091426985808 - Amazon Advertising, LLC** | | | |
| Bill Payment | 9/14/2023 | Wire-2023091426985808 | $159,866.64 |
| Bill | 8/3/2023 | 7HDA23017627 | ($62,580.46) |
| Bill | 8/3/2023 | 7HDA23017770 | ($71,658.28) |
| Bill | 8/3/2023 | 7HDA23018025 | ($25,627.90) |
| **Amount Unapplied - Bill Payment #Wire-2023091426985808 - Amazon Advertising, LLC** | | | **$0.00** |
| **Bill Payment #Wire-2023091426985865 - Lojistic LLC** | | | |
| Bill Payment | 9/14/2023 | Wire-2023091426985865 | $89,477.97 |
| Bill | 8/23/2023 | P202334 | ($43,527.84) |
| Bill | 9/6/2023 | P202335 | ($45,950.13) |
| **Amount Unapplied - Bill Payment #Wire-2023091426985865 - Lojistic LLC** | | | **$0.00** |
| **Bill Payment #Wire-2023091426985928 - ARE Labs, Inc.** | | | |
| Bill Payment | 9/14/2023 | Wire-2023091426985928 | $7,740.00 |
| Bill | 7/28/2023 | 10814.220.1 | ($7,740.00) |
| **Amount Unapplied - Bill Payment #Wire-2023091426985928 - ARE Labs, Inc.** | | | **$0.00** |
| **Bill Payment #Wire-2023091426986003 - Inventec Appliances Corporation** | | | |
| Bill Payment | 9/14/2023 | Wire-2023091426986003 | $1,155.00 |
| Bill | 7/17/2023 | 83034038 | ($1,155.00) |
| **Amount Unapplied - Bill Payment #Wire-2023091426986003 - Inventec Appliances Corpor** | | | **$0.00** |
| **Bill Payment #Wire-2023091426986021 - Lite-On Technology Corp.** | | | |
| Bill Payment | 9/14/2023 | Wire-2023091426986021 | $2,658.33 |
| Bill | 8/21/2023 | DG-20230823 | ($2,658.33) |
| **Amount Unapplied - Bill Payment #Wire-2023091426986021 - Lite-On Technology Corp.** | | | **$0.00** |
| **Bill Payment #Wire-2023091426986065 - LITE-ON SINGAPORE PTE LTD** | | | |
| Bill Payment | 9/14/2023 | Wire-2023091426986065 | $2,356.25 |
| Bill | 9/1/2023 | 20230829-Sep | ($2,356.25) |
| **Amount Unapplied - Bill Payment #Wire-2023091426986065 - LITE-ON SINGAPORE PTE L** | | | **$0.00** |
| **Bill Payment #Wire-2023091426986247 - Lauren McCauly Patch** | | | |
| Bill Payment | 9/14/2023 | Wire-2023091426986247 | $1,050.00 |
| Bill | 8/1/2023 | 0007 | ($1,050.00) |
| **Amount Unapplied - Bill Payment #Wire-2023091426986247 - Lauren McCauly Patch** | | | **$0.00** |
| **Currency Revaluation #CRV-US-0207 -** | | | |
| Currency Revaluat | 9/15/2023 | CRV-US-0207 | $8.60 |
| Bill | 8/3/2023 | BZ154B3YC-54 | ($8.60) |
| **Amount Unapplied - Currency Revaluation #CRV-US-0207 -** | | | **$0.00** |
| **Bill Payment #Wire-2023091526992663 - Amazon Advertising Canada** | | | |
| Bill Payment | 9/15/2023 | Wire-2023091526992663 | $449.23 |
| Bill | 6/30/2023 | BZ154B3YC-54 | ($449.23) |
| **Amount Unapplied - Bill Payment #Wire-2023091526992663 - Amazon Advertising Canada** | | | **$0.00** |
| **Bill Payment #28693859 - Bazaarvoice, Inc.** | | | |
| Bill Payment | 9/15/2023 | | $1,500.00 |
| Bill | 8/21/2023 | 144342 | ($1,500.00) |
| **Amount Unapplied - Bill Payment #28693859 - Bazaarvoice, Inc.** | | | **$0.00** |
| **Bill Payment #Wire-2023092027010421 - Ryan Patch, ESQ** | | | |
| Bill Payment | 9/15/2023 | Wire-2023092027010421 | $26,662.50 |
| Bill | 5/29/2023 | 003-Sterilumen Trademark | ($12,318.75) |
| Bill | 5/29/2023 | 005 - Photon Litigation | ($14,343.75) |
| **Amount Unapplied - Bill Payment #Wire-2023092027010421 - Ryan Patch, ESQ** | | | **$0.00** |
| **Bill Payment #00000450/1 - Brandography.com LLC** | | | |
| Bill Payment | 9/21/2023 | 00000450/1 | $5,168.93 |
| Bill | 9/2/2023 | 6998 | ($5,168.93) |
| **Amount Unapplied - Bill Payment #00000450/1 - Brandography.com LLC** | | | **$0.00** |
| **Bill Payment #00000450/10 - Lirik Inc** | | | |
| Bill Payment | 9/21/2023 | 00000450/10 | $12,800.00 |
| Bill | 8/1/2023 | 6535 | ($12,800.00) |
| **Amount Unapplied - Bill Payment #00000450/10 - Lirik Inc** | | | **$0.00** |
| **Bill Payment #00000450/11 - Mack Molding Company, Inc.** | | | |
| Bill Payment | 9/21/2023 | 00000450/11 | $264.80 |
| Bill | 8/23/2023 | 423056 | ($264.80) |
| **Amount Unapplied - Bill Payment #00000450/11 - Mack Molding Company, Inc.** | | | **$0.00** |
| **Bill Payment #00000450/12 - Oracle** | | | |
| Bill Payment | 9/21/2023 | 00000450/12 | $92,019.05 |
| Bill | 7/31/2023 | 1656301 | ($92,019.05) |
| **Amount Unapplied - Bill Payment #00000450/12 - Oracle** | | | **$0.00** |
| **Bill Payment #00000450/13 - TELUS International (US) Corp.** | | | |
| Bill Payment | 9/21/2023 | 00000450/13 | $45,831.64 |
| Bill | 8/8/2023 | CUSTINV- 351- USOP-2023-001015 | ($45,831.64) |
| **Amount Unapplied - Bill Payment #00000450/13 - TELUS International (US) Corp.** | | | **$0.00** |
| **Bill Payment #00000450/14 - The Quality Edit LLC** | | | |
| Bill Payment | 9/21/2023 | 00000450/14 | $12,239.74 |
| Bill | 8/31/2023 | 2194 | ($12,239.74) |
| **Amount Unapplied - Bill Payment #00000450/14 - The Quality Edit LLC** | | | **$0.00** |
| **Bill Payment #00000450/15 - Zendesk, Inc.** | | | |
| Bill Payment | 9/21/2023 | 00000450/15 | $27,630.00 |
| Bill | 6/12/2023 | INV09998562 | ($27,630.00) |
| **Amount Unapplied - Bill Payment #00000450/15 - Zendesk, Inc.** | | | **$0.00** |
| **Bill Payment #00000450/16 - Canteen Refreshment Services dba A Div of Canteen** | | | |
| Bill Payment | 9/21/2023 | 00000450/16 | $477.64 |
| Bill | 8/30/2023 | LAK6348 | ($477.64) |
| **Amount Unapplied - Bill Payment #00000450/16 - Canteen Refreshment Services dba A D** | | | **$0.00** |
| **Bill Payment #00000450/17 - Raymond Handling Consultants, L.C.** | | | |
| Bill Payment | 9/21/2023 | 00000450/17 | $2,942.50 |
| Bill | 9/1/2023 | RO-023684-1 | ($2,942.50) |
| **Amount Unapplied - Bill Payment #00000450/17 - Raymond Handling Consultants, L.C.** | | | **$0.00** |
| **Bill Payment #00000450/18 - Sigma-Aldrich, Inc.** | | | |
| Bill Payment | 9/21/2023 | 00000450/18 | $258.95 |
| Bill | 8/15/2023 | 560808717 | ($258.95) |
| **Amount Unapplied - Bill Payment #00000450/18 - Sigma-Aldrich, Inc.** | | | **$0.00** |
| **Bill Payment #00000450/2 - Cintas Corporation** | | | |
| Bill Payment | 9/21/2023 | 00000450/2 | $175.47 |
| Bill | 8/17/2023 | 4165028932 | ($175.47) |
| **Amount Unapplied - Bill Payment #00000450/2 - Cintas Corporation** | | | **$0.00** |
| **Bill Payment #00000450/3 - Columbus Industries Texas LLP** | | | |
| Bill Payment | 9/21/2023 | 00000450/3 | $25,571.70 |
| Bill | 7/10/2023 | 1347488 RI | ($25,571.70) |
| **Amount Unapplied - Bill Payment #00000450/3 - Columbus Industries Texas LLP** | | | **$0.00** |

| | | | |
|---|---|---|---|
| Bill Payment | 8/1/2023 | Wire-2023073126773092 | $792.00 |
| Bill | 6/27/2023 | 7 | ($792.00) |
| **Amount Unapplied - Bill Payment #Wire-2023073126773092 - Theodore Sage Davis** | | | **$0.00** |
| **Bill Payment #00000442/1 - 4000 North Combee Road, LLC** | | | |
| Bill Payment | 8/3/2023 | 00000442/1 | $37,832.28 |
| Bill | 8/1/2023 | Aug'23 Rent / 4000 N COMBEE ROAD | ($37,832.28) |
| **Amount Unapplied - Bill Payment #00000442/1 - 4000 North Combee Road, LLC** | | | **$0.00** |
| **Bill Payment #00000442/10 - Gardens Bio Science Partners LLC** | | | |
| Bill Payment | 8/3/2023 | 00000442/10 | $1,137.56 |
| Bill | 8/1/2023 | AERO - 062023FPL | ($1,137.56) |
| **Amount Unapplied - Bill Payment #00000442/10 - Gardens Bio Science Partners LLC** | | | **$0.00** |
| **Bill Payment #00000442/11 - KB Commercial Services LLC DBA Office Pride of Lakeland** | | | |
| Bill Payment | 8/3/2023 | 00000442/11 | $1,897.11 |
| Bill | 8/1/2023 | Inv-160915 | ($1,897.11) |
| **Amount Unapplied - Bill Payment #00000442/11 - KB Commercial Services LLC DBA Offic** | | | **$0.00** |
| **Bill Payment #00000442/12 - Knights of Security** | | | |
| Bill Payment | 8/3/2023 | 00000442/12 | $7,000.00 |
| Bill | 8/1/2023 | 054 | ($7,000.00) |
| **Amount Unapplied - Bill Payment #00000442/12 - Knights of Security** | | | **$0.00** |
| **Bill Payment #00000442/13 - Linkedin** | | | |
| Bill Payment | 8/3/2023 | 00000442/13 | $996.84 |
| Bill | 7/1/2023 | 10111942117 | ($996.84) |
| **Amount Unapplied - Bill Payment #00000442/13 - Linkedin** | | | **$0.00** |
| **Bill Payment #00000442/14 - Luis Lopez** | | | |
| Bill Payment | 8/3/2023 | 00000442/14 | $300.00 |
| Bill | 7/11/2023 | 1 | ($300.00) |
| **Amount Unapplied - Bill Payment #00000442/14 - Luis Lopez** | | | **$0.00** |
| **Bill Payment #00000442/15 - Mary Frances Pierson Brizz** | | | |
| Bill Payment | 8/3/2023 | 00000442/15 | $1,200.00 |
| Bill | 7/18/2023 | 948 | ($1,200.00) |
| **Amount Unapplied - Bill Payment #00000442/15 - Mary Frances Pierson Brizz** | | | **$0.00** |
| **Bill Payment #00000442/16 - Mcmaster Carr Supply** | | | |
| Bill Payment | 8/3/2023 | 00000442/16 | $155.93 |
| Bill | 7/5/2023 | 10475400 | ($155.93) |
| **Amount Unapplied - Bill Payment #00000442/16 - Mcmaster Carr Supply** | | | **$0.00** |
| **Bill Payment #00000442/17 - Meta Platforms, Inc.** | | | |
| Bill Payment | 8/3/2023 | 00000442/17 | $154,481.31 |
| Bill | 6/30/2023 | 25256700 | ($154,481.31) |
| **Amount Unapplied - Bill Payment #00000442/17 - Meta Platforms, Inc.** | | | **$0.00** |
| **Bill Payment #00000442/18 - Meta Platforms, Inc.** | | | |
| Bill Payment | 8/3/2023 | 00000442/18 | $2,645.73 |
| Bill | 6/30/2023 | 25255956 | ($2,645.73) |
| **Amount Unapplied - Bill Payment #00000442/18 - Meta Platforms, Inc.** | | | **$0.00** |
| **Bill Payment #00000442/19 - Nicholas DeAngelis** | | | |
| Bill Payment | 8/3/2023 | 00000442/19 | $5,250.00 |
| Bill | 7/2/2023 | March thru June '23 | ($5,250.00) |
| **Amount Unapplied - Bill Payment #00000442/19 - Nicholas DeAngelis** | | | **$0.00** |
| **Bill Payment #00000442/2 - 4000 North Combee Road, LLC** | | | |
| Bill Payment | 8/3/2023 | 00000442/2 | $10,316.12 |
| Bill | 8/1/2023 | Aug '23 Rent 4040 N Combee-Rent | ($10,316.12) |
| **Bill Payment #00000450/4 - Columbus Industries Texas LLP** | | | |
| Bill Payment | 9/21/2023 | 00000450/4 | $26,632.80 |
| Bill | 7/10/2023 | 1347489 RI | ($26,632.80) |
| **Amount Unapplied - Bill Payment #00000450/4 - Columbus Industries Texas LLP** | | | **$0.00** |
| **Bill Payment #00000450/5 - Columbus Industries Texas LLP** | | | |
| Bill Payment | 9/21/2023 | 00000450/5 | $4,649.40 |
| Bill | 7/10/2023 | 1347543 RI | ($4,649.40) |
| **Amount Unapplied - Bill Payment #00000450/5 - Columbus Industries Texas LLP** | | | **$0.00** |
| **Bill Payment #00000450/6 - Columbus Industries Texas LLP** | | | |
| Bill Payment | 9/21/2023 | 00000450/6 | $798.84 |
| Bill | 7/10/2023 | 1347540 RI | ($798.84) |
| **Amount Unapplied - Bill Payment #00000450/6 - Columbus Industries Texas LLP** | | | **$0.00** |
| **Bill Payment #00000450/7 - Columbus Industries Texas LLP** | | | |
| Bill Payment | 9/21/2023 | 00000450/7 | $2,759.15 |
| Bill | 7/6/2023 | 1347172 RI | ($2,759.15) |
| **Amount Unapplied - Bill Payment #00000450/7 - Columbus Industries Texas LLP** | | | **$0.00** |
| **Bill Payment #00000450/8 - Fisher Scientific Co. LLC** | | | |
| Bill Payment | 9/21/2023 | 00000450/8 | $35.67 |
| Bill | 8/21/2023 | 5524066 | ($35.67) |
| **Amount Unapplied - Bill Payment #00000450/8 - Fisher Scientific Co. LLC** | | | **$0.00** |
| **Bill Payment #00000450/9 - Handy Spark Co LLC** | | | |
| Bill Payment | 9/21/2023 | 00000450/9 | $3,776.00 |
| Bill | 9/11/2023 | 654 | ($3,776.00) |
| **Amount Unapplied - Bill Payment #00000450/9 - Handy Spark Co LLC** | | | **$0.00** |
| **Bill Payment #Wire-202309127014431 - Inventec Appliances Corporation** | | | |
| Bill Payment | 9/21/2023 | Wire-202309127014431 | $32,760.00 |
| Bill | 7/21/2023 | 83034039 | ($32,760.00) |
| **Amount Unapplied - Bill Payment #Wire-202309127014431 - Inventec Appliances Corpor** | | | **$0.00** |
| **Bill Payment #28775269 - Lojistic LLC** | | | |
| Bill Payment | 9/21/2023 | | $42,788.12 |
| Bill | 9/13/2023 | P202336 | ($42,788.12) |
| **Amount Unapplied - Bill Payment #28775269 - Lojistic LLC** | | | **$0.00** |
| **Bill Payment #28776784 - Grainger** | | | |
| Bill Payment | 9/21/2023 | | $106.10 |
| Bill | 7/13/2023 | 9769471286 | ($106.10) |
| **Amount Unapplied - Bill Payment #28776784 - Grainger** | | | **$0.00** |
| **Bill Payment #28775776 - Uline** | | | |
| Bill Payment | 9/21/2023 | | $2,864.47 |
| Bill | 8/7/2023 | 166857726 | ($925.91) |
| Bill | 8/17/2023 | 167336463 | ($1,253.41) |
| Bill | 8/21/2023 | 167477761 | ($685.15) |
| **Amount Unapplied - Bill Payment #28775776 - Uline** | | | **$0.00** |
| **Bill Payment #Wire-202309227021079 - Linkator Group, LLC** | | | |
| Bill Payment | 9/22/2023 | Wire-202309227021079 | $8,667.00 |
| Bill | 9/11/2023 | 5 | ($8,667.00) |
| **Amount Unapplied - Bill Payment #Wire-202309227021079 - Linkator Group, LLC** | | | **$0.00** |
| **Bill Payment #28830044 - Uline** | | | |
| Bill Payment | 9/25/2023 | | $1,910.55 |
| Bill | 8/21/2023 | 167477992 | ($1,910.55) |
| **Amount Unapplied - Bill Payment #28830044 - Uline** | | | **$0.00** |
| **Bill Payment #28843241 - ThinkLite** | | | |
| Bill Payment | 9/26/2023 | | $500.00 |
| Bill | 9/9/2023 | 75932 | ($500.00) |
| **Amount Unapplied - Bill Payment #28843241 - ThinkLite** | | | **$0.00** |
| **Amount Unapplied** | | | **$785.78** |

## United States Bankruptcy Court
### Southern District of Florida

In re   **Molekule, Inc.**

Debtor(s)

Case No.

Chapter  **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Molekule Group, Inc.**<br>**10455 Riverside Drive, Suite 100**<br>**Palm Beach Gardens, FL 33410** | | | **100%** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Financial Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **October 3, 2023**

Signature  **/s/ Ryan Tyler**

**Ryan Tyler**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Southern District of Florida

In re    **Molekule, Inc.**                                                    Case No.
                                              Debtor(s)         Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Financial Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **October  3, 2023**                    **/s/ Ryan Tyler**
                                    **Ryan Tyler/Chief Financial Officer**
                                    Signer/Title

140 Partners, LP
c/o Darin T. Judd, Esq.
Thompson Welch Soroko & Gilbert, LLP
3950 Civic Center Dr, Suite 300
San Rafael, CA 94903


2231192 Ontario Inc.
99 Alcorn Dr
Lindsay ON K9V0M8


3CG DimeTyd, LLC
16192 Coastal Hwy
Lewes, DE 19958


4000 North Combee Road, LLC
41 Lake Morton Drive
Lakeland, FL 33801


8x8, Inc
2125 O'nel Dr
San Jose, CA 95131


Acevedo, Christian
1501 Shepherd Rd
Apt # 55
Lakeland, FL 33811


ADO Professional Solutions
LHH Recruitment
4800 Deerwood Campus Pkwy
Building 800
Jacksonville, FL 32246


Afterpay US, Inc.
Afterpay US Services, LLC
Attn: Legal
760 Market St, Floor 2 Unit 2.03
San Francisco, CA 94102


Airgas USA, LLC
6601 East 14th Ave
Tampa, FL 33619-2913


Alarm Center, Inc.
PO Box 6281
Lakeland, FL 33807

ALOM Technologies Corp
ALOM - Fremont
44660 Osgood Rd
Fremont, CA 94539


Alrich, Inc.
130 Erick Street
Crystal Lake, IL 60014


Alsova, Irina
57 4th St
Apt. 3
Ashland, OR 97520


Amazon Advertising Canada, Inc
120 Bremner Blvd
26th Floor
Toronto, ON M5J 0A8


Amazon Advertising, LLC
P.O. Box 81207
Seattle, WA 98108-1207


American Express Merchant Marketing
Attn: Department 87
PO Box 299051
Fort Lauderdale, FL 33329


ARE Labs, Inc.
15320 S. Cornice Street
Olathe, KS 66062


Arevalo, Barbara M.
4870 St. James Ct
Winter Haven, FL 33881


Arroyo Process Equipment, Inc
1550 Centennial Blvd
Bartow, FL 33830


Association of Home Appliance Manufactur
1111 19th St NW
Suite 402
Washington, DC 20036

Attanayake, Supun
14612 North 43rd St
Apt 39
Tampa, FL 33613


Atterman, Melanie R.
8921 Alana Cove
Cordova, TN 38016


Auprey, Shannon M.
108 Locustberry Ln
101
Jupiter, FL 33458


Aura Smart Air, Inc
1007 Orange St
10th Floor
Wilmington, DE 19801


Avalara
PO Box 3213
Carol Stream, IL 60132-3213


Avalara Inc.
255 S. King St #1800
Seattle, WA 98104


AVASK Accounting
2570 North First Street, Suite 500
San Jose, CA 95131


Azhar M. Zuberi
13510 Sagewood Drive
Poway, CA 92064


Baker & Hostetler, LLP
Key Tower
127 Public Sq
Suite 2000
Cleveland, OH 44114-1214


Barkley, Austin D.
211 Southeast 52nd Ct
Ocala, FL 34471

Based on a Budget, LLC
1000 Lake Street, Unit D
Venice, CA 90291


Bay Alarm Co.
Suite #102 Peninsula Branch
510 Myrtle Avenue South
South San Francisco, CA 94080


Beisel, Rachel L.
3339 West Kiowa St
Colorado Springs, CO 80904


Bennett, Lara E.
P.O. Box #867
Morongo Valley, CA 92256


Benton, Brad M.
309 Washington St
2402
Conshohocken, PA 19428


Bianco, Frank
6718 Aberdale Cir
San Ramon, CA 94582


Blair Greenwood Consulting LLC
Attn.: Blair Greenwood
1215 Saint John Place
Fort Collins, CO 80525


Blair Greenwood Consulting, LLC
1215 Saint John Pl
Fort Collins, CO 80525


Bobby Whitson
125 Temple Crest Trail
Franklin, TN 37069


Boryszewski-Peters, Anna E.
837 Bayou View Dr
Brandon, FL 33510

BPM, LLP
600 California St
Suite 600
San Francisco, CA 94108


Brandography.com, LLC
1910 East Medicine Lake Blvd
Plymouth, MN 55441


Brian T. Jackson
120 Bremner Blvd, 26th Floor
Toronto ON M5J 0A8


Bruggeman, Rory E.
1976 South 1700 E
Salt Lake City, UT 84108


C Clean, Inc.
214 Frida Kahlo Way
San Francisco, CA 94112


CA Distributing LLC
35 Rod and Gun Club Road
Forestburgh, NY 12777


California Dept of Revenue
PO Box 942879
Sacramento, CA 94279


Canteen Refreshment Services
d/b/a A Div of Canteen
P.O. Box 50196
Los Angeles, CA 90074-0196


Capgemini America Inc.
79 Fifth Ave, 3rd FL
New York, NY 10003


Capgemini America, Inc
79 Fifth Ave
Third Floor
New York, NY 10003

Catherine Poslusny
3112 Cristo Ct
Norman, OK 73071


Chambers, Erin M.
19521 West 59th Ave
Golden, CO 80403


Chidambaram, Subramanian
477 West San Juan Ct
Mountain House, CA 95391


Chris Thorpe
8300 N. View Blvd
Norfolk, VA 23518


Christian Haslett
393 Hamilton St, H1
Costa Mesa, CA 92627


Churn Buster, LLC
237 A St #74803
San Diego, CA 92101


Cigna Health and Life Insurance Company
900 Cottage Grove Road
Bloomfield, CT 06002


Cintas Document Management
P.O. Box 633842
Cincinnati, OH 45263-0921


Citrin Cooperman
529 Fifth Ave
New York, NY 10017


Ciulla, Shannon K.
3464 Diamond Terr
Mulberry, FL 33860


Client Partner Mgmt Group LLC
1111 19th Street NW, Suite 402
Washington, DC 20036

Cointepoix, Robert T.
330 South F St
Lake Worth, FL 33460


Columbus Industries Texas, LLP
Columbus Industries Inc
2938 State Route 752
P.O. Box 257
Amanda, OH 43102


Commerce Technologies, LLC
d/b/a CommerceHub
800 Troy-Schenectady Rd
Suite 100
Latham, NY 12110


Comprise
1919 14th St
Suite 700
Boulder, CO 80302


Comprise
1919 14th St. #700
Boulder, CO 80302


Computershare, Inc
Dept CH 19228
Palatine, IL 60055-9228


Cook, Crystal M.
6908 Culver Ave
Fort Worth, TX 76116


Cooper, Rob Y.
7901 Margate Way
Lakeland, FL 33809


Creare, LLC
2570 North First Street, Suite 500
San Jose, CA 95131


Criteo Corp
387 Park Ave S
12th Floor
New York, NY 10016

```
Cromwell, Troy
16906 Forked Lake Dr
Houston, TX 77044


Dandelion, Inc
211 Yonge St
Suite 400
Toronto, ON M5B 1M4


Dauwalter, Ashley
2522 South Crystal Lake Dr
Lakeland, FL 33801


Davis, Josh A.
4202 Havenstone Way
Valrico, FL 33596


De Lage Landen Financial Services, Inc.
1111 Old Eagle School Road
Wayne, PA 19087


DeBoard, Tanner J.
330 Crescent Village Cir
Unit 2416
San Jose, CA 95134


Deel
425 1st Street
San Francisco, CA 94105-4621


DelGaldo, Jim M.
13 Norwich Pl.
Somerset, NJ 08873


Dell
1 Dell Way
Round Rock, TX 78664


Dhau, Jaspreet S.
15258 Anguilla Isle Ave
Tampa, FL 33647


DHL Express
16416 Northchase Dr
Houston, TX 77060
```

DiBona, Jason
1402 Dakota Dr
Jupiter, FL 33458


DigiKey Electronics
701 Brooks Ave S
Thief River Falls, MN 56701


Dimass Group B.V.
Laak, Grote Laak 17
6088 NJ Roggel
Netherlands


Dynamic Logistix, LLC
7220 West 98th Terr
Overland Park, KS 66212


Ehrbar, Gene M.
1940 Southeast Bidwell St
Portland, OR 97202


Elise Skiver
3086 W. Denver Pl
Denver, CO 80211


EMA Design Automation
PO Box 50196
Charlotte, NC 28217


Employee Wages


Epic Strategies LLC
1370 E Primrose St, Suite A
Springfield, MO 65804


FAB
1265 Sand Hill Road
Candler, NC 28715


Fabbro, Ali F.
65 Granada Ct
Portola Valley, CA 94028

Fans-Tech
P.O. Box 11904
Mulberry, FL 33860


FedEx
P.O. Box 7221
Pasadena, CA 91109-7321


Fenwick & West, LLP
P.O. Box 742814
Los Angeles, CA 90074-2814


Figma
1321 Upland Dr. PMB 19236
Houston, TX 77043


Fintland, Brian R.
1210 Pacific Ave
Alameda, CA 94501


Fisher Scientific Co, LLC
Acct#060778-001
300 Industry Dr
Pittsburgh, PA 15275


Flexport
760 Market St
8th Floor
San Francisco, CA 94102


Florida Department of Revenue
P.O. Box 6668
Tallahassee, FL 32314-6668


Freas, Jasmine J.
6914 Minaxi Dr
Lakeland, FL 33810


Freightquote.com, Inc
P.O. Box 9121
Minneapolis, MN 55480


Gajula, Veena Badaje
11594 Fenwick Ct
Dublin, CA 94568

gandi.net
121 2nd St
5th Floor
San Francisco, CA 94105


Garcia Ramos, Demetrio D.
563 Eagle Landing Blvd
Winter Haven, FL 33880


Gardens Bio Science Partners, LLC
525 Okeechobee Blvd, Suite 1650
West Palm Beach, FL 33401


Gatty, Christopher A.
147 Pine Dr
Fairfax, CA 94930


Global Industrial
11 Harbor Park Dr
Port Washington, NY 11050


Goldfarb Gross Seligman & Co.
98 Yigal Alon Street
Tel Aviv, Israel 6789141


Gonzalez-Laboy , Orlando
1348 Fairway Dr
Lakeland, FL 33801


Grainger
100 Grainger Pkwy
Lake Forest, IL 60045-5201


Graywolf Sensing Solutions, LLC
6 Research Dr
Shelton, CT 06484


GRIN Technologies, Inc.
2820 S. English Station Road
Louisville, KY 40299


Haldane C. King
7849 Lynch Road
Sebastopol, CA 95472

Hallwachs, Alec N.
9652 South Brown Rd
Fenwick, MI 48834


Hammond, Hayden
275 Murcia Dr
Apt 203
Jupiter, FL 33458


Hammond, William A.
456 Amethyst Ave
Auburndale, FL 33823


Handy Spark Co, LLC
Robert Ayers
1312 Sugar Pine Rd
Apopka, FL 32703


Harkey, Jody D.
2034 Windward Pass
Lakeland, FL 33813


Harris, Moore M.
100 New Place Rd
HIllsborough, CA 94010


Hartford
2705 S. Lake Park Rd Suite 103
Appleton, WI 54915


Holland & Knight, LLP
560 Mission Street, Ste 1900
San Francisco, CA 94105


Hollister, David R.
2726 Bush
San Francisco, CA 94115


Homestead Studio, LLC
PO Box 14970
Greenville, SC 29610

Homestead Studio, LLC
Riley Trotter
2705 Lake Park Rd #103
Appleton, WI 54915


HongKong  MirDan Technology co. Ltd
PO Box 50196
Charlotte, NC 28217


Houzz Media Company
285 Hamilton Ave, 4th FL
Palo Alto, CA 94301


Houzz, Inc
 285 Hamilton Ave
4th Floor
Palo Alto, CA 94301


Howard, Kareem L.
5350 Bridge St
# 5408
Tampa, FL 33611


HP Holdings, Inc
d/b/a Invariant
901 7th St NW
Suite 600
Washington, DC 20001


Hunter Holthaus
4320 48th St
San Diego, CA 92115


Hyman, Phelps & McNamara,  PC
700 Thirteenth St NW
Suite 1200
Washington, DC 20005


Illuminate Social
214 Frida Kahlo Way
San Francisco, CA 94112


Independent Machine Works
2810 Parkway St
Lakeland, FL 33811

InkHouse, LLC
260 Charles St
Suite 200
Waltham, MA 02453


Innovative Bioanalysis
3188 Airway Ave
Unit D
Costa Mesa, CA 92626


Insight Global Finance DBA LEAF
PO Box 5066
Hartford, CT 06102-5066


Internal Revenue Service
Attn: Special Procedures
P.O. Box 34045
Stop 572
Jacksonville, FL 32202


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19114


Intertek Testing Services NA, Inc
P.O. Box 405176
Atlanta, GA 30384-5176


Intrado Digital Media, LLC
c/o Intrado Corp
P.O. Box 74007143
Chicago, IL 60674-7143


Inventec Appliances Corporation
37 Wugong 5th Rd,Industrial Park Wugu Di
New Taipei, 24890 Taiwan


Inventec Appliances Corporation
No.37, Wugong 5th Road
Wugu District, New Taipei City
Taiwan 24890


Ironclad, Inc.
71 Stevenson St #600
San Francisco, CA 94105

Iterable
71 Stevenson St, #300
San Francisco, CA 94105


JACS Solutions, Inc.
1763 Main St. Apt 120-E
Dunedin, FL 34698


James R Whitson
3019 Wilshire Blvd, Suite 206
Santa Monica, CA 90403


Jamie Sutor
P.O Box 14970
Greenville, SC 29610


Jasmeet Singh
#2199/12, Street No.2
Islamabad, Amritsar


Jason DiBona
1402 Dakota Dr
Jupiter, FL 33458


Jaylon King
4058 Cornell Blvd SW
Atlanta, GA 30331


Jeffer Mangels Butler & Mitchell, LLP
1900 Avenue of the Stars
7th Floor
Los Angeles, CA 90067


Jiang, Xunge
3534 Vanet Rd
Chamblee, GA 30341


Jimmy Thompson
18660 SE River Ridge Rd
Jupiter, FL 33469


Joe Campos
25 Redondo St
San Francisco, CA 94124

Joe Lesters
25819 Ross St
Plainfield, IL 60585


John Detzauer
c/o Joshua B. Swigart, Esq.
2221 Camino Del Rio S, Suite 308
San Diego, CA 92108


Joseph Synnott
56 Greenbank Drive
Glenhaven NSW 2156
Australia


Jun, Jane W.
4122 Raleigh St
Denver, CO 80212


K Of Course LLC
2711 18th st., Apt 9
San Francisco, CA 94110


K of Course, LLC
c.o Shanna Polesovsky
3175 Wright St
Wheat Ridge, CO 80215


Kargo Global Inc.
826 Broadway, 4th FL
New York, NY 10003


Kargo Global, LLC
826 Broadway
5th Floor
New York, NY 10003


Katherine Elizabeth Ouimette
445 Cole St. #3
San Francisco, CA 94117


KB Commercial Services, LLC
d/b/a Office Pride of Lakeland
401 West Belvedere St
Lakeland, FL 33803

KBA Document Solutions, LLC
P.O. Box 3687
Hayward, CA 94540-3687

Kelly Jo Grandy
1432 South Gary Place
Tulsa, OK 74104

Kelly M. Leonardson
23592 Windsong #29J
Aliso Viejo, CA 92656

Kelly, Jenn M.
15184 81st Terrace N
Palm Beach Gardens, FL 33418

Kelsey Johnson
4130 Wycliff Ave, #104
Dallas, TX 75219

Kershner, Jay T.
144 Occidental Ave
Burlingame, CA 94010

King, Kristian S.
2013 Sancerre Ln
Carrollton, TX 75007

Kinloch, Tim A.
4994 Black Falcon Way
Sun Valley, NV 89433

KlientBoost Performance, LLC
Van Nelleweg 1 3044
BC Rotterdam

KlientBoost, LLC
2787 Bristol St
Costa Mesa, CA 92626

Knight Agency, Inc.
P.O. Box 405176
Atlanta, GA 30384-5176

Knights of Security
2418 Auto Park Way
Escondido, CA 92029


Koclanes, Saiya Z.
5565 East Yale Ave
Apt 4
Denver, CO 80222


Korth, Katie E.
315 South Pope St
Apt 6
Athens, GA 30605


Kosulin, Igor V.
1367 Oslo Ln
San Jose, CA 95118


Largo, Gerson A.
20702 Grove Park Pl
Hayward, CA 94541


Larrabee Albi Coker, LLP
P.O. Box 919016
San Diego, CA 92191-9016


Lauren McCaully Patch
P.O. Box 405176
Atlanta, GA 30384-5176


Law Office of Stacy J. Grossman
500 Mamaroneck Ave
Suite 320
Harrison, NY 10528


Lesters, Joseph
25819 Ross St
Plainfield, IL 60585


Levi, Ronen
120 Peaceable Hill Rd
Brewster, NY 10509

Li, Elizabeth Y.
9 Ben Lomond
Hercules, CA 94547


Life Trucks, Inc.
Toyota/Nationwide Lift Trucks, Inc.
3900 N. 28th Terrace
Hollywood, FL 33020-1105


Lindsey Solden Reiser DBA LMSR LLC
6073 Horseshoe Bend Road
Ludlow Falls, OH 45339


Linkator Group, LLC
2570 North First Street Suite 500
San Jose, CA 95131


Linkedin
601 Lexington Ave  31st Floor
New York, NY 10022


Lirik, Inc
1525 McCarthy Blvd
Suite 228
Milpitas, CA 95035


Lite on Singapore PTE Ltd
1020 Crews Rd., Suite K
Matthews, NC 28105


Lite-On Technology Corp
90, Chien 1 Road
Chung Ho New Taipei City


LMS Technologies, Inc
P.O. Box 24185
Edina, MN 55424-0185


Lob
210 King St
San Francisco, CA 94107


Loctek Inc. (Flexispot)
6475 Las Positas Rd
Livermore, CA 94551

Lojistic, LLC
1225 Deer Valley Dr
Suite 201
Park City, UT 84060


Lombardo, Betty G.
1491 Crooked Stick Loop
Lakeland, FL 33801


Longs Peak Digital, LLC
21 Garner Ln
Erie, CO 80516


Louie, Kai A.
206 Johnce Rd
Newark, DE 19711


Luis Lopez
PO Box 677973
Dallas, TX 75267-7973


Lumanlan, Khyle
2025 Yankee Ct
San Leandro, CA 94579


Lunya
1032 Broadway
Santa Monica, CA 90401


Mack Molding Company, Inc
608 Warm Brook Rd
Arlington, VT 05250


Macy's Marketplace, LLC
145 Progress Pl
Cincinnati, OH 45246-1717


Manz AG
Steigäckerstrasse 5
72768 Reutlingen
Germany

Marbury Law Group
11800 Sunrise Valley Dr
Floor 15
Reston, VA 20191


Marks, John A.
3732 Mott Rd
Dover, FL 33527


Martinez, Flor E.
2917 Wheeler St
Bartow, FL 33830


Mary Frances Pierson Brizz
P.O. Box 405176
Atlanta, GA 30384-5176


Materials, Inc.
4244 South Market Court Suite D
Sacramento, CA 95834


Mathew, George
150 Sabine St
413
Houston, TX 77007


Mattio Communications
4515 Waldo Ave
Bronx, NY 10471


McGarrity, Elizabeth A.
12 Calle La Espalda
San Clemente, CA 92673


McMaster Carr Supply
600 North County Line Rd
Elmhurst, IL 60126


MDT Agency
461 Bush St
Suite 350
San Francisco, CA 94108

Mediant Communications Inc.
PO Box 677973
Dallas, TX 75267-7973


MERR Consulting Group
6708 Lipscomb Dr
Wilmington, NC 28412


Meta Platforms, Inc
Facebook, Inc
Attn: Accounts Receivable
15161 Collections Center Dr
Chicago, IL 60693


Meta Platforms, Inc
1601 Willow Rd
Menlo Park, CA 94025


MethodSense Inc.
Russ King
One Copley Parkway Ste 410
Morrisville, NC 27560


Milavsky, Sonia
2815 Sunbury Dr
Jupiter, FL 33458


Mirriad, Inc
96 Great Suffolk St
London, SE1 0BE
England


MisterBit Ltd
4 HaBonim St
Ramat Gan, Israel


MNTN Digital, Inc
823 Congress Ave
#182
Austin, TX 78768


Mohapatra, Jeotikanta
19419 Via Del Mar
207
Tampa, FL 33647

```
MoP/Modern
24700 Center Ridge Road Suite 280
Westlake, OH 44145


Muir Sustainability Solutions, LLC
78 Harbor Rd
Oyster Bay, NY 11771


Muro-Small, Maria L.
4020 Prima Lago Cir
Lakeland, FL 33810


Murodshoev, Timur
2 Kingwood Rd
Oakland, CA 94619


Narayana Rao, Nagaraj
37923 Bright Common
Fremont, CA 94536


Narvar, Inc
50 Beale St
7th Floor
San Francisco, CA 94105


Nasdaq, Inc
Nasdaq Corporate Solutions, LLC
151 West 42nd St


Navarrete, Edgar W.
8 Stowa Way
Daly City, CA 94014


Near Future, LLC
2954 Treat Blvd
Suite F
Concord, CA 94518


Neighborhood Goods, Inc
1321 Upland Dr
PMB 19236
Houston, TX 77043
```

New Vision Display, Inc
1430 Blue Oaks Blvd
Suite 100
Roseville, CA 95747-5156


NexGen IOT Solutions, LLC
450 Century Pkwy
Suite #250
Allen, TX 75013


Nicholas DeAngelis
552 Freedom Blvd
West Brandywine, PA 19320


Nicolay, Matthew W.
625 Clearfield Dr
Millbrae, CA 94030


Nicole M. Fiore
215 Marlberry Circle
Jupiter, FL 33458


Nookncranny, LLC dba Nook Tiny Homes
22111 Hwy 71 West, Suite 801
Spicewood, TX 78669


Nova Module
7901 Oakport St #4250
Oakland, CA 94621


Nunez, Jose E.
5028 Elon crescent
Lakeland, FL 33810


Office of Attorney General
State of Florida
The Capitol PL-01
Tallahassee, FL 32399-1050


Oracle
500 Oracle Pkwy
Redwood City, CA 94065

Oracle America, Inc
2300 Oracle Way
Austin, TX 78741


Ossentjuk & Botti
2815 Townsgate Rd
Suite 320
Westlake Village, CA 91361


Ouraring Inc.
c/o WeWork
415 Mission St, 37th Floor
San Francisco, CA 94105


Packform USA LLC
3802 Spectrum Blvd, Suite # 143
Tampa, FL 33612


Palacio, Henry A.
381 Almansa St
Davenport, FL 33837


Paramount Financial Communications, Inc.
1001 Conshohocken State Rd, #600
West Conshohocken, PA 19428


Patch, Ryan M.
2172 Queen Palm Rd
Boca Raton, FL 33432


Patel, Margi B.
1918 Garden Bing Cir
San Jose, CA 95131


Pathens, Inc. DBA Office Solutions
735 Coleman Ave
San Jose, CA 95110


Paylocity
1400 American Ln
Schaumburg, IL 60173


Peck, Tabitha S.
9777 Osceola St
Westminster, CO 80031

Pepperjam, LLC
2125 Delaware Ave, Ste E
Santa Cruz, CA 95060


Persistent Systems Limited
Bhageerath, 402, Senapati Bapat Road
Maharashtra State, Pune  411016
India


Photon Interactive Services, Inc.
12300 Ford Road, Ste #B270
Dallas, TX 75234


Plan Management Corp
78 Harbor Road
Oyster Bay, NY 11771


PowerReviews
1 North Dearborn
Suite 800
Chicago, IL 60602


PricewaterhouseCoopers, LLP
4040 West Boy Scout Blvd
Tampa, FL 33607


PrideBites
Danielle Lotz
3616 Far West Blvd
Suite 117-356
Austin, TX 78731


Prime Group
16192 Coastal Hwy
Lewes, DE 19958


PTTOW! LLC
21 Alton Rd
Miami Beach, FL 33140


Puljan, Meredith M.
1645 West Huron St
Apt 3F
Chicago, IL 60622

```
Quintana, Brian R.
15290 West 50th Dr
Golden, CO 80403


Ravacan
1600 East Franklin Avenue Suite D
El Segundo, CA 90245


Raymond Cromwell
9407 Super Street
Waldorf, MD 20603


Raymond Handling Consultants, LC
P.O. Box 865491
Orlando, FL 32886


Raymond Leasing Corporation
Corporate Headquarters
PO Box 130
Greene, NY 13778


Raymond Leasing Corporation
Attn: Accounts Receivable
PO Box 130
Greene, NY 13778


Recharge Inc.
1507 20 St.
Santa Monica, CA 90404


Recycling Services of Florida
3560 126th Ave North
Clearwater, FL 33762


Republic Services of Florida
8595 Pelam Road, Suite 400 #318
Greenville, SC 29615


Rickert, Darin S.
2950 North Sheridan Rd
804
Chicago, IL 60657
```

Ritankar Pal
225 Down Path
Southampton, NY 11968


Riveron Consulting, LLC
2515 McKinney Ave
Suite 1200
Dallas, TX 75201


RK Strategies, LLC
1405 Baychester Ave


Ryan Patch, ESQ
2172 Queen Palm Rd
Boca Raton, FL 33432


Ryan Tyler
1711 West Community Dr
Jupiter, FL 33458


Saba Faruqui
c/o Rudy, Exelrod, Zieff & Lowe, LLP
351 California Street, Ste 700
San Francisco, CA 94104


Safety Products, Inc
3517 Craftsman Blvd
Lakeland, FL 33803


Salesforce, Inc.
Salesforce Tower
415 Mission St, 3rd FL
San Francisco, CA 94105


Salesforce.com, Inc
415 Mission St
3rd Floor
San Francisco, CA 94105


Salman Abdallah Mohamed Hassan Saifedeen
Dept CH 19228
Palatine, IL 60055-9228

Samantha Hermann
16018 Ames Ave
Omaha, NE 68111


San Diego Model Management Inc.
760 Market Street, Floor 10
San Francisco, CA 94102


Sanabria, David F.
4305 Forest Hills Dr
Lakeland, FL 33813


Savaram, Shashwathi Rao
2700 East Grand Reserve Cir
Apt 1034
Clearwater, FL 33759


SCHOX, PLC
500 3rd St
Suite 215
San Francisco, CA 94107


Schraner, Danielle M.
2811 California St
14
San Francisco, CA 94115


SEC Headquarters
100 F Street, NE
Washington, DC 20549


Securities and Exchange Commission
801 Brickell Ave., Suite 1800
Miami, FL 33131


Sensrion
3251 W 135th St
Hawthorne, CA 90250


Sering, Glenn C.
1650 Highland Blvd
Bartow, FL 33830

Shanks, Yelizaveta B.
5343 Maui Way
Fair Oaks, CA 95628


Shivan Bassaw
c/o Ian Piasecki, Esq.
Mizrahi Kroub, LLP
225 Broadway, FL 39
New York, NY 10007


Shopify Inc.
151 O'Connor St, Ground Floor
Ottawa, ON K2P2L8


Shred Connect
760 E Lambert, Unit B
La Habra, CA 90631


Sigma-Aldrich, Inc
3050 Spruce St
Saint Louis, MO 63103


Silicon Valley Bank, a Division of
First Citizens Bank and Trust
3003 Tasman Dr, HF150
Santa Clara, CA 95054


Singh, Avtar
10310 Venitia Real Ave
203
Tampa, FL 33647


Sisco, Joshua S.
4215 Southeast Yamhill St
Portland, OR 97215


Sjoberg, Shea B.
P.O. Box 3575
Idyllwild, CA 92549


Small, Roderick L.
2868 Barton Pl
Bartow, FL 33830

ST Micro
2 Radcliff Road
Tewksbury, MA 01876


Staples Contract & Commercial, LLC
d/b/a Staples Business Advantage
P.O. Box 105748
Atlanta, GA 30348-5748


Steve Elster
8595 Pelam Road, Suite 400 #318
Greenville, SC 29615


Steve O. Small
4020 Prima Lago Cir
Lakeland, FL 33810


Steven Cervantes
500 Lynbrook Drive
Pacifica, CA 94044


Stufflebeam, Adam H.
888 Biscayne Blvd
Miami, FL 33132


Supermetrics Inc.
1175 Peachtree St NE
Atlanta, GA 30361


Synergy North America, Inc
11001 West 120th Ave
Suite 400,
Broomfield, CO 80021


Talend, Inc.
7220 W 98th Terrace
Overland Park, KS 66212


Talend, Inc.
800 Bridge Pkwy #200
Redwood City, CA 94065

Tamonan Wendell
Rm 15AA-2, No. 528
Wensin South 3rd Road, Nantun District
Taichung City 40855 - Taiwan


Tampa Bay Technology Incubator
Attn: Director, Business Incubation
3802 Spectrum Blvd, Suite 100
Tampa, FL 33612


Taylor, Brett A.
245 Indian Peaks Dr
Erie, CO 80516


TBC Supply
732 Joseph E Lowery Blvd. NW
Atlanta, GA 30318


Tealium, Inc
9605 Scranton Rd
Suite 600
San Diego, CA 92121


Tella, Rao R.
16900 Stonehaven Dr
Village of Loch Lloyd, MO 64012


TELUS International (US) Corp
TELUS Customer Payments
2251 South Decatur
Las Vegas, NV 89102


Thammaiah, Namitha K.
1001 Tahiti Ln
Alameda, CA 94502


The Bluebird Group, LLC
81 South 9th St
Suite 420
Minneapolis, MN 55402


The Dog Agency, LLC
135 Madison Ave
5th Floor
New York, NY 10016

The EMC Shop
Dept CH 19228
Palatine, IL 60055-9228


The Flip Hubb, LLC
1265 Sand Hill Rd
Candler, NC 28715


The Pooch Coach
7220 W 98th Terrace
Overland Park, KS 66212


The Quality Edit, LLC
113 North San Vicente Blvd
Suite 236
Beverly Hills, CA 90211


The Ruthvens
41 Lake Morton Drive
PO Box 2420
Lakeland, FL 33806-2420


The Univerity of South Florida
Board of Trustees
4202 East Fowler Ave
Tampa, FL 33620


The Yocca Law Firm, LLP
18881 Von Karman Ave
Suite 1620
Irvine, CA 92612


Theodore Sage Davis
102 N Glassell St
Orange, CA 92866


Thermo Fisher Scientific Chemicals Inc.
9605 Scranton Rd Ste 600
San Diego, CA 92121


ThinkLite
117 West Central St
Suite 201
Natick, MA 01760

Thompson, Jimmy
18660 Southeast River Ridge Rd
Tequesta, FL 33469


Thorncrest Coastal, LLC
1310 Rosecrans St
Suite C
San Diego, CA 92106


Thorpe, Christopher
331 Greens Edge Dr
Chesapeake, VA 23322


TikTok, Inc
5800 Bristol Pkwy
Suite 100
Culver City, CA 90230


Timothy L. Buys
1524 1st Ave #503
Oakland, CA 94606


Toney, Regina J.
5026 Long Lake Cir
Apt 303
Lakeland, FL 33805


Toppan Merrill
P.O. Box 74007295
Chicago, IL 60674


Toyoplas
117 W Central Street, Suite 201
Natick, MA 01760


Trinity Capital Inc.
3075 West Ray Road, Suite 525
Chandler, AZ 85226


Trinity Capital, Inc.
3075 West Ray Road
Chandler, AZ 85226

Troy Cromwell
12823 Ilderton Drive
Humble, TX 77346


Truckenbrod, Lukas R.
172 46th St
Pittsburgh, PA 15201


Tyler, Ryan
1711 West Community Dr
Jupiter, FL 33458


UCPS
18881 Von Karman Ave, Suite 1620/650
Irvine, CA 92612


UL, LLC
75 Remittance Dr
Suite #1524
Chicago, IL 60675-1524


Uline
P.O. Box 88741
Chicago, IL 60680-1741


Unified Accounting & Tax, LLP
1308 Wisteria Dr
Fremont, CA 94539


United States Attorney General's Office
US Department of Justice
950 Pennsylvania Avenue
Washington, DC 20530-0001


University of South Florida
Research Foundation
445 Cole Street # 3
San Francisco, CA 94117


Valdez, Chris P.
615 West 6th Ave
Fort Morgan, CO 80701

Vallarta, Annabelle L.
2831 Blossom Ct
El Monte, CA 91733


Valuecart Private Limited
1075 Curtis Street
Menlo Park, CA 94025


Vanessa N. Graham
19993 Questhaven Rd
Escondido, CA 92029


VanScoy, Shari A.
313 Sparrow Ave
Sebring, FL 33870


Velasco, Hans
146 La Verne Ave
Long Beach, CA 90803


Well Shin
14118 Pemberley Passage Ave
Bakersfield, CA 93311


White, Claire A.
1219 Knob Hill Blvd
Georgetown, IN 47122


Wickramaratne, Chatura
5100 Burchette Rd
Unit 606
Tampa, FL 33647


Williams, Jeremiah H.
8032 Sugar Pine Blvd
Lakeland, FL 33810


Wrike, Inc.
P.O. Box 660916
Dallas, TX 75266-0916


Wursta Corporation
2614 South 5th St
Allentown, PA 18103

```
Yellow Logistics
P.O. Box 775556
Chicago, IL 60677-5556


Young, Lydia
10381 Farmland Dr
Frisco, TX 75035


Younus, Kamran
6 Hallmark Gardens
Apt 1
Burlington, MA 01803


Zendesk, Inc
1019 Market St
San Francisco, CA 94103


Zoom Video Communications Inc.
55 Almaden Blvd, 6th FL
San Jose, CA 95113
```